# Property

## Statement of Values

| | |
|---|---|
| Policy Name: | Ashtabula Area City School District |
| Policy Number: | |
| Effective: | 1/22/2024-1/22/2025 |
| Prepared on: | 12/21/2023 at 09:47AM ET |

This Statement of Values reflects each and every location you have reported to us that is to be insured along with associated values. For accuracy, the domestic addresses provided have been standardized to meet USPS guidelines.

All reported values are certified to be 100% and reflect the desired valuation basis. The reported Loss of Business income and loss of rents values are 100% of the estimated values for the 12 months following the date of this report.

Locations designated as unscheduled ("U") are subject to the applicable Limit(s) of Liability provided in the policy for unscheduled locations. Foreign locations coded as "M" are subject to the applicable Limit(s) of Liability specified on the Foreign Locations - Extension of Territorial Condition form, if attached to the policy.

**Definitions**
Unscheduled - U (applicable to RM Select policies only)
All Other Personal Property - Furniture & Fixtures, Improvements & Betterments, Signs, Tools, Electronic Data Processing, Property in the Open, Property of Others
Mobile Equipment or Tools - Equipment off premises, contractror's equipment

| Loc # | Location Name | Insureds Complete Street Address | City | County | State/ Province | Country | Zip Code | Building | Inventory/ Stock & Supplies | Machinery & Equipment | All Other Personal Property | Dies & Patterns | Mobile Equipment or Tools | Fine Arts | Loss of Business Income | Loss of Rent | Total TIV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.1 | Bus Garage | 5921 Gerald Rd | Ashtabula | Ashtabula | OH | US | 44004 | $1,246,040 | $0 | $0 | $347,850 | $0 | $0 | $0 | $0 | $0 | $1,593,890 |
| 2.1 | WINDMERE WHS | 6309 Sanborn Rd | Ashtabula | Ashtabula | OH | US | 44004 | $6,583,786 | $0 | $0 | $455,880 | $0 | $0 | $0 | $0 | $0 | $7,039,666 |
| 2.2 | UTILITY SHED | 6309 Sanborn Rd | Ashtabula | Ashtabula | OH | US | 44004 | $5,284 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $5,284 |
| 3.10 | PIO TENNIS CTS | 6600 Sanborn Rd | Ashtabula | Ashtabula | OH | US | 44004 | $668,941 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $668,941 |
| 3.1 | LAKESIDE HS | 6600 Sanborn Rd | Ashtabula | Ashtabula | OH | US | 44004 | $79,047,238 | $0 | $0 | $3,188,291 | $0 | $0 | $0 | $0 | $0 | $82,235,529 |
| 3.2 | HS STAD LOCKER ROOM | 6600 Sanborn Rd | Ashtabula | Ashtabula | OH | US | 44004 | $1,530,226 | $0 | $0 | $107,606 | $0 | $0 | $0 | $0 | $0 | $1,637,832 |
| 3.3 | HS STAD CONCESSION | 6600 Sanborn Rd | Ashtabula | Ashtabula | OH | US | 44004 | $473,598 | $0 | $0 | $41,319 | $0 | $0 | $0 | $0 | $0 | $514,917 |
| 3.4 | HS STAD STRUCTURES | 6600 Sanborn Rd | Ashtabula | Ashtabula | OH | US | 44004 | $2,789,726 | $0 | $0 | $18,124 | $0 | $0 | $0 | $0 | $0 | $2,807,850 |
| 3.5 | HS STAD TICKET BOOTH 1 | 6600 Sanborn Rd | Ashtabula | Ashtabula | OH | US | 44004 | $14,169 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $14,169 |
| 3.6 | HS STADIUM FIELD HOUSE | 6600 Sanborn Rd | Ashtabula | Ashtabula | OH | US | 44004 | $688,420 | $0 | $0 | $3,678 | $0 | $0 | $0 | $0 | $0 | $692,098 |
| 3.7 | HS STAD PRESS BOX | 6600 Sanborn Rd | Ashtabula | Ashtabula | OH | US | 44004 | $82,009 | $0 | $0 | $6,010 | $0 | $0 | $0 | $0 | $0 | $88,019 |
| 3.8 | HS STAD TICKET BOOTH 2 | 6600 Sanborn Rd | Ashtabula | Ashtabula | OH | US | 44004 | $14,169 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $14,169 |
| 3.9 | PIO | 6600 Sanborn Rd | Ashtabula | Ashtabula | OH | US | 44004 | $22,658 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $22,658 |
| 4.1 | | 2300 Wade Ave | Ashtabula | Ashtabula | OH | US | 44004 | $16,832,928 | $0 | $0 | $743,898 | $0 | $0 | $0 | $0 | $0 | $17,576,826 |
| 5.1 | Huron Prim School | 2302 Wade Ave | Ashtabula | Ashtabula | OH | US | 44004 | $16,693,342 | $0 | $0 | $679,229 | $0 | $0 | $0 | $0 | $0 | $17,372,571 |
| 6.1 | Michigan Prim | 2304 Wade Ave | Ashtabula | Ashtabula | OH | US | 44004 | $18,191,278 | $0 | $0 | $831,298 | $0 | $0 | $0 | $0 | $0 | $19,022,576 |



# Property

## Statement of Values

| Loc # | Location Name | Insureds Complete Street Address | City | County | State/ Province | Country | Zip Code | Building | Inventory/ Stock & Supplies | Machinery & Equipment | All Other Personal Property | Dies & Patterns | Mobile Equipment or Tools | Fine Arts | Loss of Business Income | Loss of Rent | Total TIV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7.1 | Erie Intermediate | 2306 Wade Ave | Ashtabula | Ashtabula | OH | US | 44004 | $18,841,236 | $0 | $0 | $772,095 | $0 | $0 | $0 | $0 | $0 | **$19,613,331** |
| 8.1 | SUPERIOR INTERMED. | 2308 Wade Ave | Ashtabula | Ashtabula | OH | US | 44004 | $18,781,188 | $0 | $0 | $831,852 | $0 | $0 | $0 | $0 | $0 | **$19,613,040** |
| 9.1 | LAKESIDE JR. HIGH | 6620 Sanborn Rd | Ashtabula | Ashtabula | OH | US | 44004 | $29,789,804 | $0 | $0 | $1,209,939 | $0 | $0 | $0 | $0 | $0 | **$30,999,743** |
| 9.2 | JR HS STADIUM STRUCTURES | 6620 Sanborn Rd | Ashtabula | Ashtabula | OH | US | 44004 | $1,533,057 | $0 | $0 | $7,873 | $0 | $0 | $0 | $0 | $0 | **$1,540,930** |
| 9.3 | JR HS STORAGE BLDG | 6620 Sanborn Rd | Ashtabula | Ashtabula | OH | US | 44004 | $55,143 | $0 | $0 | $31,183 | $0 | $0 | $0 | $0 | $0 | **$86,326** |
| 9.4 | JH FIELD CIP | 6620 Sanborn Rd | Ashtabula | Ashtabula | OH | US | 44004 | $20,077 | $0 | $0 | $7,873 | $0 | $0 | $0 | $0 | $0 | **$27,950** |
| 10.1 | PIO DISTRICT WIDE | 6610 Sanborn Rd | Ashtabula | Ashtabula | OH | US | 44004 | $358,808 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | **$358,808** |
| 10.2 | BOARD OFFICE CONTENTS | 6610 Sanborn Rd | Ashtabula | Ashtabula | OH | US | 44004 | $0 | $0 | $0 | $313,414 | $0 | $0 | $0 | $0 | $0 | **$313,414** |
| 10.3 | Fieldhouse | 6610 Sanborn Rd | Ashtabula | Ashtabula | OH | US | 44004 | $1,744,000 | $0 | $0 | $200,000 | $0 | $0 | $0 | $0 | $0 | **$1,944,000** |
| 11.1 | Mother of Sorrow Special Ed | 1464 W 6th St | Ashtabula | Ashtabula | OH | US | 44004 | $5,894,720 | $0 | $0 | $450,000 | $0 | $0 | $0 | $0 | $0 | **$6,344,720** |
| 12.1 |  | 7911 Depot Rd | Ashtabula | Ashtabula | OH | US | 44004 | $0 | $0 | $0 | $184,671 | $0 | $0 | $0 | $0 | $0 | **$184,671** |
| 13.1 | Garage | 2300 Wade Ave | Ashtabula | Ashtabula | OH | US | 44004 | $417,073 | $0 | $0 | $100,000 | $0 | $0 | $0 | $0 | $0 | **$517,073** |
| **Total** |  |  |  |  |  |  |  | **$222,318,918** | **$0** | **$0** | **$10,532,083** | **$0** | **$0** | **$0** | **$0** | **$0** | **$232,851,001** |

We certify that this is a complete and true statement of our values as of the reporting date and that the values provided are reported on the same basis as each type of property would be valued according to the policy valuation provisions in the event of a loss.

Signature of Insured or Authorized Employee _____  Date _____



Ashtabula Area City School District