# SAYBROOK TOWNSHIP

7247 Center Road, Ashtabula, Ohio 44004-9505
Phone 440.969.1106   Fax 440.969.7450
www.saybrooktownship.org

January 3, 2025

From:  Chief John Jyurovat

To:    Ashtabula City Schools c/o Mark Astorino, Signal Restoration Services c/o Nathan Brewer, Liberty Mutual c/o Laura Jo Gallagher

On December 1, 2024, Ashtabula Area City Schools suffered a catastrophic collapse of the roof on the High School building. Our staff has been heavily involved in the safety aspect of this incident and feel that the building continues to degrade daily, leaving it impossible to enter without grave danger to life. Currently, we feel it is imperative to remove the roof and shore up the walls to prevent further collapse and mitigate the hazard. This shall be completed as soon as possible, as the threat of winter weather continues.

Yours in Safety,

*[signature]*

John Jyurovat
Saybrook Township Fire Department