

2490 Industrial Row
Troy, MI 48084

## AACS Lakeside High School 11-2402-45820 DFR 01.28.2025

**Claim Id**
791738110

**Date of Loss**
Dec 2, 2024

**Date Claim Created**
Dec 2, 2024

**Type of Loss**
Puro - Mitigation T&M

**Project Manager**
Nathan Brewer

**Address**
6600 Sanborn Road, Ashtabula, OH, United States, 44004

**Policyholder Name**
APS_Lakeside High School - Roof

**Insurance Company**
Liberty Mutual Commercial Insurance

**Adjuster**
Laura Gallagher

**Policy Number**
YW2-Z51-294276-054-00/9

**Policyholder Email**
laura.gallagher@libertymutual.com

**Policyholder Phone Number**
440-479-2950



## Report Details

Daily Field Report

## Claim Summary

On December 2, 2024, a structural failure of the roof system due to an excessive snow load caused a collapse over the second floor A Wing at Lakeside High School. Over the following days, the collapse extended to other areas of the roof system. The compromised structure and adverse weather conditions resulted in water damage to the first-floor classrooms, administrative offices, and common areas. On December 9, 2024, Signal Restoration met with AACS representatives to inspect the facility. Emergency services commenced the following morning

## General Notes

| Daily Field Report 01.28.2025 |
|---|

Project Notes

Daily Safety Briefing:

- All crews on site worked safely with no incidents or hazards to report at this time.

- Safety Meeting Topic: Emergency Action Plan

- Safety Incidents: None

Weather:

- Temperature: 34°F

- Relative Humidity: 55%

- Wind: 7 mph SSW

- Conditions: Partly cloudy throughout the day with light snow flurries in the morning.

Interior Temperature:

- Temperature: 71°F

- Relative Humidity: 8%

Update:

Equipment:

- 3 Utility Pumps

- 4 Air Scrubbers

- 2 50-Ton Cranes

- 2 135' Articulating Lifts

- 1 80' Articulating Lift

- 1 8K Telehandler

- 1 Compact Loader

- 1 20-Ton Excavator

- 1 Demolition Tractor Trailer

- 2 30-Ton Debris Trailers

- 2 5K Trash Hoppers

- 500-Gallon Diesel Fuel Cell

Manpower:

- 1 Management

- 1 EHS Officer

- 1 General Demolition Foreman

- 2 Crane Operators

- 4 Equipment Operators

- 1 Skilled Roofing Foreman

- 4 Skilled Roofing Laborers

- 1 Demolition Laborer

- 1 Restoration Supervisor

- 2 General Laborers

Activity:

1. Roof Demolition:

- C Wing truss removal continued today.

- West C Wing roof decking removal continued today.

- C Wing drywall and insulation detachment resumed today in areas where decking has been removed.

- South C Wing stairwell temporary roofing installation began today.

- Interior debris removal began in the south C Wing corridor, C212, and C213.

- Roof decking is being systematically removed to expose the structural truss system. Lateral bracing will be installed as needed where decking is removed to provide additional support until trusses are detached and removed from the building.

- Selective demolition will continue until demarked areas of interest are reached. Engineering inspections will be completed at the areas of interest once they have been exposed by the demolition team.

2. Vendor Engagements:

- Mechanical: All three boilers continue to operate, and the building is currently being heated by the facility's boiler system. Existing boiler replacement is underway, and boilers will be replaced systematically to ensure heating remains in place throughout.
Active boilers will be monitored periodically each day to ensure proper functioning.

- Security: Hard wall containment barriers are in place at entry points to the affected A, B, and C wings. The facility's alarm system has been re-energized and is fully operational at all egress doors of the building.

3. Water Migration Prevention:

- Sandbag barriers remain in place at entry points from the impacted areas to prevent water migration into unaffected areas.

- Submersible pumps have been installed to remove water from designated areas and will be energized as needed.

4. Laboratory Contents Disposal:

- Safety cabinet contents have been inventoried by the vendor and have been staged on-site. Contents will remain in an on-site storage container until the waste disposal site approves pick-up and delivery to their facility.

5. File Relocation to Transportation Facility (541 W 34th St.):

- Temporary office was delivered to the site today.

- Temporary electrical connections are scheduled to begin tomorrow, 01/29/2025.

Look Ahead:

- Electrical connections to the temporary office are currently scheduled to begin on Wednesday, 01/29/2025.

- C Wing roof decking removal is scheduled to continue Wednesday, 01/29/2025.

- C Wing roof truss removal is scheduled to continue Wednesday, 01/29/2025.

- East C Wing stairwell temporary roofing installation is scheduled to continue Wednesday, 01/29/2025.

## **Structure:** Main Building

## Main Building: 01/28/2025

## Overview Photos: 01/28/2025

  
  
  

 Photo 10 — 8:44 AM EST Jan 28, 2025
 Photo 11 — 8:44 AM EST Jan 28, 2025
 Photo 12 — 8:44 AM EST Jan 28, 2025
 Photo 13 — 10:50 AM EST Jan 28, 2025
 Photo 14 — 10:50 AM EST Jan 28, 2025
 Photo 15 — 10:50 AM EST Jan 28, 2025
 Photo 16 — 10:50 AM EST Jan 28, 2025
 Photo 17 — 10:51 AM EST Jan 28, 2025
 Photo 18 — 10:51 AM EST Jan 28, 2025
 Photo 19 — 10:51 AM EST Jan 28, 2025
 Photo 20 — 10:51 AM EST Jan 28, 2025
 Photo 21 — 10:52 AM EST Jan 28, 2025












































| SRS Job No. | 11-2402-45820 |
|---|---|
| Start Date: | 01/08/25 |
| Site Location: | Lakeside High School |
| | 6600 Sanborn Rd. |
| | Ashtabula, OH 44004 |
| Event: | Roof Collapse |

**ATMOSPHERIC AND EQUIPMENT PERFORMANCE**

| Location | | January 8, 2025 Wed | | | January 9, 2025 Thu | | | January 10, 2025 Fri | | | January 11, 2025 Sat | | | January 12, 2025 Sun | | | January 13, 2025 Mon | | | January 14, 2025 Tue | | | January 15, 2025 Wed | | | January 16, 2025 Thu | | | January 17, 2025 Fri | | | January 18, 2025 Sat | | | January 19, 2025 Sun | | | January 20, 2025 Mon | | | January 21, 2025 Tue | | | January 22, 2025 Wed | | | January 23, 2025 Thu | | | January 24, 2025 Fri | | | January 25, 2025 Sat | | | January 26, 2025 Sun | | | January 27, 2025 Mon | | | January 28, 2025 Tue | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | temp F | RH% | GPP | temp F | RH% | GPP | temp F | RH% | GPP | temp F | RH% | GPP | temp F | RH% | GPP | temp F | RH% | GPP | temp F | RH% | GPP | temp F | RH% | GPP | temp F | RH% | GPP | temp F | RH% | GPP | temp F | RH% | GPP | temp F | RH% | GPP | temp F | RH% | GPP | temp F | RH% | GPP | temp F | RH% | GPP | temp F | RH% | GPP | temp F | RH% | GPP | temp F | RH% | GPP | temp F | RH% | GPP | temp F | RH% | GPP |
| Outside | | 22 | 58 | | 23 | 62 | | 24 | 74 | | 30 | 79 | | - | - | | 27 | 67 | | 17 | 73 | | 22 | 63 | | 26 | 83 | | 39 | 51 | | 42 | 85 | | - | - | | 10 | 70 | | 12 | 48 | | -8 | 59 | | 26 | 50 | | 22 | 56 | | - | - | | - | - | | 34 | 34 | | 34 | 55 | |
| A | Main Gym | 69.6 | 15.4 | | 68 | 19 | | 70 | 15 | | 70 | 20 | | - | - | | 70 | 18 | | 70 | 15 | | 69 | 17 | | 70 | 18 | | 69 | 22 | | 69 | 27 | | - | - | | 69.7 | 12.2 | | 69 | 9 | | 70 | 8 | | 71 | 14 | | 70 | 13 | | - | - | | - | - | | 69 | 12 | | 69 | 19 | |
| B | Auxiliary Gym | 69.1 | 15.4 | | 69 | 20 | | 70 | 15 | | 67 | 21 | | - | - | | 69 | 19 | | 68 | 15 | | 70 | 16 | | 69 | 18 | | 69 | 23 | | 69 | 25 | | - | - | | 67 | 13 | | 69 | 11 | | 68 | 10 | | 70 | 13 | | 68 | 13 | | - | - | | - | - | | 69 | 13 | | 68 | 17 | |
| C | Library | 62.3 | 32.8 | | 57 | 43 | | 41 | 54 | | 41 | 60 | | - | - | | 45 | 55 | | 43 | 46 | | 46 | 45 | | 44 | 44 | | 49 | 47 | | 50 | 48 | | - | - | | 44 | 53 | | 40 | 37 | | 35 | 34 | | 39 | 42 | | 40 | 49 | | - | - | | - | - | | 45 | 41 | | 45 | 47 | |
| D | C-Wing Room #106 | 55 | 42.3 | | - | - | | 37 | 86 | | 37 | 87 | | - | - | | 39 | 89 | | 37 | 87 | | 37 | 86 | | 36 | 86 | | 36 | 86 | | 38 | 91 | | - | - | | 37 | 85 | | 33 | 80 | | 31 | 75 | | 32 | 76 | | 33 | 80 | | - | - | | - | - | | 35 | 82 | | 36 | 87 | |
| E | A- Wing Administration Office | 57 | 38.5 | | 47 | 49 | | 37 | 89 | | 38 | 90 | | - | - | | 40 | 87 | | 39 | 83 | | 38 | 81 | | 37 | 79 | | 46 | 70 | | 40 | 84 | | - | - | | 38 | 75 | | 35 | 69 | | 30 | 65 | | 31 | 68 | | 33 | 72 | | - | - | | - | - | | 39 | 67 | | 39 | 71 | |
| F | B-Wing Room #106 | | | | 48 | 54 | | 42 | 67 | | 42 | 69 | | - | - | | 43 | 71 | | 42 | 67 | | 41 | 67 | | 41 | 68 | | 43 | 69 | | 42 | 74 | | - | - | | 41 | 72 | | 40 | 66 | | 38 | 63 | | 36 | 82 | | 36 | 97 | | - | - | | - | - | | 40 | 100 | | 39 | 100 | |
| G | Cafeteria | | | | 67 | 21 | | 66 | 22 | | 64 | 26 | | - | - | | 65 | 23 | | 64 | 12 | | 63 | 23 | | 64 | 23 | | 67 | 25 | | 67 | 28 | | - | - | | 63 | 20 | | 61 | 16 | | 57 | 15 | | 61 | 19 | | 63 | 19 | | - | - | | - | - | | 65 | 17 | | 70 | 19 | |

