EXHIBIT E

March 17, 2025



**BARBER & HOFFMAN, INC.**
*Consulting Engineers*

Ben Pintabona
Column Management LLC
36261 Eddy Road
Willoughby Hills, Ohio 44094

Re:     Ashtabula Area City Schools – Lakeside High School
         Masonry Wall Damage
         B&H #24133

Dear Mr. Pintabona,

Per your request, Barber & Hoffman, Inc. (B&H) is providing this letter indicating the structural damage to the masonry walls at Lakeside High School.  This report is based on visual observations only, and the recommendations included in this report are general.  This report is not intended to be a thorough investigation of all masonry walls, but to provide recommendations on repairs/replacement for the masonry construction reviewed at this time.  As additional information is discovered, B&H reserves the right to amend and/or modify this report and recommendations herein.

<u>Brief Overview:</u>

Lakeside High School experienced a snow event in the beginning of December which caused portions of the roof to collapse. Selective demolition of roof trusses is ongoing and only certain areas of masonry walls are accessible to be observed at this time.  Ground Penetrating Radar (GPR) was suggested by B&H to determine the presence of existing reinforcement in the masonry walls.  One preliminary report from GPRS was reviewed prior to issuing this report.

<u>Observed Masonry Distress:</u>

The following structural items were observed (Representative photos are at the end of this report):

- Failure of masonry bond beams at truss bearing.
- Failure of anchor bolts in bond beams at exterior walls.
- Masonry cracking and control joint failure due to thermal movement of masonry.
- Severe structural cracking to CMU walls at Classroom A204.

The following non-structural items are noted in addition to the structural items above:

- Removal and replacement of door frames requires significant removal and replacement of masonry around the door frame for proper installation.
- Exterior walls have insulated foam in cores not containing reinforcement, which may be compromised.
- Removal and replacement of electrical embedded in the masonry walls requires modifications to the masonry.

<u>Masonry Repairs:</u>

The following repairs are recommended:

- Due to the damage at the top of the second-floor walls, B&H recommends removal and replacement of the bond beams of all masonry walls.
    - Remove the top three courses of CMU at the corridor wall, and top two courses of CMU at the exterior wall and classroom demising walls across the full length of every wall. This requires selective demolition to keep and not damage the current vertical reinforcement.
    - Add vertical reinforcement to lap with the existing vertical reinforcement and continue into the new bond beam. This will require significant in-core cleaning of the foam insulation at the exterior wall.
    - Removal of the top three courses at the corridor walls requires removal and replacement of the utility beams across the corridor including new bearing plates and anchorage.
    - Removal of the top three courses at the corridor walls requires removal and replacement of lintels from corridor into the classrooms.
- Damage due to thermal movement and damage incurred during the collapse and selective demolition.
    - Repoint all mortar joints that have cracks.
    - Selective replacement of all CMU with cracks through face shell.
    - Remove and replace all control joint sealants that have failed due to excessive movement. This occurs at ends of classroom demising walls to corridor and exterior walls, and control joints that occur at regular intervals through the classroom wing. It is not recommended to replace the joint sealants until after the building is enclosed and temperatures inside the building stabilize.
    - Full removal and replacement of CMU at severely damaged walls at Classroom A204.

Conclusion:

The extent of structural repairs recommended on the second-floor masonry walls due to the snow event is extensive. With the difficulty of selective demolition process to preserve parts of the structure, and masonry repairs required to run new electrical, replace door frames, and other non-structural items, it may be more cost-effective and time-effective to remove and rebuild the second-floor walls in their entirety.

Sincerely,

BARBER & HOFFMAN, INC.

James Colella, P.E.
Associate Principal

Enclosure:  Photos 1-9 Representative Examples of Masonry Damage

JMC/jmc



Photo 1: Background shows damage to exterior wall bond beam.



Photo 2: Damage to bond beams at top of wall.



Photo 3: Significant damage to the corridor wall.



Photo 4: Miscellaneous cracking.



Photo 5: Thermal movement extending into the CMU.



Photo 6: Existing classroom demising wall bond beam not grouted.



Photo 7: Anchor bolt failure and bond beam break-out.



Photo 8: Bond beam break-out (Looking down from above).



Photo 9: Damage near top of masonry wall.