

EXHIBIT F

www.farmereg.com

*PRIVILEGED AND CONFIDENTIAL*

## MOLD & BACTERIA ASSESSMENT

## LAKESIDE HIGH SCHOOL
## 6600 SANBORN ROAD
## ASHTABULA, OHIO 44004

**Prepared for:**
**Liberty Mutual Insurance**
**GRS Property Major Case Unit**

**Prepared by:**
**Farmer Environmental Group, LLC**
**8120 Sheridan Blvd., A306**
**Westminster, Colorado 80003**

**July 16, 2025**

**Farmer Environmental Group: Project No. 6092.02**

*Privileged and Confidential*
*Mold & Bacteria Assessment Report*

## TABLE OF CONTENTS

Page

**1.0** INTRODUCTION ...................................................................................................... 1

    1.1 Purpose .................................................................................................... 1

    1.2 Detailed Scope of Services ..................................................................... 1

2.0 SUMMARY OF FINDINGS ........................................................................ 2

3.0 OBSERVATIONS AND DISCUSSION ....................................................... 3

    3.1 Interior Evaluation .................................................................................. 3

    3.2 Direct-Reading Environmental Measurement  ........................................ 4

4.0 ANALYTICAL RESULTS ........................................................................... 5

    4.1 Bacteria .................................................................................................... 5

    4.2 Mold    ...................................................................................................... 6

    4.3 Particles .................................................................................................. 7

5.0 REFERENCES ......................................................................................... 7

6.0 LIMITATIONS ........................................................................................... 8

**TABLES**

    Table 1: Field Measurements Table

**APPENDICES:**

    Appendix I – Laboratory Analysis Report – Bacteria

    Appendix II – Laboratory Analysis Report – Mold

    Appendix III – Laboratory Analysis Report - Particle

    Appendix IV – Photographic Log

    Appendix V – Sample Locations Maps



## 1.0 INTRODUCTION

Farmer Environmental Group, LLC (Farmer) conducted this Mold and Bacteria Assessment within the Lakeside High School facility located at 6600 Sanborn Road in Ashtabula, Ohio. Farmer conducted a visual inspection of the facility, recorded comfort parameters (relative humidity [RH], temperature), collected moisture readings of the concrete masonry unit (CMU) block surface and inside the foam insulation within the block cavity, collected mold spore, bacteria, and particle samples for laboratory analysis.

Farmer understands that snow accumulation on the roof of the two-story education wing (Buildings A, B and C) of the Lakeside High School resulted in roof damage, failures and/or collapse. Currently, that portion of the High School does not have a roof. Contents and building finishes have been removed, and the buildings were unoccupied and not provided with mechanical ventilation. The walls are all constructed of painted CMU block filled with CoreFill 500 foam insulation, concrete floors, and an exterior brick veneer. The exterior walls on the second floor were supported with bracing, and the top course of the exterior CMU walls were covered with reinforced polyethylene sheeting. The polyethylene sheeting was secured to the CMU block walls using wood slats.

### 1.1 Purpose

Ms. Jennifer Day, with Farmer, performed the investigation on June 17, 2025 to investigate potential microbial contamination concerns within the foam-filled CMU wall cavities after the loss in December of 2024. Sample locations were generally located near the March 2025 sample locations by Auburn Environmental to allow for comparison of the sampling data.

### 1.2 Detailed Scope of Services

Farmer performed the following tasks:

- Recorded direct-reading comfort parameter measurements (relative humidity [RH], temperature), and moisture readings of CMU block surface and interior foam insulation.

- Visually inspected readily accessible areas of the impacted portions of the building for evidence of visible microbial growth, conditions conductive to microbial growth, and other factors that may have a negative influence on the indoor environment.

- Collect mold swab, bacteria swab, and particle samples for laboratory analysis to evaluate the microbial contamination within the exterior foam-filled CMU block walls.



Field measurements are presented in Table 1.  The mold analysis laboratory report is presented in **Appendix I**.  The bacteria analysis laboratory report is presented in **Appendix II**. The particle analysis report is presented in **Appendix III**. Photographic documentation is included within **Appendix IV**. Sample locations are presented in **Appendix V**.

## 2.0 SUMMARY OF FINDINGS

The bacteria samples were obtained via sterile swabs and analyzed for gram-negative and gram-positive bacteria from the surface of the foam insulation within the CMU block wall cavities. The sampling results were variable and indicates bacterial concentrations ranged from non-detected to greater than 3,000,000 colony forming units per swab (CFUs/swab), primarily gram-negative bacteria throughout the impacted areas. The highest bacterial concentrations were identified on the first floor of the three buildings. Gram-negative bacteria were identified in 27 locations and gram-positive bacteria in 6 locations.  Gram-negative and gram-positive results were found in 3 of the 5 of the control areas.

According to the National Organization of Remediators and Mold Inspectors (NORMI), mold spore concentrations of rare to low for mold surface swabs or tape samples are considered acceptable concentrations of fungal ecology.  The total concentration of mold spores for each swab was analyzed by direct examination and reported as ranged from "None Detected" to "High" .According to the laboratory results for the 27 swab samples collected from the foam insulation, 14 locations were non-detected and 13 locations indicated the presence of fungal spores. *Aspergillius* and *Penicillium/Talaromyces* were non-detectable to "High" with *Alternaria*, *Oedocephalum*, *Cladosporium*, and yeast reported as "Rare" to "Low" and hyphal fragments (e.g., vegetative structures that make up the body of a mold or fungus) identified in 1 sample as "Rare".  No detectable *Stachybotrys*, *Chaetomium*, or other indicators of water damaged building materials were found in the mold swab samples.  Control samples were obtained from 6 non-impacted areas of the school in the E wing with no fungal spores detected in the wall cavity and 1 sample from the weight room ceiling with "Low" *Alternaria* and "High" *Penicillium/Talaromyces*.

The particle analysis of the foam insulation indicated the majority of the sample as foam (>10%) with minor contaminants (<1% - 10%) including fungal hyphae, fungal spores, epithelial cells, cotton (textile) fibers, synthetic (textile) fibers, feldspars, carbonate minerals, quartz, and iron oxide.  No elevated molds, bacteria, or cellulose were noted in the foam samples.



Moisture readings of the CMU block walls and foam insulation indicated higher moisture content on the first floor compared to the second floor. Standing water was observed on the first and second floors of the 3 buildings with the second floor open to the atmosphere. It is assumed that the CMU block walls were drier on the second floor due to the effects of the wind and sun.

## 3.0 OBSERVATIONS AND DISCUSSION

Farmer's observations and discussions are based on the following: 1) inspection of representative areas throughout the spaces evaluated; 2) measurements of temperature and RH levels indoors in the evaluated spaces; 3) moisture evaluation of targeted building materials; and 4) results from surface sample and particle analysis.

### 3.1    Interior Evaluation

The overall condition of the building was evaluated as part of this assessment. The following observations were noted on June 17, 2025, within the building:

- No roof if present on the second floor of the A, B and C wings.

- Standing water was noted on the first and second floors of the A, B and C wings.

- During active rainfall, water would flow from the open second floor through penetrations onto the first floor in the A, B, and C wings.

- CMU block was wet throughout the first floor of the A, B, and C wings.

- Large trash cans were being used to capture water flowing from the second floor to the first floor. At the time of our inspection, the cans were overflowing with water and pooling on the floor. No secondary containment was observed or equipment to dry and/or remove the overflow water present. Additionally, sump pumps were present but not being utilized.

- First floor areas were wet with standing water in most rooms.

- Second floor areas appear to have periods of drying, between rainfall events.

- No visible water staining or rust was observed on exposed metal support beams, metal door frames, or metal decking.

- No visible mold was observed on the painted surface of the CMU block walls or surface of the foam insulation during this assessment.

- No dehumidification units or fans were observed in the A, B, or C wings during our investigation.



- The exterior walls of the building include weep holes. These openings are designed to allow excess moisture to leave the wall cavities. The weep holes are exposed to the outdoor environment which may allow contaminants such as mold or bacteria to enter the wall system.

### 3.2    Direct-Reading Environmental Measurements

Farmer performed limited direct-reading environmental measurements at selected locations at the time of our site investigation. Farmer measured temperature and RH using a Lancoon Temperature Humidity Meter and moisture measurements were obtained using a GE Survey Master direct-reading instrument.

*Temperature and Relative Humidity*

The indoor temperature readings measured at the time of the assessment ranged from 70.2 to 88.3°F. The higher temperatures were measured on the second floor. These temperature readings are reflective of the outdoor temperature since the A, B, and C wings are open to the elements and not conditioned spaces.

The RH measured in the building ranged from 50.9 to 74.8%.  These readings are reflective of the outdoor relative humidity since the A, B, and C wings are open to the elements and not conditioned space.  The E wing control areas were conditioned spaces, generally with lower indoor temperature and RH levels.

*Moisture Readings*

Farmer utilized a hand-held GE Survey Master (Model POL5365) moisture meter to obtain moisture readings of the CMU block wall surface (REL – search mode) and the foam insulation inside the block (WME – deep wall probes).  The moisture reading on the CMU block ranged from 219 REL ("dry") to 999 REL ("wet") in the A, B, and C wings.  The control areas of the E wing had moisture readings ranging from 160 to 165 ("dry").  The CMU block on the second floor had walls that were considered dry to borderline.  These readings were usually 3 to 5 feet above the floor.  Readings obtained at floor level consistently showed moisture levels of 999 REL ("wet") with readings on the first floor were most entirely 999 REL ("wet").

The moisture readings for the foam insulation inside the CMU block ranged from 7.9% WME ("dry") to 43.7% WME ("wet") in the A, B, and C wings.  The control area, E wing had moisture readings of 0 ("dry").  Readings above 20% are generally considered wet. Similar to the CMU block readings, most of the drier readings were on the 2nd floor that is open to the atmosphere and is experiencing drying more readily than the 1st floor areas.



These findings are an indicator that the current water impacts are from rainwater and standing water on the floors. The moisture gradient identified with higher moisture levels on the first floor and lower wall on the second floor indicates the CMU block wall system can be dried out under controlled conditions.

## 4.0    ANALYTICAL SAMPLING RESULTS

The CMU block cavity was exposed utilizing a 2.5" concrete core saw.  Once the core was removed, the interior of the space was observed.  Dust/debris created from the concrete saw was gently wiped away exposing the foam insulation.  A small area between the foam and interior side wall of the block with cleared with a gloved hand.  A new glove was used for each core.  The bacteria swab was obtained first, then the mold swab.  Each swab was a sterile swab provided by EMSL Analytical, Inc. with a swab expiration date of June 17, 2026.  The swab was rolled along the CMU block and/or foam insulation over an approximate 2-inch square area.

### 4.1    Bacteria

Farmer obtained 33 swab samples for identification and enumeration of gram-negative and gram-positive bacteria (e.g., categorized based on cell wall structure and shape of bacteria – spherical or rod-shaped) by an American Industrial Hygiene Association (AIHA) Environmental Microbiology Accreditation Program (EMLAP) accredited laboratory.  Four samples were none-detected for bacteria.  Twenty-seven (27) samples were positive for gram-negative bacteria and 6 samples were positive for gram-positive bacteria with concentrations ranging from 100 to >3,000,000 colony-forming units (CFUs) per swab.  Gram-negative and gram-positive results were also found in the control areas at lower concentrations.

The findings of this assessment indicate the presence of gram-negative and gram-positive bacteria within the wall cavities. However, direct exposure of the wall cavity to occupants is not intended or likely.  Disinfection within the concrete block cavities is not warranted.  However, Farmer does recommend cleaning and disinfecting all remaining exposed surfaces within the occupational spaces of the building prior to re-occupancy.  Laboratory results are summarized in Table1 and provided in **Appendix I**.

The most common gram-negative bacterium responsible for infections is *E. coli*.  Gram-negative bacteria can be acquired through various means and are ubiquitous in the ambient environment. Many gram-negative bacteria are part of the normal human flora, like *E. coli* in the gut. However, a larger number of gram-negative bacteria are pathogenic and can cause a wide range of infections and modes of exposures. In this situation, the risk of exposure to the assessed bacterial contamination within an enclosed CMU wall system is considered low.



Gram-positive bacteria are commonly *Staphylococcus* or *Streptococcus* (Cocci, sphere shaped), and *Listeria* (rod shaped). Gram-positive bacteria can be acquired through various means. These bacteria are common in our everyday environment with many gram-positive bacteria as part of the normal human microbiota.  In this situation, the risk of exposure to the assessed bacteria contamination within an enclosed wall CMU wall system is considered low.

Typically, in water loss situations, the source of the water determines the response actions, as discussed in the American National Standards Institute / Institute of Inspection, Cleaning and Restoration Certification (ANSI/IICRC), ***Standard for Professional Water Damage Restoration***, ***ANSI-IICRC S500-2021***, Fifth Edition.  The source of water for this event is considered Category 1 (i.e., potable or rain water). Although bacteria was identified on the surface of the foam insulation within the CMU block system, the findings of this assessment do not support reclassifying to a Category 2 or 3 loss.

### 4.2    Mold

Farmer obtained 34 mold swab samples and 1 lift tape sample during this investigation. No visible mold was observed on the CMU block walls or foam insulation. The only suspect visible mold was observed on a ceiling tile in the control Room E27 (weight room). The sampling results showed high variability with a total of 14 samples were "None Detected" and 13 detectable (reported as "Rare" to "High") for fungal spores in the education wing Buildings A, B, and C. Hyphal fragments (e.g., vegetative structures that make up the body of a mold or fungus) were identified in 1 sample as "Rare". *Aspergillius* and *Penicillium/Talaromyces* were "None Detected" to "High" with *Alternaria*, *Oedocephalum*, *Cladosporium*, and yeast reported as "Rare" to "Low".  No detectable *Stachybotrys*, *Chaetomium*, or other indicators of water damaged building materials were found in the mold swab samples.  Control samples were obtained from non-impacted areas of the school in the E wing with no fungal spores detected.   The lift tape sample collected from a control area was reported as "rare" (1 to 10 counts per area analyzed) for *Aspergillus/Penicillium* on the weight room ceiling tile sample.

According to the National Organization of Remediators and Mold Inspectors (NORMI) guidance, mold spore concentrations of rare to low for non-viable swab or tape samples is considered normal.  The total concentration of mold spores via swab ranged from "None Detected" to "High". *Aspergillius* (1 sample) and *Penicillium/Talaromyces* (8 samples) were reported as "High" and 2 samples of *Penicillium/Taloromyces* were reported as "Medium". The laboratory results are summarized on Table 1 and provided in **Appendix II**.



The below table, developed by NORMI, describes the sampling data interpretation for mold assessments, indicating levels of concern for various sampling methods:

| Sample Type | Result/m³ | | NORMI Interpretation | Notes: |
|---|---|---|---|---|
| **Mold Air (non-viable)** | Total Spore Count | | <2,000 Normal | Other molds may be found that have significance in some environments such as Cladosporium, which can be found as indoor sources and can be prevalent outdoors. |
| | Aspergillus/Penicillium | | <200 Normal | |
| | Target Molds (Stachybotrys, Chaetomium, Trichoderma, Fusarium, Memnoniela | | NO Target Molds | |
| **Mold Surface Tape or Swab (non-viable)** | 1-10 spores | | Rare | Normal |
| | 11-100 spores | | Low | Caution |
| | 101-1,000 spores | | Medium | Contamination Probable |
| | >1,000 spores | | High | High Contamination |
| **Mold Surface Swab (viable)** | 0-30 cfu[a] | | Normal | **NOTE: Any presence of Target Molds is unacceptable)** |
| | 31-150 cfu | | Low | |
| | 151-300 cfu | | Moderate | |
| | >300 cfu | | High | |
| **Total Mold Volatile Organic Compounds (TMVOC)** | <8 ng/L[b] | | Minimal | This is a good sampling method when molds are hidden, and can sometimes show mold activity even if air spore counts are low |
| | 8-30 ng/L | | Active-Moderate | |
| | 31-80 ng/L | | Active-Elevated | |
| | 81-150 ng/L | | Active-High | |
| | >150 ng/L | | Active-Severe | |

[a] Colony-Forming Unit    [b] nanograms per Liter

Guidance from the United States Environmental Protection Agency (EPA) – *Mold Remediation in Schools and Commercial Buildings* (March 2001), for concrete and cinder block walls is to wet vacuum and use a high-efficiency particulate air (HEPA) vacuum after the material has been thoroughly dried. Based on information reported to Farmer, a representative of the foam insulation company stated that wet foam will not contribute to microbial growth and drying activities should be sufficient to restore the insulation integrity within the walls.


### 4.3    Particles

Farmer obtained 5 samples of the foam insulation for Particle analysis. The particle analysis of the foam insulation indicated the majority of the sample as foam (>10%) with minor contaminants (<1% - 10%) including fungal hyphae, fungal spores, epithelial cells, cotton (textile) fibers, synthetic (textile) fibers, feldspars, carbonate minerals, quartz, and iron oxide.  No elevated molds, bacteria, or cellulose were noted in the foam samples.



The laboratory results are summarized on Table 1 and full laboratory results are provided in **Appendix III**.

There are currently no regulatory standards or governmental exposure limits to the particles. Farmer does not consider the particle types and concentrations to be indicative of an environmental or surficial concern.

## 5.0    REFERENCES

The following standards and guidelines were generally followed during our review and analysis of the Client-provided reports:

- American Industrial Hygiene Association (AIHA), ***Recognition, Evaluation, and Control of Indoor Mold***, Second Edition.

- American National Standards Institute / Institute of Inspection, Cleaning and Restoration Certification (ANSI/IICRC), ***Standard for Professional Water Damage Restoration***, ***ANSI-IICRC S500-2021***, Fifth Edition.

- American National Standards Institute / Institute of Inspection, Cleaning and Restoration Certification (ANSI/IICRC), ***Standard for Professional Mold Remediation***, ***ANSI-IICRC S520-2015***, Third Edition.

- American Society for Testing and Materials International (ASTM), ***Standard Guide for Assessment of Fungal Growth in Buildings,*** ASTM D7338-14 (Reapproved 2023).

- American National Standards Institute (ANSI)/American Society of Heating, Refrigerating and Air-Conditioning Engineers (ASHRAE) Standard 55-2020, ***Thermal Environmental Conditions for Human Occupancy.***

- American National Standards Institute (ANSI)/American Society of Heating, Refrigerating and Air-Conditioning Engineers (ASHRAE) Standard 62.1-2022, ***Ventilation for Acceptable Indoor Air Quality***.

- New York City Department of Health, Bureau of Environmental and Occupational Disease Epidemiology, ***Guidelines on Assessment and Remediation of Fungi in Indoor Environments,*** November 20, 2000.

- Occupational Safety and Health Administration, ***A Brief Guide to Mold in the Workplace***.



- U.S. Environmental Protection Agency (US EPA), Office of Air and Radiation, Indoor Environments Division, ***Mold Remediation in Schools and Commercial Buildings***, March 2001.  EPA 402-K-01-001.

## 6.0    LIMITATIONS

The assessment service has been performed, our findings obtained, and recommendations prepared in accordance with principles and practices in the field of environmental science. This warranty is in lieu of all other warranties either expressed or implied.  Farmer is not responsible for the conclusions, opinions, or recommendations made by others based on the visual field reconnaissance and information derived from this report.

Keep in mind that air sampling for mold provides information only for the moment in time in which the sampling occurred, much like a snapshot. Air sampling will reveal, when properly done, what was in the air at the moment when the sample was collected.

It should be noted that this assessment cannot absolutely rule out the existence of any environmental concerns at a given facility.  This assessment has been based upon limited available prior subject site history, observable conditions, activities at the site, and laboratory analysis of the ambient air samples collected during the site investigation.   Existing environmental concerns can escape detection using these methods.   Additionally, the passage of time and housekeeping may result in a change in the environmental conditions.

If you have any questions concerning this report, please do not hesitate to contact our office. Farmer Environmental Group, LLC appreciates the opportunity to provide our professional Indoor Air Quality services and hope to provide Liberty Mutual assistance in the future.

Respectfully,

**Farmer Environmental Group, LLC**

Jennifer Day, P.E.                                 Brian Kichan
Branch Manager                               Director, National Programs
P: 303-807-8792                               P: 817-528-1066
E: jennifer.day@farmereg.com        E: brian.kichan@farmereg.com



**TABLE 1**



| Room Number | Sample Location | Moisture Content CMU Block | Moisture Content Foam Insulation | Moisture Content Gram Insulation | Temperature | Relative Humidity | Bacteria Identification | Mold Type | Particle | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| A24 | 32" to window, 61.5" to floor | 220 | 13.5 | | 73.8 | 69.4 | None Detected | None Detected | | |
| A38 | 34" to window, 44" to floor | 210 | 13.7 | | 72.7 | 71.1 | None Detected | None Detected | | |
| A112 | 43" to window, 54" to floor | 999 | 24.8 | | 72.6 | 71.9 | Gram Negative Rod | Aspergillus- High, Penicillium/Talaromyces- High | | |
| A114 | 44.5" to window, 52.5" to floor | 999 | 42.6 | | 72.6 | 71.6 | Gram Negative Rod | Penicillium/Talaromyces-High | Foam Insulation - >10%, Fungal Hyphae, Carbonate Minerals - 1% to 10%, Fungal Spore, Epithelial Cells, Cotton Fibers - <1% | |
| A118 | 28" to window, 61" to floor | 999 | 42.9 | | 71 | 74.8 | Gram Negative Rod | Penicillium/Talaromyces-Medium | | |
| A121 | 33.5" to window, 51.5" to floor | 999 | 43.1 | | 72.5 | 71.4 | Gram Negative Rod | Penicillium/Talaromyces- High | | |
| A207 | 185" to corner, 36" to floor | 212 | No Foam | | 81.9 | 57.5 | Gram Negative Rod | None Detected | | |
| A210 | 48" to window, 20.6" to floor | 207 | 8.8 | | 79.9 | 60.4 | Gram Negative Rod | Oedocephalum- Rare | | |
| B104 | 70.5" to window, 52" to floor | 999 | 43.7 | | 69.6 | 74.3 | Gram Negative Rod | Penicillium/Talaromyces- Low | | |
| B105 | 72" to window, 52" to floor | 999 | 42.8 | | 70.2 | 73.6 | Gram Negative Rod | None Detected | | |
| B108 | 25" to window, 68.5" to floor | 999 | 42 | | 72.6 | 68.1 | Gram Negative Rod | Penicillium/Talaromyces- Medium | | |
| B109 | 65" to window, 61" to floor | 999 | 47.9 | | 70.5 | 72.3 | Gram Negative Rod | Cladosporium- Low, Penicillium/Talaromyces-High | | |
| B111-1 | 76" to window, 68.5" to floor | 999 | No Foam | | 70.8 | 71.7 | Gram Negative Rod, Gram Positive Rod | None Detected | | |
| B111-2 | 80" to corner, 52.5" to floor | 999 | No Foam | | 70.8 | 71.7 | Gram Negative Rod | Penicillium/Talaromyces- High | | |
| B112 | 91" to corner, 60.5" to floor | 999 | 40 | | 72.9 | 65.8 | Gram Negative Rod | Penicillium/Talaromyces-Rare | Foam Insulation - >10%, Carbonate Minerals - 1% to 10%, Feldspars, Epithelial Cells, Cotton Fibers - <1% | |
| B204 | 211" to window, 75" to floor | 202 High on wall / 999 Low on wall | 8.1 | | 77.6 | 62.3 | None Detected | None Detected | | No insulation on interior block wall, separate core, no sample |
| B211 | 60" to window, 36" to floor | 999 | 41.7 | | 76 | 67.1 | Gram Negative Rod | Penicillium/Talaromyces- High | | |
| C101 | 44.25" to wall, 60.25" to floor | 999 | 40.6 | | 72.5 | 71.6 | Gram Negative Rod | None Detected | | |
| C104 | 69" to window, 44.5" to floor | 999 | 38.1 | | 72.1 | 72.8 | Gram Negative Rod | Penicillium/Talaromyces- High | | |
| C105 | 110.5" to corner, 52" to floor | 999 | 32.4 | | 72.6 | 71.3 | Gram Negative Rod | None Detected | | |
| C107 | 10" to window, 44.5" to floor | 999 | 40 | | 72.1 | 72.5 | Gram Negative Rod | None Detected | | |
| C108 | 41.5" to corner, 44.5" to floor | 999 | 41.8 | | 72.9 | 72.9 | Gram Negative Rod | Penicillium/Talaromyces- High | Foam Insulation - >10%, Epithelial cells, Carbonate Minerals - 1% to 10%, Iron oxide, Cotton Fibers - <1% | |
| C111 | 103.5" to corner, 45" to floor | 999 | 36.8 | | 74.6 | 69.1 | Gram Negative Rod | None Detected | | |
| C112 | 154" to corner, 52" to floor | 999 | 41 | | 73.9 | 68.6 | Gram Negative Rod | Penicillium/Talaromyces- High | | |
| C205 | 19" to window, 35" to floor | 197 | 7.9 | | 83.7 | 55.5 | Gram Negative Rod, Gram Positive Rod | None Detected | | |
| C206 | 87.5" to corner, 75.5" to floor | 219 | 10.6 | | 88.3 | 50.9 | Gram Negative Rod, Gram Positive Rod | None Detected | | |
| C207 | 169" to window, 43.5" to floor | 248 | 11.8 | | 83 | 57.6 | None Detected | Penicillium/Talaromyces- High | | |
| E27 | 77" to wall, 44" to floor | 162 | 0 | | 74.3 | 57.2 | Gram Negative Rod | Penicillium/Talaromyces- Medium, Alternaria (Ulocladium)- Low | Foam Insulation - >10%, Carbonate Minerals - 1% to 10%, Cotton Fibers, Quartz, feldspars - <1% | |
| E27-1 | Weight bench | 162 | 0 | | 74.3 | 57.2 | Gram Positive Rod | None Detected | | |
| E27-2 | Floor | 162 | 0 | | 74.3 | 57.2 | Gram Negative Rod, Gram Positive Rod | None Detected | | |
| E27-3 | Ceiling tile | 162 | 0 | | 74.3 | 57.6 | Gram Negative Rod | Penicillium/Talaromyces- High | Foam Insulation - >10%, Carbonate Minerals - 1% to 10%, Synthetic fibers, Cotton Fibers, Epithelial cells, feldspars - <1% | |
| E102 | 18" to window 44.5" to floor | 160 | 0 | | 73.4 | 59.8 | Gram Negative Rod, Gram Positive Cocci | None Detected | | |
| E104 | 30" to window,52.5" to floor | 165 | 0 | | 72.7 | 61.8 | Gram Negative Rod | None Detected | | |
| E27-4 | ceiling tile | 162 | 0 | | 74.3 | 57.2 | Not applicable | Aspergillus/Penicillium++ Rare | | |

Moisture Readings: GE Protimeter Survey Master, REL mode for CMU block surface, WME for insulation probe
Temperature and Relative Humidity by GE meter.
Particle samples taken of bulk insulation, analyzed by Liberty EnviroLab
Bacteria and Mold samples taken by sterile swabs, analyzed by EMSL Analytical Inc.

**APPENDIX I**

**LABORATORY ANALYSIS REPORT – BACTERIA**



**EMSL Analytical, Inc.**

200 Route 130 North, Cinnaminson, NJ 08077
Phone/Fax:    (800) 220-3675 / (856) 786-0262
http://www.EMSL.com          cinnmicrolab@emsl.com

| | |
|---|---|
| EMSL Order: | 372509347 |
| CustomerID: | FARM50D |
| CustomerPO: | |
| ProjectID: | |

| | | | |
|---|---|---|---|
| Attn: | **Jennifer Day** | Phone: | (303) 468-8763 |
| | **Farmer Environmental Group, LLC** | Fax: | |
| | **8120 Sheridan Blvd** | Received: | 6/19/2025 11:00 AM |
| | **Suite A306** | Analysis Date: | 6/26/2025 |
| | **Westminster, CO 80002** | Collected: | 6/17/2025 |

Project:   **Lakeside HS / 6092.02**

## Test Report: Identification and Enumeration of Culturable Bacteria by Swab
## (Gram Stain (EMSL Method MICRO-SOP-132))

| Sample Description | Location | Media | Temp (C) | Sample Measure (Swab) | Analytical Sensitivity (CFU/Swab) | Dilution | Bacteria Identification | Colony Count | CFUs (CFU/Swab) |
|---|---|---|---|---|---|---|---|---|---|
| A24B | Ext. Wall Cavity | TSAB | 35 | 1 | 100 | 100 | **None Detected** | | |
| 372509347-0001 | | | | | | | | | |
| A38B | Ext. Wall Cavity | TSAB | 35 | 1 | 100 | 100 | **None Detected** | | |
| 372509347-0002 | | | | | | | | | |
| A112B | Ext. Wall Cavity | TSA | 35 | 1 | 10,000 | 10,000 | *Gram negative rod* | >300 | >3,000,000 |
| | | | | | | | **Total** | **>300** | **>3,000,000** |
| 372509347-0003 | | | | | | | | | |
| A114B | Ext. Wall Cavity | TSAB | 35 | 1 | 10,000 | 10,000 | *Gram negative rod* | >300 | >3,000,000 |
| | | | | | | | **Total** | **>300** | **>3,000,000** |
| 372509347-0004 | | | | | | | | | |
| A118B | Ext. Wall Cavity | TSAB | 35 | 1 | 10,000 | 10,000 | *Gram negative rod* | >300 | >3,000,000 |
| | | | | | | | **Total** | **>300** | **>3,000,000** |
| 372509347-0005 | | | | | | | | | |
| A121B | Ext. Wall Cavity | TSAB | 35 | 1 | 10,000 | 10,000 | *Gram negative rod* | >300 | >3,000,000 |
| | | | | | | | **Total** | **>300** | **>3,000,000** |
| 372509347-0006 | | | | | | | | | |
| A207B | Ext. Wall Cavity | TSAB | 35 | 1 | 100 | 100 | *Gram negative rod* | 52 | 5,200 |
| | | | | | | | **Total** | **52** | **5,200** |
| 372509347-0007 | | | | | | | | | |

Analyst(s)

*Michael Ross (33)*

*Liz Hagenbuch, M.S., Microbiology Manager*
*or other approved signatory*

EMSL maintains liability limited to cost of analysis. Interpretation and use of test results are the responsibility of the client. This report relates only to the samples reported above, and may not be reproduced, except in full, without written approval by EMSL. EMSL bears no responsibility for sample collection activities or analytical method limitations. The report reflects the samples as received. Results are generated from the field sampling data (sampling volumes and areas, locations, etc.) provided by the client on the Chain of Custody. Samples are within quality control criteria and met method specifications unless otherwise noted.
The detection limit is equal to 1 colony forming unit (CFU) per agar plate.
Samples analyzed by EMSL Analytical, Inc. Cinnaminson, NJ AIHA LAP, LLC-EMLAP Accredited #100194

Initial report from 06/26/2025  15:05:37

For information on the bacteria listed in this report please visit the Resources section at www.emsl.com

**EMSL Analytical, Inc.**
200 Route 130 North, Cinnaminson, NJ 08077
Phone/Fax:  (800) 220-3675 / (856) 786-0262
http://www.EMSL.com          cinnmicrolab@emsl.com

EMSL Order:      372509347
CustomerID:      FARM50D
CustomerPO:
ProjectID:

| | |
|---|---|
| Attn:  **Jennifer Day**<br>**Farmer Environmental Group, LLC**<br>**8120 Sheridan Blvd**<br>**Suite A306**<br>**Westminster, CO 80002** | Phone:        (303) 468-8763<br>Fax:<br>Received:     6/19/2025 11:00 AM<br>Analysis Date: 6/26/2025<br>Collected:     6/17/2025 |

Project:  **Lakeside HS / 6092.02**

## Test Report: Identification and Enumeration of Culturable Bacteria by Swab
### (Gram Stain (EMSL Method MICRO-SOP-132))

| Sample Description | Location | Media | Temp (C) | Sample Measure (Swab) | Analytical Sensitivity (CFU/Swab) | Dilution | Bacteria Identification | Colony Count | CFUs (CFU/Swab) |
|---|---|---|---|---|---|---|---|---|---|
| A210B | Ext. Wall Cavity | TSA | 35 | 1 | 100 | 100 | Gram negative rod | 8 | 800 |
| | | | | | | | **Total** | **8** | **800** |
| *372509347-0008* | | | | | | | | | |
| B104B | Ext. Wall Cavity | TSAB | 35 | 1 | 10,000 | 10,000 | Gram negative rod | >300 | >3,000,000 |
| | | | | | | | **Total** | **>300** | **>3,000,000** |
| *372509347-0009* | | | | | | | | | |
| B105B | Ext. Wall Cavity | TSAB | 35 | 1 | 10,000 | 10,000 | Gram negative rod | >300 | >3,000,000 |
| | | | | | | | **Total** | **>300** | **>3,000,000** |
| *372509347-0010* | | | | | | | | | |
| B108B | Ext. Wall Cavity | TSAB | 35 | 1 | 10,000 | 10,000 | Gram negative rod | >300 | >3,000,000 |
| | | | | | | | **Total** | **>300** | **>3,000,000** |
| *372509347-0011* | | | | | | | | | |
| B109B | Ext. Wall Cavity | TSAB | 35 | 1 | 10,000 | 10,000 | Gram negative rod | >300 | >3,000,000 |
| | | | | | | | **Total** | **>300** | **>3,000,000** |
| *372509347-0012* | | | | | | | | | |
| B111B-1 | Ext. Wall Cavity | TSA | 35 | 1 | 10,000 | 10,000 | Gram negative rod | 16 | 160,000 |
| | | | | | | 10,000 | Gram positive rod | 36 | 360,000 |
| | | | | | | | **Total** | **52** | **520,000** |
| *372509347-0013* | | | | | | | | | |

Analyst(s)

*Michael Ross (33)*

*[signature: E. Hagenbuch]*

Liz Hagenbuch, M.S., Microbiology Manager
or other approved signatory

EMSL maintains liability limited to cost of analysis. Interpretation and use of test results are the responsibility of the client. This report relates only to the samples reported above, and may not be reproduced, except in full, without written approval by EMSL. EMSL bears no responsibility for sample collection activities or analytical method limitations. The report reflects the samples as received. Results are generated from the field sampling data (sampling volumes and areas, locations, etc.) provided by the client on the Chain of Custody. Samples are within quality control criteria and met method specifications unless otherwise noted.
The detection limit is equal to 1 colony forming unit (CFU) per agar plate.

Samples analyzed by EMSL Analytical, Inc. Cinnaminson, NJ AIHA LAP, LLC-EMLAP Accredited #100194

Initial report from 06/26/2025  15:05:37

For information on the bacteria listed in this report please visit the Resources section at www.emsl.com

**EMSL Analytical, Inc.**
200 Route 130 North, Cinnaminson, NJ 08077
Phone/Fax: (800) 220-3675 / (856) 786-0262
http://www.EMSL.com        cinnmicrolab@emsl.com

| | |
|---|---|
| EMSL Order: | 372509347 |
| CustomerID: | FARM50D |
| CustomerPO: | |
| ProjectID: | |

Attn:  **Jennifer Day**
**Farmer Environmental Group, LLC**
**8120 Sheridan Blvd**
**Suite A306**
**Westminster, CO 80002**

| | |
|---|---|
| Phone: | (303) 468-8763 |
| Fax: | |
| Received: | 6/19/2025 11:00 AM |
| Analysis Date: | 6/26/2025 |
| Collected: | 6/17/2025 |

Project: **Lakeside HS / 6092.02**

## Test Report: Identification and Enumeration of Culturable Bacteria by Swab
### (Gram Stain (EMSL Method MICRO-SOP-132))

| Sample Description | Location | Media | Temp (C) | Sample Measure (Swab) | Analytical Sensitivity (CFU/Swab) | Dilution | Bacteria Identification | Colony Count | CFUs (CFU/Swab) |
|---|---|---|---|---|---|---|---|---|---|
| B111B-2 | Ext. Wall Cavity | TSAB | 35 | 1 | 10,000 | 10,000 | *Gram negative rod* | >300 | >3,000,000 |
| | | | | | | | **Total** | **>300** | **>3,000,000** |
| *372509347-0014* | | | | | | | | | |
| B112B | Ext. Wall Cavity | TSAB | 35 | 1 | 10,000 | 10,000 | *Gram negative rod* | >300 | >3,000,000 |
| | | | | | | | **Total** | **>300** | **>3,000,000** |
| *372509347-0015* | | | | | | | | | |
| B204B | Ext. Wall Cavity | TSAB | 35 | 1 | 100 | 100 | **None Detected** | | |
| *372509347-0016* | | | | | | | | | |
| B211B | Ext. Wall Cavity | TSAB | 35 | 1 | 10,000 | 10,000 | *Gram negative rod* | >300 | >3,000,000 |
| | | | | | | | **Total** | **>300** | **>3,000,000** |
| *372509347-0017* | | | | | | | | | |
| C101B | Ext. Wall Cavity | TSAB | 35 | 1 | 10,000 | 10,000 | *Gram negative rod* | >300 | >3,000,000 |
| | | | | | | | **Total** | **>300** | **>3,000,000** |
| *372509347-0018* | | | | | | | | | |
| C104B | Ext. Wall Cavity | TSAB | 35 | 1 | 10,000 | 10,000 | *Gram negative rod* | >300 | >3,000,000 |
| | | | | | | | **Total** | **>300** | **>3,000,000** |
| *372509347-0019* | | | | | | | | | |
| C105B | Ext. Wall Cavity | TSAB | 35 | 1 | 10,000 | 10,000 | *Gram negative rod* | >300 | >3,000,000 |
| | | | | | | | **Total** | **>300** | **>3,000,000** |
| *372509347-0020* | | | | | | | | | |

Analyst(s)

*Michael Ross (33)*

Liz Hagenbuch, M.S., Microbiology Manager
or other approved signatory

EMSL maintains liability limited to cost of analysis. Interpretation and use of test results are the responsibility of the client. This report relates only to the samples reported above, and may not be reproduced, except in full, without written approval by EMSL. EMSL bears no responsibility for sample collection activities or analytical method limitations. The report reflects the samples as received. Results are generated from the field sampling data (sampling volumes and areas, locations, etc.) provided by the client on the Chain of Custody. Samples are within quality control criteria and met method specifications unless otherwise noted.
The detection limit is equal to 1 colony forming unit (CFU) per agar plate.

Samples analyzed by EMSL Analytical, Inc. Cinnaminson, NJ AIHA LAP, LLC-EMLAP Accredited #100194

Initial report from 06/26/2025  15:05:37

For information on the bacteria listed in this report please visit the Resources section at www.emsl.com

**EMSL Analytical, Inc.**
200 Route 130 North, Cinnaminson, NJ 08077
Phone/Fax:    (800) 220-3675 / (856) 786-0262
http://www.EMSL.com          cinnmicrolab@emsl.com

EMSL Order:          372509347
CustomerID:          FARM50D
CustomerPO:
ProjectID:

Attn:  **Jennifer Day**
**Farmer Environmental Group, LLC**
**8120 Sheridan Blvd**
**Suite A306**
**Westminster, CO 80002**

Phone:        (303) 468-8763
Fax:
Received:     6/19/2025 11:00 AM
Analysis Date: 6/26/2025
Collected:    6/17/2025

Project:   **Lakeside HS / 6092.02**

## Test Report: Identification and Enumeration of Culturable Bacteria by Swab (Gram Stain (EMSL Method MICRO-SOP-132))

| Sample Description | Location | Media | Temp (C) | Sample Measure (Swab) | Analytical Sensitivity (CFU/Swab) | Dilution | Bacteria Identification | Colony Count | CFUs (CFU/Swab) |
|---|---|---|---|---|---|---|---|---|---|
| C107B | Ext. Wall Cavity | TSAB | 35 | 1 | 10,000 | 10,000 | Gram negative rod | >300 | >3,000,000 |
|  |  |  |  |  |  |  | **Total** | **>300** | **>3,000,000** |
| 372509347-0021 |  |  |  |  |  |  |  |  |  |
| C108B | Ext. Wall Cavity | TSAB | 35 | 1 | 10,000 | 10,000 | Gram negative rod | >300 | >3,000,000 |
|  |  |  |  |  |  |  | **Total** | **>300** | **>3,000,000** |
| 372509347-0022 |  |  |  |  |  |  |  |  |  |
| C111B | Ext. Wall Cavity | TSAB | 35 | 1 | 10,000 | 10,000 | Gram negative rod | >300 | >3,000,000 |
|  |  |  |  |  |  |  | **Total** | **>300** | **>3,000,000** |
| 372509347-0023 |  |  |  |  |  |  |  |  |  |
| C112B | Ext. Wall Cavity | TSAB | 35 | 1 | 10,000 | 10,000 | Gram negative rod | >300 | >3,000,000 |
|  |  |  |  |  |  |  | **Total** | **>300** | **>3,000,000** |
| 372509347-0024 |  |  |  |  |  |  |  |  |  |
| C205B | Ext. Wall Cavity | TSA | 35 | 1 | 100 | 100 | Gram negative rod | 4 | 400 |
|  |  |  |  |  |  |  | **Total** | **4** | **400** |
| 372509347-0025 |  |  |  |  |  |  |  |  |  |
| C206B | Ext. Wall Cavity | TSA | 35 | 1 | 100 | 100 | Gram negative rod | 5 | 500 |
|  |  |  |  |  | 100 | 100 | Gram positive rod | 1 | 100 |
|  |  |  |  |  |  |  | **Total** | **6** | **600** |
| 372509347-0026 |  |  |  |  |  |  |  |  |  |
| C207B | Ext. Wall Cavity | TSAB | 35 | 1 | 100 | 100 | **None Detected** |  |  |
| 372509347-0027 |  |  |  |  |  |  |  |  |  |

Analyst(s)

*Michael Ross (33)*

Liz Hagenbuch, M.S., Microbiology Manager
or other approved signatory

EMSL maintains liability limited to cost of analysis. Interpretation and use of test results are the responsibility of the client. This report relates only to the samples reported above, and may not be reproduced, except in full, without written approval by EMSL. EMSL bears no responsibility for sample collection activities or analytical method limitations. The report reflects the samples as received. Results are generated from the field sampling data (sampling volumes and areas, locations, etc.) provided by the client on the Chain of Custody. Samples are within quality control criteria and met method specifications unless otherwise noted.
The detection limit is equal to 1 colony forming unit (CFU) per agar plate.
Samples analyzed by EMSL Analytical, Inc. Cinnaminson, NJ AIHA LAP, LLC-EMLAP Accredited #100194

Initial report from 06/26/2025  15:05:37

For information on the bacteria listed in this report please visit the Resources section at www.emsl.com

**EMSL Analytical, Inc.**
200 Route 130 North, Cinnaminson, NJ 08077
Phone/Fax:    (800) 220-3675 / (856) 786-0262
http://www.EMSL.com          cinnmicrolab@emsl.com

| EMSL Order: | 372509347 |
|---|---|
| CustomerID: | FARM50D |
| CustomerPO: | |
| ProjectID: | |

Attn:  **Jennifer Day**
**Farmer Environmental Group, LLC**
**8120 Sheridan Blvd**
**Suite A306**
**Westminster, CO 80002**

| Phone: | (303) 468-8763 |
|---|---|
| Fax: | |
| Received: | 6/19/2025 11:00 AM |
| Analysis Date: | 6/26/2025 |
| Collected: | 6/17/2025 |

Project:  **Lakeside HS / 6092.02**

## Test Report: Identification and Enumeration of Culturable Bacteria by Swab
## (Gram Stain (EMSL Method MICRO-SOP-132))

| Sample Description | Location | Media | Temp (C) | Sample Measure (Swab) | Analytical Sensitivity (CFU/Swab) | Dilution | Bacteria Identification | Colony Count | CFUs (CFU/Swab) |
|---|---|---|---|---|---|---|---|---|---|
| E27B | Ext. Wall Cavity | TSAB | 35 | 1 | 100 | 100 | *Gram positive rod* | 1 | 100 |
| | | | | | | | **Total** | **1** | **100** |
| *372509347-0028* | | | | | | | | | |
| E27B-1 | Weight Bench | TSAB | 35 | 1 | 1000 | 1000 | *Gram positive rod* | 20 | 20,000 |
| | | | | | | | **Total** | **20** | **20,000** |
| *372509347-0029* | | | | | | | | | |
| E27B-2 | Weight Rm Floor | TSAB | 35 | 1 | 100 | 100 | *Gram negative rod* | 20 | 2,000 |
| | | | | | | 100 | *Gram positive rod* | 1 | 100 |
| | | | | | | | **Total** | **21** | **2,100** |
| *372509347-0030* | | | | | | | | | |
| E27B-3 | Weight Rm Ceiling | TSAB | 35 | 1 | 100 | 100 | *Gram negative rod* | 6 | 600 |
| | | | | | | | **Total** | **6** | **600** |
| *372509347-0031* | | | | | | | | | |
| E102B | Ext. Wall Cavity | TSA | 35 | 1 | 100 | 100 | *Gram negative rod* | 43 | 4,300 |
| | | | | | | 100 | *Gram positive cocci* | 2 | 200 |
| | | | | | | | **Total** | **45** | **4,500** |
| *372509347-0032* | | | | | | | | | |
| E104B | Ext. Wall Cavity | TSAB | 35 | 1 | 100 | 100 | *Gram negative rod* | 1 | 100 |
| | | | | | | | **Total** | **1** | **100** |
| *372509347-0033* | | | | | | | | | |

No discernable blank was submitted with this group of samples

Analyst(s)

*Michael Ross (33)*

Liz Hagenbuch, M.S., Microbiology Manager
or other approved signatory

EMSL maintains liability limited to cost of analysis. Interpretation and use of test results are the responsibility of the client. This report relates only to the samples reported above, and may not be reproduced, except in full, without written approval by EMSL. EMSL bears no responsibility for sample collection activities or analytical method limitations. The report reflects the samples as received. Results are generated from the field sampling data (sampling volumes and areas, locations, etc.) provided by the client on the Chain of Custody. Samples are within quality control criteria and met method specifications unless otherwise noted.
The detection limit is equal to 1 colony forming unit (CFU) per agar plate.
Samples analyzed by EMSL Analytical, Inc. Cinnaminson, NJ AIHA LAP, LLC-EMLAP Accredited #100194

Initial report from 06/26/2025  15:05:37

EMSL Analytical, Inc.

## Microbiology Chain of Custody

**EMSL Order Number** (Lab Use Only):

1010 Yuma Street

Denver, CO 80204
PHONE: (303) 740-5700
FAX: (303) 741-1400

**EMSL**
EMSL ANALYTICAL, INC.
LABORATORY · PRODUCTS · TRAINING

372509347

| | |
|---|---|
| **Company Name:** Farmer Environmental Group, LLC | **EMSL Bill to:** ☐ Same ☑ Different |
| | If 'Bill To' is different, note instructions in Comments |
| **Street:** 8120 Sheridan Blvd Suite A306 | Third Party Billing required written authorization from third party. |
| **City:** Westminster **State/Province:** CO | **Zip/Postal Code:** 80002 **Country:** US |
| **Report To (Name):** Jennifer Day | **Telephone #:** 303-468-8763 |
| **Email Address:** jennifer.day@farmereg.com | **Fax #:** **Purchase Order:** |
| **Project Name/Number:** Lakeside HS / 6092.02 | **Please Provide Results:** ☐ Fax ☐ Email |
| **U.S. State Samples Taken:** CO OH **Project Zip Code:** | **Connecticut Samples:** ☐ Commercial ☐ Residential |

Sterile, Sodium Thiosulfate Preserved Bottle Used: ☐ Biocide Used in Source (specify): ☐

Public Water Supply Samples: ☐ Note: All results may automatically be reported to DOH if required by state.

### Turnaround Time (TAT) Options - Please Check

| ☐ 3 Hour | ☐ 6 Hour | ☐ 24 Hour | ☐ 48 Hour | ☐ 72 Hour | ☐ 96 Hour | ☑ 1 Week | ☐ 2 Week |
|---|---|---|---|---|---|---|---|

### Microbiology Test Codes

| | |
|---|---|
| **M001** Air-O-Cell **M174** MoldSnap | **M012** *Pseudomonas aeruginosa* (P/A***) |
| **M030** Micro 5 **M032** Allergenco-D | **M024** *Pseudomonas aeruginosa* (MFT*) |
| **M041** Fungal Direct Examination | **M015** Heterotrophic Plate Count |
| **M169** Pollen ID & Enumeration | **M017** Total Coliform & *E. coli* (Colilert P/A***) |
| **M280** Dust Characterization Level-1 | **M018** Total Coliform & *E. coli* (MFT*) |
| **M281** Dust Characterization Level-2 | **M114** Total Coliform & *E. coli* Enumeration |
| **M005** Viable Fungi- Air Samples (Genus ID & Count) | (Colilert MPN**) |
| **M006** Viable Fungi- Air Samples (Includes *Penicillium*, | **M019** Fecal Coliform (MFT*) |
| *Aspergillus, Cladosporium, Stachybotrys* Species ID & | **M020** Fecal *Streptococcus* (MFT*) |
| Count) | **M029** *Enterococci* (MFT*) |
| **M007** Culturable fungi - Surface Samples (Genus ID & | **M129** *Enterococci* (Enterolert P/A***) |
| Count) | **M180** Real Time qPCR-ERMI 36 Panel |
| **M008** Culturable fungi - Surface Samples (Includes | **M025** Sewage Screen –Water (MFT*) |
| *Penicillium, Aspergillus, Cladosporium, Stachybotrys* | |
| Species ID & Count) | |
| **M009** Bacteria Culture Gram Stain & Count | *MFT= Membrane Filtration Technique |
| **M010** Bacteria Count & ID - 3 Most Prominent | **MPN= Most Probable Number |
| **M011** Bacteria Count & ID - 5 Most Prominent | ***P/A= Presence/Absence |

| | |
|---|---|
| **M115** Sewage Screen - Water (P/A***) |
| **M116** Sewage Screen - Water (MPN**) |
| **M117** Sewage Screen - Swab (P/A***) |
| **M013** Sewage Screen - Swab (MFT*) |
| **M133** *Methicillin-resistant Staph. aureus* |
| (MRSA) |
| **M031** Rapid-growing non-TB *Mycobacteria* |
| Detection & Enumeration |
| **M014** Endotoxin Analysis |
| **M044** Group Allergen (Cat, Dog, Cockroach, |
| Dust Mite) |
| **Other** See Analytical Price Guide |
| *Legionella* Analysis Please use EMSL |
| *Legionella* COC |

**Name of Sampler:** Jennifer Day **Signature of Sampler:**

| Sample # | Sample Location/Description | Sample Type | Potable/ NonPotable (Only for Waters) | Test Code | Volume/ Area | Date/Time Collected | Temperature (°C) (Lab Use Only) |
|---|---|---|---|---|---|---|---|
| **Example A1** | Kitchen Sink/Tap | Water | ☒ P ☐ NP | M017 | 100 mL | 9/1/13 4:00 PM | |
| A24B | Ext. Wall Cavitor | Swab | ☐ P ☐ NP | M009 | — | 6/17/25 | |
| A38B | | | ☐ P ☐ NP | | | | |
| A112B | | | ☐ P ☐ NP | | | | |
| A114B | | | ☐ P ☐ NP | | | | |
| A118 B | | | ☐ P ☐ NP | | | | |

| | | | | |
|---|---|---|---|---|
| **Client Sample # (s):** | **Total # of Samples:** 33 | **Samples Received Chilled?** (Lab Use Only) | Yes / No |
| **Relinquished (Client):** Jennifer Day | **Date:** 6/18/25 | **Time:** | |
| **Received (Lab):** | **Date:** 6/19/25 | **Time:** 11:00 am | |
| **Comments/Special Instructions:** | | | |

Page 1 of 3

EMSL Analytical, Inc.'s Laboratory Terms and Conditions are incorporated into this chain of custody by reference in their entirety. Submission of samples to EMSL Analytical, Inc. constitutes acceptance and acknowledgment of all terms and conditions by Customer.

Controlled Document – COC-34 Micro R8 11/14/2017

33 JD



# Microbiology Chain of Custody
**EMSL Order Number** *(Lab Use Only)*:

**EMSL ANALYTICAL, INC.**
LABORATORY·PRODUCTS·TRAINING

3 7 2 5 0 9 3 4 7

EMSL Analytical, Inc.
1010 Yuma Street

RECEIVED Denver, CO 80204
EMSL PHONE: (303) 740-5700
CINNAMINSON, NJ FAX: (303) 741-1400

*Additional pages of the chain of custody are only necessary if needed for additional sample information.*

| Sample # | Sample Location/Description | Sample Type | Potable/ NonPotable (Only for Waters) | Test Code | Volume/ Area | Date/Time Collected | Temperature (°C) (Lab Use Only) |
|---|---|---|---|---|---|---|---|
| A121B | Ext. wall Cavity sample | Swab | ☐P ☐NP | M009 | — | 6/17/25 | |
| A207B | | | ☐P ☐NP | | | | |
| A210B | | | ☐P ☐NP | | | | |
| B104B | | | ☐P ☐NP | | | | |
| B105B | | | ☐P ☐NP | | | | |
| B108B | | | ☐P ☐NP | | | | |
| B109B | | | ☐P ☐NP | | | | |
| B111B-1 | | | ☐P ☐NP | | | | |
| B111B-2 | | | ☐P ☐NP | | | | |
| B112B | | | ☐P ☐NP | | | | |
| B204B | | | ☐P ☐NP | | | | |
| B211B | | | ☐P ☐NP | | | | |
| C101B | Ext. wall Cavity | | ☐P ☐NP | | | | |
| C104B | | | ☐P ☐NP | | | | |
| C105B | | | ☐P ☐NP | | | | |
| C107B | | | ☐P ☐NP | | | | |
| C108B | | | ☐P ☐NP | | | | |
| C111B | | | ☐P ☐NP | | | | |
| C112B | | | ☐P ☐NP | | | | |
| C205B | | | ☐P ☐NP | | | | |
| C206B | | | ☐P ☐NP | | | | |
| C207B | | | ☐P ☐NP | | | | |
| E27B | Ext. Wall Cavity | | ☐P ☐NP | | | | |

**Comments/Special Instructions:**

Page __2__ of __3__

EMSL Analytical, Inc.'s Laboratory Terms and Conditions are incorporated into this chain of custody by reference in their entirety. Submission of samples to EMSL Analytical, Inc. constitutes acceptance and acknowledgment of all terms and conditions by Customer.

Controlled Document – COC-34 Micro R8 11/14/2017



# Microbiology Chain of Custody
**EMSL Order Number** (*Lab Use Only*):

## 372509347

**EMSL ANALYTICAL, INC.**
LABORATORY·PRODUCTS·TRAINING

EMSL Analytical, Inc.
1010 Yuma Street

Denver, CO 80204
PHONE: (303) 740-5700
FAX: (303) 741-1400

*Additional pages of the chain of custody are only necessary if needed for additional sample information.*

| Sample # | Sample Location/Description | Sample Type | Potable/NonPotable (Only for Waters) | Test Code | Volume/Area | Date/Time Collected | Temperature (°C) (Lab Use Only) |
|---|---|---|---|---|---|---|---|
| E27B-1 | Weight bench | Swab | ☐P ☐NP | M009 | — | 6/17/25 | |
| E27B-2 | Weight Rm floor | | ☐P ☐NP | | | | |
| E27B-3 | Weight Rm Ceiling | | ☐P ☐NP | | | | |
| E102B | Ext. Wall Cavity | | ☐P ☐NP | | | | |
| E104B | | | ☐P ☐NP | | | | |
| | | | ☐P ☐NP | | | | |
| | | | ☐P ☐NP | | | | |
| | | | ☐P ☐NP | | | | |
| | | | ☐P ☐NP | | | | |
| | | | ☐P ☐NP | | | | |
| | | | ☐P ☐NP | | | | |
| | | | ☐P ☐NP | | | | |
| | | | ☐P ☐NP | | | | |
| | | | ☐P ☐NP | | | | |
| | | | ☐P ☐NP | | | | |
| | | | ☐P ☐NP | | | | |
| | | | ☐P ☐NP | | | | |
| | | | ☐P ☐NP | | | | |
| | | | ☐P ☐NP | | | | |
| | | | ☐P ☐NP | | | | |
| | | | ☐P ☐NP | | | | |
| | | | ☐P ☐NP | | | | |

**Comments/Special Instructions:**

Page __3__ of __3__

EMSL Analytical, Inc.'s Laboratory Terms and Conditions are incorporated into this chain of custody by reference in their entirety. Submission of samples to EMSL Analytical, Inc. constitutes acceptance and acknowledgment of all terms and conditions by Customer.

Controlled Document – COC-34 Micro R8 11/14/2017

*Privileged and Confidential*
Mold & Bacteria Assessment Report
Lakeside High School – Ashtabula, OH

**APPENDIX II**

**LABORATORY ANALYSIS REPORT – MOLD**



# EMSL Analytical, Inc.

200 Route 130 North Cinnaminson, NJ  08077

Tel/Fax: (800) 220-3675 / (856) 786-0262

http://www.EMSL.com / cinnmicrolab@emsl.com

| EMSL Order: | 372509357 |
|---|---|
| Customer ID: | FARM50D |
| Customer PO: | |
| Project ID: | |

| | |
|---|---|
| **Attention:** Jennifer Day | **Phone:** (303) 468-8763 |
| Farmer Environmental Group, LLC | **Fax:** |
| 8120 Sheridan Blvd | **Collected Date:** 06/17/2025 |
| Suite A306 | **Received Date:** 06/19/2025 |
| Westminster, CO  80002 | **Analyzed Date:** 06/26/2025 |
| **Project:** Lakeside HS / 6092.02 | |

## Test Report: Microscopic Examination of Fungal Spores, Fungal Structures, Hyphae, and Other Particulates from Swab Samples (EMSL Method MICRO-SOP-200)

| Lab Sample Number:<br>Client Sample ID:<br>Sample Location: | 372509357-0001<br>A24M<br>Ext. Wall Cavity | 372509357-0002<br>A38M<br>Ext. Wall Cavity | 372509357-0003<br>A112M<br>Ext. Wall Cavity | 372509357-0004<br>A114M<br>Ext. Wall Cavity | 372509357-0005<br>A118M<br>Ext. Wall Cavity |
|---|---|---|---|---|---|
| **Spore Types** | Category | Category | Category | Category | Category |
| Alternaria (Ulocladium) | - | - | - | Rare | - |
| Ascospores | - | - | - | - | - |
| Aspergillus/Penicillium++ | - | - | - | - | - |
| Basidiospores | - | - | - | - | - |
| Bipolaris++ | - | - | - | - | - |
| Chaetomium++ | - | - | - | - | - |
| Cladosporium | - | - | - | - | - |
| Curvularia | - | - | - | - | - |
| Epicoccum | - | - | - | - | - |
| Fusarium++ | - | - | - | - | - |
| Ganoderma | - | - | - | - | - |
| Myxomycetes++ | - | - | - | - | - |
| Pithomyces++ | - | - | - | - | - |
| Rust | - | - | - | - | - |
| Scopulariopsis/Microascus | - | - | - | - | - |
| Stachybotrys/Memnoniella | - | - | - | - | - |
| Unidentifiable Spores | - | - | - | - | - |
| Zygomycetes | - | - | - | - | - |
| Aspergillus | - | - | *High* | - | - |
| Oedocephalum | - | - | - | - | - |
| Penicillium/Talaromyces | - | - | *High* | *High* | *Medium* |
| Yeast | - | - | Rare | - | - |
| Hyphal Fragment | - | - | - | - | - |
| Insect Fragment | - | - | - | - | - |
| Pollen | - | - | - | - | - |
| Fibrous Particulate | Rare | - | - | Rare | Rare |

**Sample Comment:** 372509357-0002 - None Detected

Category: Count/per area analyzed - Rare: 1 to 10 Low: 11 to 100 Medium: 101 to 1000 High: >1000

- Denotes Not Detected.

++ Includes other spores with similar morphology; see EMSL's fungal glossary for each specific category.

* = Sample contains fruiting structures and/or hyphae associated with the spores.

No discernable field blank was submitted with this group of samples.

*Liz Hagenbuch, M.S., Microbiology Manager*
*or other Approved Signatory*

EMSL maintains liability limited to cost of analysis. Interpretation and use of test results are the responsibility of the client. This report relates only to the samples reported above, and may not be reproduced, except in full, without written approval by EMSL. EMSL bears no responsibility for sample collection activities or analytical method limitations. The report reflects the samples as received. Results are generated from the field sampling data (sampling volumes and areas, locations, etc.) provided by the client on the Chain of Custody. Samples are within quality control criteria and met method specifications unless otherwise noted.
Samples analyzed by EMSL Analytical, Inc. Cinnaminson, NJ AIHA LAP, LLC-EMLAP Accredited #100194

Initial report from: 06/26/2025 01:49 PM

For information on the fungi listed in this report, please visit the Resources section at www.emsl.com

# EMSL Analytical, Inc.

200 Route 130 North Cinnaminson, NJ  08077

Tel/Fax: (800) 220-3675 / (856) 786-0262

http://www.EMSL.com / cinnmicrolab@emsl.com

| | |
|---|---|
| **EMSL Order:** | 372509357 |
| **Customer ID:** | FARM50D |
| **Customer PO:** | |
| **Project ID:** | |

| | |
|---|---|
| **Attention:** Jennifer Day | **Phone:** (303) 468-8763 |
| Farmer Environmental Group, LLC | **Fax:** |
| 8120 Sheridan Blvd | **Collected Date:** 06/17/2025 |
| Suite A306 | **Received Date:** 06/19/2025 |
| Westminster, CO  80002 | **Analyzed Date:** 06/26/2025 |
| **Project:** Lakeside HS / 6092.02 | |

## Test Report: Microscopic Examination of Fungal Spores, Fungal Structures, Hyphae, and Other Particulates from Swab Samples (EMSL Method MICRO-SOP-200)

| Lab Sample Number:<br>Client Sample ID:<br>Sample Location: | 372509357-0006<br>A121M<br>Ext. Wall Cavity | 372509357-0007<br>A207M<br>Ext. Wall Cavity | 372509357-0008<br>A210M<br>Ext. Wall Cavity | 372509357-0009<br>B104M<br>Ext. Wall Cavity | 372509357-0010<br>B105M<br>Ext. Wall Cavity |
|---|---|---|---|---|---|
| **Spore Types** | Category | Category | Category | Category | Category |
| Alternaria (Ulocladium) | - | - | - | - | - |
| Ascospores | - | - | - | - | - |
| Aspergillus/Penicillium++ | - | - | - | - | - |
| Basidiospores | - | - | - | - | - |
| Bipolaris++ | - | - | - | - | - |
| Chaetomium++ | - | - | - | - | - |
| Cladosporium | - | - | - | - | - |
| Curvularia | - | - | - | - | - |
| Epicoccum | - | - | - | - | - |
| Fusarium++ | - | - | - | - | - |
| Ganoderma | - | - | - | - | - |
| Myxomycetes++ | - | - | - | - | - |
| Pithomyces++ | - | - | - | - | - |
| Rust | - | - | - | - | - |
| Scopulariopsis/Microascus | - | - | - | - | - |
| Stachybotrys/Memnoniella | - | - | - | - | - |
| Unidentifiable Spores | - | - | - | - | - |
| Zygomycetes | - | - | - | - | - |
| Aspergillus | - | - | - | - | - |
| Oedocephalum | - | - | Rare | - | - |
| Penicillium/Talaromyces | *High* | - | - | *Low* | - |
| Yeast | - | - | - | - | - |
| Hyphal Fragment | - | - | - | - | - |
| Insect Fragment | - | - | - | - | - |
| Pollen | - | - | - | - | - |
| Fibrous Particulate | - | Rare | - | Rare | Rare |

Category: Count/per area analyzed - Rare: 1 to 10 Low: 11 to 100 Medium: 101 to 1000 High: >1000

- Denotes Not Detected.

++ Includes other spores with similar morphology; see EMSL's fungal glossary for each specific category.

* = Sample contains fruiting structures and/or hyphae associated with the spores.

No discernable field blank was submitted with this group of samples.

*Liz Hagenbuch, M.S., Microbiology Manager*
*or other Approved Signatory*

EMSL maintains liability limited to cost of analysis. Interpretation and use of test results are the responsibility of the client. This report relates only to the samples reported above, and may not be reproduced, except in full, without written approval by EMSL. EMSL bears no responsibility for sample collection activities or analytical method limitations. The report reflects the samples as received. Results are generated from the field sampling data (sampling volumes and areas, locations, etc.) provided by the client on the Chain of Custody. Samples are within quality control criteria and met method specifications unless otherwise noted.
Samples analyzed by EMSL Analytical, Inc. Cinnaminson, NJ AIHA LAP, LLC-EMLAP Accredited #100194

Initial report from: 06/26/2025 01:49 PM

For information on the fungi listed in this report, please visit the Resources section at www.emsl.com

# EMSL Analytical, Inc.

200 Route 130 North Cinnaminson, NJ  08077

Tel/Fax: (800) 220-3675 / (856) 786-0262

http://www.EMSL.com / cinnmicrolab@emsl.com

| | |
|---|---|
| EMSL Order: | 372509357 |
| Customer ID: | FARM50D |
| Customer PO: | |
| Project ID: | |

| | | | |
|---|---|---|---|
| **Attention:** | Jennifer Day | **Phone:** | (303) 468-8763 |
| | Farmer Environmental Group, LLC | **Fax:** | |
| | 8120 Sheridan Blvd | **Collected Date:** | 06/17/2025 |
| | Suite A306 | **Received Date:** | 06/19/2025 |
| | Westminster, CO  80002 | **Analyzed Date:** | 06/26/2025 |
| **Project:** | Lakeside HS / 6092.02 | | |

## Test Report: Microscopic Examination of Fungal Spores, Fungal Structures, Hyphae, and Other Particulates from Swab Samples (EMSL Method MICRO-SOP-200)

| Lab Sample Number:<br>Client Sample ID:<br>Sample Location: | 372509357-0011<br>B108M<br>Ext. Wall Cavity | 372509357-0012<br>B109M<br>Ext. Wall Cavity | 372509357-0013<br>B111M-1<br>Ext. Wall Cavity | 372509357-0014<br>B111M-2<br>Ext. Wall Cavity | 372509357-0015<br>B112M<br>Ext. Wall Cavity |
|---|---|---|---|---|---|
| **Spore Types** | Category | Category | Category | Category | Category |
| Alternaria (Ulocladium) | - | - | - | - | - |
| Ascospores | - | - | - | - | - |
| Aspergillus/Penicillium++ | - | - | - | - | - |
| Basidiospores | - | - | - | - | - |
| Bipolaris++ | - | - | - | - | - |
| Chaetomium++ | - | - | - | - | - |
| Cladosporium | - | *Low* | - | - | - |
| Curvularia | - | - | - | - | - |
| Epicoccum | - | - | - | - | - |
| Fusarium++ | - | - | - | - | - |
| Ganoderma | - | - | - | - | - |
| Myxomycetes++ | - | - | - | - | - |
| Pithomyces++ | - | - | - | - | - |
| Rust | - | - | - | - | - |
| Scopulariopsis/Microascus | - | - | - | - | - |
| Stachybotrys/Memnoniella | - | - | - | - | - |
| Unidentifiable Spores | - | - | - | - | - |
| Zygomycetes | - | - | - | - | - |
| Aspergillus | - | - | - | - | - |
| Oedocephalum | - | - | - | - | - |
| Penicillium/Talaromyces | *Medium* | *High* | - | *High* | *Rare* |
| Yeast | - | - | - | - | - |
| Hyphal Fragment | - | - | - | - | - |
| Insect Fragment | - | - | - | - | - |
| Pollen | - | - | - | - | - |
| Fibrous Particulate | - | Rare | Rare | Rare | Rare |

Category: Count/per area analyzed - Rare: 1 to 10 Low: 11 to 100 Medium: 101 to 1000 High: >1000

- Denotes Not Detected.

++ Includes other spores with similar morphology; see EMSL's fungal glossary for each specific category.

* = Sample contains fruiting structures and/or hyphae associated with the spores.

No discernable field blank was submitted with this group of samples.

*Liz Hagenbuch, M.S., Microbiology Manager*
*or other Approved Signatory*

EMSL maintains liability limited to cost of analysis. Interpretation and use of test results are the responsibility of the client. This report relates only to the samples reported above, and may not be reproduced, except in full, without written approval by EMSL. EMSL bears no responsibility for sample collection activities or analytical method limitations. The report reflects the samples as received. Results are generated from the field sampling data (sampling volumes and areas, locations, etc.) provided by the client on the Chain of Custody. Samples are within quality control criteria and met method specifications unless otherwise noted.

Samples analyzed by EMSL Analytical, Inc. Cinnaminson, NJ AIHA LAP, LLC-EMLAP Accredited #100194

Initial report from: 06/26/2025 01:49 PM

For information on the fungi listed in this report, please visit the Resources section at www.emsl.com

# EMSL Analytical, Inc.

200 Route 130 North Cinnaminson, NJ  08077

Tel/Fax: (800) 220-3675 / (856) 786-0262

http://www.EMSL.com / cinnmicrolab@emsl.com

| EMSL Order: | 372509357 |
|---|---|
| Customer ID: | FARM50D |
| Customer PO: | |
| Project ID: | |

| | |
|---|---|
| **Attention:** Jennifer Day | **Phone:** (303) 468-8763 |
| Farmer Environmental Group, LLC | **Fax:** |
| 8120 Sheridan Blvd | **Collected Date:** 06/17/2025 |
| Suite A306 | **Received Date:** 06/19/2025 |
| Westminster, CO  80002 | **Analyzed Date:** 06/26/2025 |
| **Project:** Lakeside HS / 6092.02 | |

## Test Report: Microscopic Examination of Fungal Spores, Fungal Structures, Hyphae, and Other Particulates from Swab Samples (EMSL Method MICRO-SOP-200)

| Lab Sample Number:<br>Client Sample ID:<br>Sample Location: | 372509357-0016<br>B204M<br>Ext. Wall Cavity | 372509357-0017<br>B211M<br>Ext. Wall Cavity | 372509357-0018<br>C101M<br>Ext. Wall Cavity | 372509357-0019<br>C104M<br>Ext. Wall Cavity | 372509357-0020<br>C105M<br>Ext. Wall Cavity |
|---|---|---|---|---|---|
| **Spore Types** | Category | Category | Category | Category | Category |
| Alternaria (Ulocladium) | - | - | - | - | - |
| Ascospores | - | - | - | - | - |
| Aspergillus/Penicillium++ | - | - | - | - | - |
| Basidiospores | - | - | - | - | - |
| Bipolaris++ | - | - | - | - | - |
| Chaetomium++ | - | - | - | - | - |
| Cladosporium | - | - | - | - | - |
| Curvularia | - | - | - | - | - |
| Epicoccum | - | - | - | - | - |
| Fusarium++ | - | - | - | - | - |
| Ganoderma | - | - | - | - | - |
| Myxomycetes++ | - | - | - | - | - |
| Pithomyces++ | - | - | - | - | - |
| Rust | - | - | - | - | - |
| Scopulariopsis/Microascus | - | - | - | - | - |
| Stachybotrys/Memnoniella | - | - | - | - | - |
| Unidentifiable Spores | - | - | - | - | - |
| Zygomycetes | - | - | - | - | - |
| Aspergillus | - | - | - | - | - |
| Oedocephalum | - | - | - | - | - |
| Penicillium/Talaromyces | - | *High* | - | - | - |
| Yeast | - | - | - | - | - |
| Hyphal Fragment | - | Rare | - | - | - |
| Insect Fragment | - | - | - | - | - |
| Pollen | - | - | - | - | - |
| Fibrous Particulate | Rare | - | Rare | Rare | Rare |

Category: Count/per area analyzed - Rare: 1 to 10 Low: 11 to 100 Medium: 101 to 1000 High: >1000

- Denotes Not Detected.

++ Includes other spores with similar morphology; see EMSL's fungal glossary for each specific category.

* = Sample contains fruiting structures and/or hyphae associated with the spores.

No discernable field blank was submitted with this group of samples.

*Liz Hagenbuch, M.S., Microbiology Manager*
*or other Approved Signatory*

EMSL maintains liability limited to cost of analysis. Interpretation and use of test results are the responsibility of the client. This report relates only to the samples reported above, and may not be reproduced, except in full, without written approval by EMSL. EMSL bears no responsibility for sample collection activities or analytical method limitations. The report reflects the samples as received. Results are generated from the field sampling data (sampling volumes and areas, locations, etc.) provided by the client on the Chain of Custody. Samples are within quality control criteria and met method specifications unless otherwise noted.

Samples analyzed by EMSL Analytical, Inc. Cinnaminson, NJ AIHA LAP, LLC-EMLAP Accredited #100194

Initial report from: 06/26/2025 01:49 PM

For information on the fungi listed in this report, please visit the Resources section at www.emsl.com

# EMSL Analytical, Inc.

200 Route 130 North Cinnaminson, NJ  08077

Tel/Fax: (800) 220-3675 / (856) 786-0262

http://www.EMSL.com / cinnmicrolab@emsl.com

| EMSL Order: | 372509357 |
|---|---|
| Customer ID: | FARM50D |
| Customer PO: | |
| Project ID: | |

| Attention: | Jennifer Day | Phone: | (303) 468-8763 |
|---|---|---|---|
| | Farmer Environmental Group, LLC | Fax: | |
| | 8120 Sheridan Blvd | Collected Date: | 06/17/2025 |
| | Suite A306 | Received Date: | 06/19/2025 |
| | Westminster, CO  80002 | Analyzed Date: | 06/26/2025 |
| Project: | Lakeside HS / 6092.02 | | |

## Test Report: Microscopic Examination of Fungal Spores, Fungal Structures, Hyphae, and Other Particulates from Swab Samples (EMSL Method MICRO-SOP-200)

| Lab Sample Number:<br>Client Sample ID:<br>Sample Location: | 372509357-0021<br>C107M<br>Ext. Wall Cavity | 372509357-0022<br>C108M<br>Ext. Wall Cavity | 372509357-0023<br>C111M<br>Ext. Wall Cavity | 372509357-0024<br>C112M<br>Ext. Wall Cavity | 372509357-0025<br>C205M<br>Ext. Wall Cavity |
|---|---|---|---|---|---|
| **Spore Types** | Category | Category | Category | Category | Category |
| Alternaria (Ulocladium) | - | - | - | - | - |
| Ascospores | - | - | - | - | - |
| Aspergillus/Penicillium++ | - | - | - | - | - |
| Basidiospores | - | - | - | - | - |
| Bipolaris++ | - | - | - | - | - |
| Chaetomium++ | - | - | - | - | - |
| Cladosporium | - | - | - | - | - |
| Curvularia | - | - | - | - | - |
| Epicoccum | - | - | - | - | - |
| Fusarium++ | - | - | - | - | - |
| Ganoderma | - | - | - | - | - |
| Myxomycetes++ | - | - | - | - | - |
| Pithomyces++ | - | - | - | - | - |
| Rust | - | - | - | - | - |
| Scopulariopsis/Microascus | - | - | - | - | - |
| Stachybotrys/Memnoniella | - | - | - | - | - |
| Unidentifiable Spores | - | - | - | - | - |
| Zygomycetes | - | - | - | - | - |
| Aspergillus | - | - | - | - | - |
| Oedocephalum | - | - | - | - | - |
| Penicillium/Talaromyces | - | - | - | *High* | - |
| Yeast | - | - | - | - | - |
| Hyphal Fragment | - | - | - | - | - |
| Insect Fragment | - | - | - | - | - |
| Pollen | - | - | - | - | - |
| Fibrous Particulate | Rare | Rare | Rare | Low | Rare |

Category: Count/per area analyzed - Rare: 1 to 10 Low: 11 to 100 Medium: 101 to 1000 High: >1000

- Denotes Not Detected.
++ Includes other spores with similar morphology; see EMSL's fungal glossary for each specific category.
* = Sample contains fruiting structures and/or hyphae associated with the spores.

No discernable field blank was submitted with this group of samples.

*Liz Hagenbuch, M.S., Microbiology Manager
or other Approved Signatory*

EMSL maintains liability limited to cost of analysis. Interpretation and use of test results are the responsibility of the client. This report relates only to the samples reported above, and may not be reproduced, except in full, without written approval by EMSL. EMSL bears no responsibility for sample collection activities or analytical method limitations. The report reflects the samples as received. Results are generated from the field sampling data (sampling volumes and areas, locations, etc.) provided by the client on the Chain of Custody. Samples are within quality control criteria and met method specifications unless otherwise noted.
Samples analyzed by EMSL Analytical, Inc. Cinnaminson, NJ AIHA LAP, LLC-EMLAP Accredited #100194

Initial report from: 06/26/2025 01:49 PM

For information on the fungi listed in this report, please visit the Resources section at www.emsl.com

# EMSL Analytical, Inc.

200 Route 130 North Cinnaminson, NJ  08077

Tel/Fax: (800) 220-3675 / (856) 786-0262

http://www.EMSL.com / cinnmicrolab@emsl.com

| | |
|---|---|
| EMSL Order: | 372509357 |
| Customer ID: | FARM50D |
| Customer PO: | |
| Project ID: | |

| | | | |
|---|---|---|---|
| Attention: | Jennifer Day | Phone: | (303) 468-8763 |
| | Farmer Environmental Group, LLC | Fax: | |
| | 8120 Sheridan Blvd | Collected Date: | 06/17/2025 |
| | Suite A306 | Received Date: | 06/19/2025 |
| | Westminster, CO  80002 | Analyzed Date: | 06/26/2025 |
| Project: | Lakeside HS / 6092.02 | | |

## Test Report: Microscopic Examination of Fungal Spores, Fungal Structures, Hyphae, and Other Particulates from Swab Samples (EMSL Method MICRO-SOP-200)

| Lab Sample Number:<br>Client Sample ID:<br>Sample Location: | 372509357-0026<br>C206M<br>Ext. Wall Cavity | 372509357-0027<br>C207M<br>Ext. Wall Cavity | 372509357-0028<br>E27M<br>Ext. Wall Cavity | 372509357-0029<br>E27M-1<br>Weight Bench | 372509357-0030<br>E27M-2<br>Weight Room Floor |
|---|---|---|---|---|---|
| **Spore Types** | Category | Category | Category | Category | Category |
| Alternaria (Ulocladium) | - | - | - | - | - |
| Ascospores | - | - | - | - | - |
| Aspergillus/Penicillium++ | - | - | - | - | - |
| Basidiospores | - | - | - | - | - |
| Bipolaris++ | - | - | - | - | - |
| Chaetomium++ | - | - | - | - | - |
| Cladosporium | - | - | - | - | - |
| Curvularia | - | - | - | - | - |
| Epicoccum | - | - | - | - | - |
| Fusarium++ | - | - | - | - | - |
| Ganoderma | - | - | - | - | - |
| Myxomycetes++ | - | - | - | - | - |
| Pithomyces++ | - | - | - | - | - |
| Rust | - | - | - | - | - |
| Scopulariopsis/Microascus | - | - | - | - | - |
| Stachybotrys/Memnoniella | - | - | - | - | - |
| Unidentifiable Spores | - | - | - | - | - |
| Zygomycetes | - | - | - | - | - |
| Aspergillus | - | - | - | - | - |
| Oedocephalum | - | - | - | - | - |
| Penicillium/Talaromyces | - | *High* | - | - | - |
| Yeast | - | - | - | - | - |
| Hyphal Fragment | - | - | - | - | - |
| Insect Fragment | - | - | - | - | - |
| Pollen | - | - | - | - | - |
| Fibrous Particulate | Rare | Rare | Rare | Low | Low |

Category: Count/per area analyzed - Rare: 1 to 10 Low: 11 to 100 Medium: 101 to 1000 High: >1000

- Denotes Not Detected.
++ Includes other spores with similar morphology; see EMSL's fungal glossary for each specific category.
* = Sample contains fruiting structures and/or hyphae associated with the spores.

No discernable field blank was submitted with this group of samples.

*Liz Hagenbuch, M.S., Microbiology Manager*
*or other Approved Signatory*

EMSL maintains liability limited to cost of analysis. Interpretation and use of test results are the responsibility of the client. This report relates only to the samples reported above, and may not be reproduced, except in full, without written approval by EMSL. EMSL bears no responsibility for sample collection activities or analytical method limitations. The report reflects the samples as received. Results are generated from the field sampling data (sampling volumes and areas, locations, etc.) provided by the client on the Chain of Custody. Samples are within quality control criteria and met method specifications unless otherwise noted.
Samples analyzed by EMSL Analytical, Inc. Cinnaminson, NJ AIHA LAP, LLC-EMLAP Accredited #100194

Initial report from: 06/26/2025 01:49 PM

For information on the fungi listed in this report, please visit the Resources section at www.emsl.com

**EMSL Analytical, Inc.**

200 Route 130 North Cinnaminson, NJ  08077

Tel/Fax: (800) 220-3675 / (856) 786-0262

http://www.EMSL.com / cinnmicrolab@emsl.com

| EMSL Order: | 372509357 |
|---|---|
| Customer ID: | FARM50D |
| Customer PO: | |
| Project ID: | |

| | | | |
|---|---|---|---|
| Attention: | Jennifer Day | Phone: | (303) 468-8763 |
| | Farmer Environmental Group, LLC | Fax: | |
| | 8120 Sheridan Blvd | Collected Date: | 06/17/2025 |
| | Suite A306 | Received Date: | 06/19/2025 |
| | Westminster, CO  80002 | Analyzed Date: | 06/26/2025 |
| Project: | Lakeside HS / 6092.02 | | |

### Test Report: Microscopic Examination of Fungal Spores, Fungal Structures, Hyphae, and Other Particulates from Swab Samples (EMSL Method MICRO-SOP-200)

| Lab Sample Number:<br>Client Sample ID:<br>Sample Location: | 372509357-0031<br>E27M-3<br>Weight Room Ceiling | 372509357-0032<br>E102M<br>Ext. Wall Cavity | 372509357-0033<br>E104M<br>Ext. Wall Cavity | | |
|---|---|---|---|---|---|
| **Spore Types** | Category | Category | Category | | |
| Alternaria (Ulocladium) | *Low* | - | - | | |
| Ascospores | - | - | - | | |
| Aspergillus/Penicillium++ | - | - | - | | |
| Basidiospores | - | - | - | | |
| Bipolaris++ | - | - | - | | |
| Chaetomium++ | - | - | - | | |
| Cladosporium | - | - | - | | |
| Curvularia | - | - | - | | |
| Epicoccum | - | - | - | | |
| Fusarium++ | - | - | - | | |
| Ganoderma | - | - | - | | |
| Myxomycetes++ | - | - | - | | |
| Pithomyces++ | - | - | - | | |
| Rust | - | - | - | | |
| Scopulariopsis/Microascus | - | - | - | | |
| Stachybotrys/Memnoniella | - | - | - | | |
| Unidentifiable Spores | - | - | - | | |
| Zygomycetes | - | - | - | | |
| Aspergillus | - | - | - | | |
| Oedocephalum | - | - | - | | |
| Penicillium/Talaromyces | *Medium* | - | - | | |
| Yeast | - | - | - | | |
| Hyphal Fragment | - | - | - | | |
| Insect Fragment | - | - | - | | |
| Pollen | - | - | - | | |
| Fibrous Particulate | Rare | Rare | Low | | |

Category: Count/per area analyzed - Rare: 1 to 10 Low: 11 to 100 Medium: 101 to 1000 High: >1000

- Denotes Not Detected.

++ Includes other spores with similar morphology; see EMSL's fungal glossary for each specific category.

* = Sample contains fruiting structures and/or hyphae associated with the spores.

No discernable field blank was submitted with this group of samples.

Liz Hagenbuch, M.S., Microbiology Manager
or other Approved Signatory

EMSL maintains liability limited to cost of analysis. Interpretation and use of test results are the responsibility of the client. This report relates only to the samples reported above, and may not be reproduced, except in full, without written approval by EMSL. EMSL bears no responsibility for sample collection activities or analytical method limitations. The report reflects the samples as received. Results are generated from the field sampling data (sampling volumes and areas, locations, etc.) provided by the client on the Chain of Custody. Samples are within quality control criteria and met method specifications unless otherwise noted.
Samples analyzed by EMSL Analytical, Inc. Cinnaminson, NJ AIHA LAP, LLC-EMLAP Accredited #100194

Initial report from: 06/26/2025 01:49 PM

For information on the fungi listed in this report, please visit the Resources section at www.emsl.com

# EMSL Analytical, Inc.

200 Route 130 North Cinnaminson, NJ  08077

Tel/Fax: (800) 220-3675 / (856) 786-0262

http://www.EMSL.com / cinnmicrolab@emsl.com

| | |
|---|---|
| **EMSL Order:** | 372509357 |
| **Customer ID:** | FARM50D |
| **Customer PO:** | |
| **Project ID:** | |

| | | | |
|---|---|---|---|
| **Attention:** | Jennifer Day | **Phone:** | (303) 468-8763 |
| | Farmer Environmental Group, LLC | **Fax:** | |
| | 8120 Sheridan Blvd | **Collected Date:** | 06/17/2025 |
| | Suite A306 | **Received Date:** | 06/19/2025 |
| | Westminster, CO  80002 | **Analyzed Date:** | 06/26/2025 |
| **Project:** | Lakeside HS / 6092.02 | | |

## Test Report: Microscopic Examination of Fungal Spores, Fungal Structures, Hyphae, and Other Particulates from Tape Samples (EMSL Method MICRO-SOP-200)

| Lab Sample Number:<br>Client Sample ID:<br>Sample Location: | 372509357-0034<br>E27M-4<br>Weight Room Ceiling | | | | |
|---|---|---|---|---|---|
| **Spore Types** | **Category** | | | | |
| Alternaria (Ulocladium) | - | | | | |
| Ascospores | - | | | | |
| Aspergillus/Penicillium++ | Rare | | | | |
| Basidiospores | - | | | | |
| Bipolaris++ | - | | | | |
| Chaetomium++ | - | | | | |
| Cladosporium | - | | | | |
| Curvularia | - | | | | |
| Epicoccum | - | | | | |
| Fusarium++ | - | | | | |
| Ganoderma | - | | | | |
| Myxomycetes++ | - | | | | |
| Pithomyces++ | - | | | | |
| Rust | - | | | | |
| Scopulariopsis/Microascus | - | | | | |
| Stachybotrys/Memnoniella | - | | | | |
| Unidentifiable Spores | - | | | | |
| Zygomycetes | - | | | | |
| Aspergillus | - | | | | |
| Oedocephalum | - | | | | |
| Penicillium/Talaromyces | - | | | | |
| Yeast | - | | | | |
| Hyphal Fragment | - | | | | |
| Insect Fragment | - | | | | |
| Pollen | - | | | | |
| Fibrous Particulate | Rare | | | | |

Category: Count/per area analyzed - Rare: 1 to 10 Low: 11 to 100 Medium: 101 to 1000 High: >1000

- Denotes Not Detected.

++ Includes other spores with similar morphology; see EMSL's fungal glossary for each specific category.

* = Sample contains fruiting structures and/or hyphae associated with the spores.

*Liz Hagenbuch, M.S., Microbiology Manager*
*or other Approved Signatory*

No discernable field blank was submitted with this group of samples.

EMSL maintains liability limited to cost of analysis. Interpretation and use of test results are the responsibility of the client. This report relates only to the samples reported above and may not be reproduced, except in full, without written approval by EMSL. EMSL bears no responsibility for sample collection activities or analytical method limitations. The report reflects the samples as received. Results are generated from the field sampling data (sampling volumes and areas, locations, etc.) provided by the client on the Chain of Custody. Samples are within quality control criteria and met method specifications unless otherwise noted.
Samples analyzed by EMSL Analytical, Inc. Cinnaminson, NJ AIHA LAP, LLC-EMLAP Accredited #100194

Initial report from: 06/26/2025 01:49 PM

For information on the fungi listed in this report, please visit the Resources section at www.emsl.com

**EMSL Analytical, Inc.**

# Microbiology Chain of Custody

**EMSL Order Number** (Lab Use Only):

## 372509357

EMSL Analytical, Inc.
1010 Yuma Street
RECEIVED
Denver, CO 80204
PHONE: (303) 740-5700
FAX: (303) 741-1400

| | |
|---|---|
| **Company Name:** Farmer Environmental Group, LLC | **EMSL-Bill to:** ☐ Same ☑ Different |
| | If 'Bill To' is different, note instructions in Comments |
| **Street:** 8120 Sheridan Blvd Suite A306 | Third Party Billing requires written authorization from third party. |

| | | | | |
|---|---|---|---|---|
| **City:** Westminster | **State/Province:** CO | **Zip/Postal Code:** 80002 | **Country:** US |

| | |
|---|---|
| **Report To (Name):** Jennifer Day | **Telephone #:** 303-468-8763 |
| **Email Address:** jennifer.day@farmereg.com | **Fax #:** | **Purchase Order:** |

| | |
|---|---|
| **Project Name/Number:** Lakeside HS / 6082.02 | **Please Provide Results:** ☐ Fax ☐ Email |
| **U.S. State Samples Taken:** ~~CO~~ OH  **Project Zip Code:** | **Connecticut Samples:** ☐ Commercial ☐ Residential |

Sterile, Sodium Thiosulfate Preserved Bottle Used: ☐  Biocide Used in Source (specify): ☐

Public Water Supply Samples: ☐ Note: All results may automatically be reported to DOH if required by state.

### Turnaround Time (TAT) Options - Please Check

| ☐ 3 Hour | ☐ 6 Hour | ☐ 24 Hour | ☐ 48 Hour | ☐ 72 Hour | ☐ 96 Hour | ☑ 1 Week | ☐ 2 Week |
|---|---|---|---|---|---|---|---|

### Microbiology Test Codes

| | |
|---|---|
| **M001** Air-O-Cell | **M174** MoldSnap |
| **M030** Micro 5 | **M032** Allergenco-D |

**M041** Fungal Direct Examination
**M169** Pollen ID & Enumeration
**M280** Dust Characterization Level-1
**M281** Dust Characterization Level-2
**M005** Viable Fungi- Air Samples (Genus ID & Count)
**M006** Viable Fungi- Air Samples (Includes Penicillium, Aspergillus, Cladosporium, Stachybotrys Species ID & Count)
**M007** Culturable fungi - Surface Samples (Genus ID & Count)
**M008** Culturable fungi - Surface Samples (Includes Penicillium, Aspergillus, Cladosporium, Stachybotrys Species ID & Count)
**M009** Bacteria Culture Gram Stain & Count
**M010** Bacteria Count & ID - 3 Most Prominent
**M011** Bacteria Count & ID - 5 Most Prominent

**M012** Pseudomonas aeruginosa (P/A***)
**M024** Pseudomonas aeruginosa (MFT*)
**M015** Heterotrophic Plate Count
**M017** Total Coliform & E. coli (Colilert P/A***)
**M018** Total Coliform & E. coli (MFT*)
**M114** Total Coliform & E. coli Enumeration (Colilert MPN**)
**M019** Fecal Coliform (MFT*)
**M020** Fecal Streptococcus (MFT*)
**M029** Enterococci (MFT*)
**M129** Enterococci (Enterolert P/A***)
**M180** Real Time qPCR-ERMI 36 Panel
**M025** Sewage Screen –Water (MFT*)

*MFT= Membrane Filtration Technique
**MPN= Most Probable Number
***P/A= Presence/Absence

**M115** Sewage Screen - Water (P/A***)
**M116** Sewage Screen - Water (MPN**)
**M117** Sewage Screen - Swab (P/A***)
**M013** Sewage Screen - Swab (MFT*)
**M133** Methicillin-resistant Staph. aureus (MRSA)
**M031** Rapid-growing non-TB Mycobacteria Detection & Enumeration
**M014** Endotoxin Analysis
**M044** Group Allergen (Cat, Dog, Cockroach, Dust Mite)
**Other** See Analytical Price Guide
**Legionella Analysis** Please use EMSL Legionella COC

| | |
|---|---|
| **Name of Sampler:** Jennifer Day | **Signature of Sampler:** |

| Sample # | Sample Location/Description | Sample Type | Potable/NonPotable (Only for Waters) | Test Code | Volume/Area | Date/Time Collected | Temperature (°C) (Lab Use Only) |
|---|---|---|---|---|---|---|---|
| **Example A1** | Kitchen Sink/Tap | Water | ☒ P ☐ NP | M017 | 100 mL | 9/1/13 4:00 PM | |
| A24 M | Ext. Wall cavity | Swab | ☐ P ☐ NP | M041 | — | 6/17/25 | |
| A38 M | | | ☐ P ☐ NP | | | | |
| A112 M | | | ☐ P ☐ NP | | | | |
| A114 M | | | ☐ P ☐ NP | | | | |
| A118 M | | | ☐ P ☐ NP | | | | |

| | | | |
|---|---|---|---|
| **Client Sample # (s):** - | **Total # of Samples:** 34 | **Samples Received Chilled?** (Lab Use Only) | Yes / No |
| **Relinquished (Client):** | **Date:** 6/18/25 | **Time:** | |
| **Received (Lab):** | **Date:** 6/19/25 | **Time:** 11:05 Am | |

**Comments/Special Instructions:**

Page 1 of 3

EMSL Analytical, Inc.'s Laboratory Terms and Conditions are incorporated into this chain of custody by reference in their entirety. Submission of samples to EMSL Analytical, Inc. constitutes acceptance and acknowledgment of all terms and conditions by Customer.

Controlled Document – COC-34 Micro R8 11/14/2017

34JD



**EMSL ANALYTICAL, INC.**
LABORATORY•PRODUCTS•TRAINING

## Microbiology Chain of Custody
**EMSL Order Number** (Lab Use Only):

372509357

EMSL Analytical, Inc.
1010 Yuma Street
Denver, CO 80204
PHONE: (303) 740-5700
FAX: (303) 741-1400

*Additional pages of the chain of custody are only necessary if needed for additional sample information.*

| Sample # | Sample Location/Description | Sample Type | Potable/NonPotable (Only for Waters) | Test Code | Volume/Area | Date/Time Collected | Temperature (°C) (Lab Use Only) |
|---|---|---|---|---|---|---|---|
| A121M | Ext. Wall cavity | Swab | ☐P ☐NP | M041 | — | 6/17/25 | |
| A207M | | | ☐P ☐NP | | | | |
| A210M | | | ☐P ☐NP | | | | |
| B104M | | | ☐P ☐NP | | | | |
| B105M | | | ☐P ☐NP | | | | |
| B108M | | | ☐P ☐NP | | | | |
| B109M | | | ☐P ☐NP | | | | |
| B111M-1 | | | ☐P ☐NP | | | | |
| B111M-2 | | | ☐P ☐NP | | | | |
| B112M | | | ☐P ☐NP | | | | |
| B204M | | | ☐P ☐NP | | | | |
| B211M | | | ☐P ☐NP | | | | |
| C101M | | | ☐P ☐NP | | | | |
| C104M | | | ☐P ☐NP | | | | |
| C105M | | | ☐P ☐NP | | | | |
| C107M | | | ☐P ☐NP | | | | |
| C108M | | | ☐P ☐NP | | | | |
| C111M | | | ☐P ☐NP | | | | |
| C112M | | | ☐P ☐NP | | | | |
| C205M | | | ☐P ☐NP | | | | |
| C206M | | | ☐P ☐NP | | | | |
| C207M | | | ☐P ☐NP | | | | |
| E27M | | | ☐P ☐NP | | | | |

**Comments/Special Instructions:**

Page 2 of 3

EMSL Analytical, Inc.'s Laboratory Terms and Conditions are incorporated into this chain of custody by reference in their entirety. Submission of samples to EMSL Analytical, Inc. constitutes acceptance and acknowledgment of all terms and conditions by Customer.

Controlled Document – COC-34 Micro R8 11/14/2017



**EMSL ANALYTICAL, INC.**
LABORATORY•PRODUCTS•TRAINING

# Microbiology Chain of Custody
**EMSL Order Number** (Lab Use Only):

372509357

EMSL Analytical, Inc.
1010 Yuma Street
Denver, CO 80204
PHONE: (303) 740-5700
FAX: (303) 741-1400

*Additional pages of the chain of custody are only necessary if needed for additional sample information.*

| Sample # | Sample Location/Description | Sample Type | Potable/NonPotable (Only for Waters) | Test Code | Volume/Area | Date/Time Collected | Temperature (°C) (Lab Use Only) |
|---|---|---|---|---|---|---|---|
| E27M-1 | Weight bench | Swab | ☐P ☐NP | M041 | — | 6/17/25 | |
| E27M-2 | Weight Room Floor | | ☐P ☐NP | | | | |
| E27M-3 | Weight Room ceiling | | ☐P ☐NP | | | | |
| E102M | Ext-Wall cavity | | ☐P ☐NP | | | | |
| E104M | | | ☐P ☐NP | | | | |
| E 27M-4 | Weight Room ceiling tape | | ☐P ☐NP | | | | |
| | | | ☐P ☐NP | | | | |
| | | | ☐P ☐NP | | | | |
| | | | ☐P ☐NP | | | | |
| | | | ☐P ☐NP | | | | |
| | | | ☐P ☐NP | | | | |
| | | | ☐P ☐NP | | | | |
| | | | ☐P ☐NP | | | | |
| | | | ☐P ☐NP | | | | |
| | | | ☐P ☐NP | | | | |
| | | | ☐P ☐NP | | | | |
| | | | ☐P ☐NP | | | | |
| | | | ☐P ☐NP | | | | |
| | | | ☐P ☐NP | | | | |
| | | | ☐P ☐NP | | | | |
| | | | ☐P ☐NP | | | | |
| | | | ☐P ☐NP | | | | |

**Comments/Special Instructions:**

Page __3__ of __3__

EMSL Analytical, Inc.'s Laboratory Terms and Conditions are incorporated into this chain of custody by reference in their entirety. Submission of samples to EMSL Analytical, Inc. constitutes acceptance and acknowledgment of all terms and conditions by Customer.

Controlled Document – COC-34 Micro R8 11/14/2017

*Privileged and Confidential*
Mold & Bacteria Assessment Report
Lakeside High School – Ashtabula, OH

**APPENDIX III**

**LABORATORY ANALYSIS REPORT – PARTICLE**




**LIBERTY** EnviroLab

Page:      1 of 6
Date:      6/26/2025
Report #:   1-001864

**Laboratory Report**

# Materials Analysis - Particulate
## by Polarized Light Microscopy (PLM)
### Settled Dust / Bulk Materials Analysis

**Client Contact:**  Jennifer Day
**Company:**  Farmer EnvironmentalGroup
**Address:**  8120 Sheridan Blvd., A306
Westminster, CO 80003

**Project #:**  6092.2
**Project Site:**  6600 Sanborn Rd., Ashtabula, OH

**Date Received:**  6/19/2025
**Analyst:**  LW

**Material Received:** Five (5) bioslides samples of unknown debris. The samples were received sealed and in good condition.

| Sample # | Liberty Lab # | Description |
|---|---|---|
| A114 | 11037040 | Room A114 |
| B112 | 11037041 | Room B112 |
| C108 | 11037042 | Room C108 |
| E102 | 11037043 | Room E102 |
| E27 | 11037044 | Room E27 |

**Purpose of Examination:** Characterize and identify components of the collected samples.

**Examination of Material:** The samples were examined by polarized light microscopy (PLM) using a modified Olympus BX-53 polarized light microscope.

**Results/Conclusions:** The prime component of all samples in the set is foam insulation, making up >95% of sample material on each slide.

One sample showed evidence of fungal material. Sample A114 showed a single spore and minor hyphae (see photo 1).

See following pages for detailed breakdown of material.



Photo 1 -Hyphal material and spore (larger material is epithelial cells). The spore is a mature ascospore, genera/species unknown. (LCB, 500x). No other spores/hyphae were detected on any other submitted samples.

*Liberty EnviroLab 1215 Linda Vista Dr., Suite A San Marcos, CA 92078  libertyenvirolab.com 760.539.7024 (p) 760.560.4582 (f)*



**Laboratory Report**
# Materials Analysis - Particulate
## by Polarized Light Microscopy (PLM)
Settled Dust / Bulk Materials Analysis

| | |
|---|---|
| **Client Contact:** | Jennifer Day |
| **Company:** | Farmer EnvironmentalGroup |
| **Address:** | 8120 Sheridan Blvd., A306 |
| | Westminster, CO 80003 |

| | |
|---|---|
| **Project #:** | 6092.2 |
| **Project Site:** | 6600 Sanborn Rd., Ashtabula, OH |

| | |
|---|---|
| **Date Received:** | 6/19/2025 |
| **Analyst:** | LW |

| | |
|---|---|
| Sample #: | A114 |
| Lab #: | 10037040 |
| Description: | Room A114 |
| Sample Type: | Bioslide |

| Major (>10%) |
|---|
Foam Insulation

| Minor  (1% - 10%) |
|---|
Fungal hyphae
Carbonate minerals

| |
|---|
Fungal spore (ascospore)
Epithelial cells
Cotton (textile) fibers


# LIBERTY EnviroLab

Page:   3 of 6
Date:   6/26/2025
Report #:   1-001864

**Laboratory Report**
# Materials Analysis - Particulate
## by Polarized Light Microscopy (PLM)
Settled Dust / Bulk Materials Analysis

**Client Contact:**   Jennifer Day
**Company:**   Farmer EnvironmentalGroup
**Address:**   8120 Sheridan Blvd., A306
Westminster, CO 80003

**Project #:**   6092.2
**Project Site:**   6600 Sanborn Rd., Ashtabula, OH

**Date Received:**   6/19/2025
**Analyst:**   LW

| Sample #: | B112 |
|---|---|
| Lab #: | 10037041 |
| Description: | Room B112 |
| Sample Type: | Bioslide |

| Major (>10%) |
|---|
Foam Insulation

| Minor  (1% - 10%) |
|---|
Carbonate minerals

| Trace (<1%) |
|---|
Epithelial cells
Cotton (textile) fibers
Feldspars



**Laboratory Report**

# Materials Analysis - Particulate
## by Polarized Light Microscopy (PLM)
### Settled Dust / Bulk Materials Analysis

| | |
|---|---|
| **Client Contact:** | Jennifer Day |
| **Company:** | Farmer EnvironmentalGroup |
| **Address:** | 8120 Sheridan Blvd., A306 |
| | Westminster, CO 80003 |

| | |
|---|---|
| **Project #:** | 6092.2 |
| **Project Site:** | 6600 Sanborn Rd., Ashtabula, OH |

| | |
|---|---|
| **Date Received:** | 6/19/2025 |
| **Analyst:** | LW |

| | |
|---|---|
| Sample #: | C108 |
| Lab #: | 10037042 |
| Description: | Room C108 |
| Sample Type: | Bioslide |

| Major (>10%) |
|---|

Foam Insulation

| Minor  (1% - 10%) |
|---|

Epithelial cells
Carbonate minerals

| Trace (<1%) |
|---|

Cotton (textile) fibers
Iron oxide



LIBERTY EnviroLab

**Laboratory Report**

# Materials Analysis - Particulate
## by Polarized Light Microscopy (PLM)
### Settled Dust / Bulk Materials Analysis

| | |
|---|---|
| **Client Contact:** | Jennifer Day |
| **Company:** | Farmer EnvironmentalGroup |
| **Address:** | 8120 Sheridan Blvd., A306 |
| | Westminster, CO 80003 |

| | |
|---|---|
| **Project #:** | 6092.2 |
| **Project Site:** | 6600 Sanborn Rd., Ashtabula, OH |

| | |
|---|---|
| **Date Received:** | 6/19/2025 |
| **Analyst:** | LW |

| | |
|---|---|
| Sample #: | E102 |
| Lab #: | 10037043 |
| Description: | Room E102 |
| Sample Type: | Bioslide |

**Major (>10%)**

Foam Insulation

**Minor  (1% - 10%)**

Carbonate minerals

**Trace (<1%)**

Synthetic (textile) fibers
Cotton (textile) fibers
Epithelial cells
Feldspars



**Laboratory Report**

# Materials Analysis - Particulate
## by Polarized Light Microscopy (PLM)

Settled Dust / Bulk Materials Analysis

| | |
|---|---|
| **Client Contact:** | Jennifer Day |
| **Company:** | Farmer EnvironmentalGroup |
| **Address:** | 8120 Sheridan Blvd., A306 |
| | Westminster, CO 80003 |

| | |
|---|---|
| **Project #:** | 6092.2 |
| **Project Site:** | 6600 Sanborn Rd., Ashtabula, OH |

| | |
|---|---|
| **Date Received:** | 6/19/2025 |
| **Analyst:** | LW |

| | |
|---|---|
| Sample #: | E27 |
| Lab #: | 10037044 |
| Description: | Room E27 |
| Sample Type: | Bioslide |

**Major (>10%)**

Foam Insulation

**Minor  (1% - 10%)**

Carbonate minerals

**Trace (<1%)**

Cotton (textile) fibers
Quartz
Feldspars

_(signature)_

Lawrence Wayne, Laboratory Director

*Liberty EnviroLab 1215 Linda Vista Dr., Suite A San Marcos, CA 92078  libertyenvirolab.com 760.539.7024 (p) 760.560.4582 (f)*

**CHAIN OF CUSTODY**

# LIBERTY
EnviroLab

1215 Linda Vista Dr., Suite A
San Marcos, CA 92078

(760) 539-7024  Fax: (760) 560-4582  clientservices@libertyenvirolab.com

Page __i__ of __1__

**Combustion Product/Particle ID**
**Chain of Custody**

## CONTACT INFORMATION

Company: Tacoma Environmental Group   Contact: Jennifer Day
Address: 4300 Sheridan Blvd A306   Phone: 303 807 8760
City, state, ZIP: Westminster CO 80023   Email: Jenn.Pere Day @ Caimera.com

## PROJECT INFORMATION

Project Name/#: Ashbrooke (Lusenia) # 16CR02
Project Site: 6600 Spy Sunter Rd/Antdale OH
Sampling Date: 6/17/2025
PROJECT TYPE: ☐ Wildfire CP   ☐ Structure Fire CP   ☒ Particle ID

**TURN AROUND TIME**

Turnaround time for this project is:
☒ 5 Day   ☐ 3 Day   ☐ 24 Hr
☐ 4 Day   ☐ 2 Day   ☐ Rush

| Sample ID | DESCRIPTION | NOTES |
|---|---|---|
| A114 | Room A114 – CMU Block Foam Insulation | tape |
| B113 | Room B113 – CMU Block Foam Insulation | |
| C108 | Room C108 – CMU Block Foam Insulation | |
| E103 | Room E103 – CMU Block Foam Insulation | |
| B31 | Room B311 – CMU Block Foam Insulation | |
| C108 | Room C108 – CMU Block Foam Insulation | Bulk |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| SAMPLE TYPE | ☒ Tape Lift | ☒ Bulk |
|---|---|---|
| | ☐ Microvac | ☐ Other |

| RELINQUISHED BY | DATE | RECEIVED BY | DATE |
|---|---|---|---|
| | 6/18/25 | | 6/19/25 |

**CHAIN OF CUSTODY**

*Privileged and Confidential*
Mold & Bacteria Assessment Report
Lakeside High School – Ashtabula, OH

**APPENDIX IV**

**PHOTOGRAPHIC DOCUMENTATION**



**Photographic Log**
Lakeside High School
6600 Sanborn Road
Ashtabula, Ohio





Photo 1: Ashtabula High School



Photo 2: Room B211.



Photo 3: View of sample core.



Photo 4: Close up of B211 sample location.



Photo 5: View of core location on interior wall, no insulation.



Photo 6: Room B204.

**Photographic Log**
Lakeside High School
6600 Sanborn Road
Ashtabula, Ohio





Photo 7: View of solid block core Room B204.



Photo 8: View of B204 sample location.



Photo 9: View of core locations B204.



Photo 10: Room A216.



Photo 11: View of exposed block at window.



Photo 12: View of window A216..

**Photographic Log**
Lakeside High School
6600 Sanborn Road
Ashtabula, Ohio





Photo 13: Room A210..



Photo 14: View of sample location by others.



Photo 15: Room A207.



Photo 16: View of sample location by others.



Photo 17: Room C205.



Photo 18: View of room C205.

**Photographic Log**
Lakeside High School
6600 Sanborn Road
Ashtabula, Ohio





Photo 19: View of sample location by others,



Photo 20: View C205 sample location.



Photo 21: Room C207.



Photo 22: View of Room C207.



Photo 23: Core location at C207.



Photo 24: View of C207 sample location.

**Photographic Log**
Lakeside High School
6600 Sanborn Road
Ashtabula, Ohio





Photo 25: Room C206.



Photo 26: View of cellulose insulation on floor (from attic insulation).



Photo 27: View of C206 sample location.



Photo 82: Room B112.



Photo 29: View of room B112.



Photo 30: View of sample location by others

**Photographic Log**
Lakeside High School
6600 Sanborn Road
Ashtabula, Ohio





Photo 31: Room B108.



Photo 32: View of sample location by others.



Photo 33: View of B108 sample location.



Photo 34: Room B111.



Photo 35: View of core with no foam insulation, B111.



Photo 36: View of B111 sample location..

**Photographic Log**
Lakeside High School
6600 Sanborn Road
Ashtabula, Ohio





Photo 37: Room B109.



Photo 38: View of Room B109..



Photo 39: View of sample location by others.



Photo 40: View of B109 sample location.



Photo 41: Room B104.



Photo 42: View of B104 sample location.

**Photographic Log**
Lakeside High School
6600 Sanborn Road
Ashtabula, Ohio





Photo 31: Room B105.



Photo 32: View of room B105.



Photo 33: View of B105 sample location by others.



Photo 34: View of B105 sample location.



Photo 35: Room A118.



Photo 36: View of A118 sample location by others.

**Photographic Log**
Lakeside High School
6600 Sanborn Road
Ashtabula, Ohio





Photo 37: View of A118 sample location.



Photo 38: View of water filled trashcan at A118.



Photo 39: View of room A118.



Photo 40: Room A121.



Photo 41: View of Room A121.



Photo 42: View of A121 sample location by others.

**Photographic Log**
Lakeside High School
6600 Sanborn Road
Ashtabula, Ohio





Photo 43: View of A121 sample location.



Photo 44: Room A114..



Photo 45: View of Room A114.



Photo 46: View of A114 sample location.



Photo 47: Room A110.



Photo 48: View of sample location by others (labeled as A112A, but in Room A110).

**Photographic Log**
Lakeside High School
6600 Sanborn Road
Ashtabula, Ohio





Photo 49: Room A38..



Photo 50: View of A38 sample location by others.



Photo 51: View of A38 sample location.



Photo 52: Room A24.



Photo 53: View of A24 sample location.



Photo 54: Room C101.

**Photographic Log**
Lakeside High School
6600 Sanborn Road
Ashtabula, Ohio





Photo 55: View of C101 sample location.



Photo 56: Room C105.



Photo 57: View of C105 sample location.



Photo 58: Room C104.



Photo 59: View of C104 sample location by others.



Photo 60: View of C104 sample location.

**Photographic Log**
Lakeside High School
6600 Sanborn Road
Ashtabula, Ohio





Photo 61: Room C107.



Photo 62: View of Room C107.



Photo 63: View of C107 sample location.



Photo 64: Room C108.



Photo 65: View of C108 sample location.



Photo 66: Room C111.

**Photographic Log**
Lakeside High School
6600 Sanborn Road
Ashtabula, Ohio





Photo 67: View of C111 sample location.



Photo 68: Room C112.



Photo 69: View of C112 sample location by others.



Photo 70: View of C112 sample location.



Photo 71: Room E102.



Photo 72: View of E102 sample location by others.

**Photographic Log**
Lakeside High School
6600 Sanborn Road
Ashtabula, Ohio





Photo 73: View of E102 sample location.



Photo 74: Room E104.



Photo 75: View of E104 sample location.



Photo 76: Room E27.



Photo 77: View of E27 sample location, wall cavity.



Photo 78: View of E37 sample location, weight bench.

**Photographic Log**
Lakeside High School
6600 Sanborn Road
Ashtabula, Ohio





Photo 79: View of E27 sample location, floor.



Photo 80: View of E27 sample location, ceiling tile.

**APPENDIX V**

**SAMPLE LOCATIONS DRAWINGS**





Sample Locations – 1st Floor B Wing and Portion of A Wing

**PROJECT:** 6092.02
**DATE:** 7/3/2025
**DRAWN:** JED.
**FIGURE NO.** 1

**Lakeside High School**
6600 Sanborn Road
Ashtabula, Ohio 44004

**KEY**
RH – Relative Humidity
T – Temperature
Mold – Swab Sample
Bacteria – Swab Sample
Particle – Swab Sample
No Scale

FARMER ENVIRONMENTAL GROUP



KEY

RH – Relative Humidity
T – Temperature
Mold – Swab Sample
Bacteria – Swab Sample
Particle – Swab Sample
No Scale

**Sample Locations – 1st Floor A Wing**

| PROJECT: | 6092.02 | |
| DATE: | 7/3/2025 | |
| DRAWN: | JED. | 2 |
| FIGURE NO. | | 2 |

**Lakeside High School**
6600 Sanborn Road
Ashtabula, Ohio 44004

RH       71.6
T        72.6
Mold     A114M
Bacteria A114B
Particle A114

RH       71.9
T        72.6
Mold     A112M
Bacteria A112B

RH       71.1
T        72.7
Mold     A38M
Bacteria A38B

RH       69.4
T        73.8
Mold     A24M
Bacteria A24B



Sample Locations – 1st Floor C Wing

**PROJECT:** 6092.02
**DATE:** 7/3/2025
**DRAWN:** JED.
**FIGURE NO.** 3

**Lakeside High School**
6600 Sanborn Road
Ashtabula, Ohio 44004

KEY

RH – Relative Humidity
T – Temperature
Mold – Swab Sample
Bacteria – Swab Sample
Particle – Swab Sample
No Scale



Sample Locations – 2nd Floor B Wing

Lakeside High School
6600 Sanborn Road
Ashtabula, Ohio 44004

PROJECT: 6092.02
DATE: 7/3/2025
DRAWN: JED.
FIGURE NO. 4

KEY

RH – Relative Humidity
T – Temperature
Mold – Swab Sample
Bacteria – Swab Sample
Particle – Swab Sample
No Scale



**N**

RH          57.5
T            81.9
Mold      A207M
Bacteria A207B

RH          60.4
T            79.9
Mold      A210M
Bacteria A210B

PROJECT:  6092.02
DATE:       7/3/2025
DRAWN:     JED.
FIGURE NO.   5

**Lakeside High School**
6600 Sanborn Road
Ashtabula, Ohio 44004

**Sample Locations – 2nd Floor A Wing**

KEY

RH – Relative Humidity
T – Temperature
Mold – Swab Sample
Bacteria – Swab Sample
Particle – Swab Sample
No Scale

FARMER
ENVIRONMENTAL
GROUP

N

| | |
|---|---|
| PROJECT: | 6092.02 |
| DATE: | 7/3/2025 |
| DRAWN: | JED. |
| FIGURE NO. | 6 |

**Lakeside High School**
6600 Sanborn Road
Ashtabula, Ohio 44004

**Sample Locations – 2ⁿᵈ Floor C Wing**

RH    57.6
T      83.0
Mold  C207M
Bacteria  C207B

RH    55.5
T      83.7
Mold  C205M
Bacteria  C205B

RH    50.9
T      88.3
Mold  C206M
Bacteria  C206B

C213
C211
C209
C210
C208
C207
C205
C206
C203
C204
C201
C200
A201
A200
A203
A202

KEY

RH – Relative Humidity
T – Temperature
Mold – Swab Sample
Bacteria – Swab Sample
Particle – Swab Sample
No Scale



FARMER
ENVIRONMENTAL
GROUP



N

RH      61.8
T        72.7
Mold    E104M
Bacteria E104B

RH      59.8
T        73.4
Mold    E102M
Bacteria E102B
Particle E102

RH      57.2
T        74.3
Mold    E27M
Bacteria E27B
Particle E27

Mold      E27M-3
Mold Tape E27M-4
Bacteria  E27B-3

Mold      E27M-1
Bacteria  E27B-1

Mold      E27M-2
Bacteria  E27B-2

KEY

RH – Relative Humidity
T – Temperature
Mold – Swab Sample
Bacteria – Swab Sample
Particle – Swab Sample
No Scale

**Lakeside High School**
6600 Sanborn Road
Ashtabula, Ohio 44004

**Sample Locations – E Wing, Control Samples**

| PROJECT: | 6092.02 |
| DATE: | 7/3/2025 |
| DRAWN: | JED. |
| FIGURE NO. | 7 |