EXHIBIT G

June 30, 2025



Ben Pintabona
Column Management LLC
36261 Eddy Road
Willoughby Hills, Ohio 44094

Re: Ashtabula Area City Schools – Lakeside High School
Response to Esi Report on Cold-Formed Metal Truss Damage
B&H #24133

Dear Mr. Pintabona,

Per your request, Barber & Hoffman, Inc. (B&H) is providing this letter in response to ESi's Summary Report on Ashtabula Area City School District Roof Collapse Investigation dated May 22, 2025. The specific request was to review ESi's causes of damage of the Cold-Formed Metal Roof Trusses.

This report is based on visual observations only. This report is not intended to be a thorough structural investigation of all cold-formed trusses. As additional information is discovered, B&H reserves the right to amend and/or modify this report and recommendations herein.

Snow Load:

On December 1, 2024, the area of Ashtabula, Ohio experienced a snow event with over 5'-0" of snow.

Per Ashtabula County, the minimum design Ground Snow Load of 30 psf shall be used in the design of structures. The current edition of the Ohio Building Code specifies ASCE 7-16 *"Minimum Design Loads and Associated Criteria for Buildings and Other Structures"* for determining the snow loads on buildings. Equation 7.7-1 of ASCE 7-16 gives a formula for the density of snow equal to $0.13p_g + 14$, where $p_g$ is defined as the ground snow load. For a ground snow load of 30 psf, the density of snow per ASCE 7-16 is equal to 17.9 pcf; which equates to approximately 1'-8" depth of snow (allowable stress design) or 2'-8" depth of snow (strength design). The 5'-0" of snow is significantly more than the equivalent height of snow based on strength design, indicating the truss system is in an overload condition.

Theoretical Truss Analysis and Damage:

For truss design and analysis, simplified methods have historically been used, that is, each member is idealized as a tension or compression member only. Under failure level loads truss members do not necessarily behave in this manner. Truss members may have additional bending forces in multiple directions, redistribution of forces, or even reversal of stresses. Construction techniques may also induce additional forces that are not included in the idealized truss analysis.

Each truss web member, whether in tension or compression has slight eccentricity due to the location of the connection at each end and distance to the centroid of the member. This eccentricity will add a slight weak-axis bending in the web member, which may or may not be negligible when determining failure.

Each connection of a truss member of an idealized truss is designed/analyzed as a 'pin' connection, considered free to rotate at the joint. The quantity and placement of the screws at the connection will prevent this idealized rotation. This transfers strong-axis bending into the member in addition to the axial forces. This strong-axis bending is typically highest near the joints.

Misalignment of trusses during erection can also cause unintended forces in a truss that are increased by an overload condition.  A sweeping top chord is an example of this type of misalignment.  As the truss sweeps laterally from a straight line, an eccentricity is introduced to the truss globally.  This eccentricity causes additional bending forces in the truss members that are not accounted for in an idealized truss analysis.

Some trusses are not designed as idealized trusses with chord members taking bending forces in addition to axial forces.  This can be observed in the field where a truss contains quadrilateral panels in the web configuration.

Significant deflection and redistribution of load also plays a role in truss member failure.  For example, hipped roofs are typically constructed with trusses of differing heights directly adjacent to each other.  The differing heights significantly affects the moment of inertia of the truss. The deeper the truss, the higher the moment of inertia.  The higher the moment of inertia, the lower the deflection of that truss under the same loading.  Adjacent trusses with different spans also deflect differentially.  As a truss deflects more than the adjacent truss, the roof decking and truss bracing (horizontal and diagonal, both for construction and permanent bracing), transfers load to the stiffer truss (based on the stiffness of the deck and bracing), redistributing forces in the truss system to try to equalize the deflection.  When the truss bracing takes loading like this, it will cause additional forces in the truss members that are not considered in design of an idealized truss.  Damage to the bracing was observed throughout this roof structure which is indicative of this type of redistribution of forces.

Truss damage due to previous mechanical damage or an overload event can cause additional forces (or redistribution of forces) not accounted for in an idealized truss analysis.  Truss web member damage during construction is typically reviewed by the truss designer.  Web members slightly bent or bowed cause additional P-delta effects, which adds bending to the member.  Truss designers typically review trusses with damage for the P-delta effects and may approve the truss without modification if it is within code limits on stresses during design level forces.   However, during an overload condition, this damage may cause the truss member to deflect more than an adjacent member, cause stress reversals in the web members, add bending in chord members, and redistribution of forces to adjacent trusses as described previously.

Modifications to the truss system occurred when ventilation was added to the structure.  Truss bracing was modified, and expansion joints were added to the roof assembly above the roof trusses.   This work was performed on the classroom wing as well as the other areas of cold-formed truss roofs.  Part of the expansion joint modification at the classroom wing was to the deck attachment, slotting holes in the steel deck and reattaching screws.  It is assumed that the same modification occurred at the other expansion joints and the top chord of the truss at these locations is not braced as originally intended.  The locations of the expansion joints were indicated on the truss damage drawings to correlate the damage with the expansion joints.  It is B&H's opinion that viewing top chord attachment to the steel deck at these locations does not necessarily indicate truss top chord bracing. If slotted connections occur at roof deck attachment, top chord buckling could be indicated by an 'S-curve' until the screw engaged the deck at the edge of the slotted connection. See Photo 2 from Classroom Wing expansion joint above the roof.

Review of ESi's Conclusions:

Out of 106 locations indicated by B&H, ESi marked 'A' on 28 locations, which to B&H's understanding, Liberty Mutual stated that these locations were claim related damage.  Therefore, B&H did not review the cause of damage to the trusses marked with 'A' for this report.

ESi's Assessment Key indicated the following:
1. Damage aligned between adjacent web members – Mechanical Damage
2. Damage on web members matches damage on adjacent truss chord – Mechanical Damage
3. Damage on flanges of web members at connection where there are little to no forces – Mechanical Damage
4. Damage on tension member or zero-force member – Mechanical Damage
5. Misaligned top chord was screwed to deck through its length
6. Abrasion, creases, and dirt – Mechanical Damage
A. Further analysis required to determine cause of damage
X. ESi unable to locate damage
U. Unaccessible

| Table 1 | | | |
|---|---|---|---|
| **Damage Location** | **ESi Assessment (See Key)** | **B&H Response** | **Photo Number** |
| 3 | 6 | Damage of the web member flange is bent outward. Mechanical damage due to straps for transportation, or laborers as indicated by ESi's report would occur inward. | 3 |
| 4 | 4, 6 | Damage of the web member flange return is bent outward and the web member has twisted. Mechanical damage due to straps for transportation, or laborers as indicated by ESi's report would occur inward. | 4 |
| 7 | 5 | Truss web configuration is a quadrilateral and top chord has both compression and bending locally where the damage occurred. This occurs on multiple trusses adjacent to each other. Truss tag for corresponding truss in the shop drawings indicate RT06. | 5 and 6 |
| 33 | U | Damage of the web member flange is bent outward. Mechanical damage due to straps for transportation, or laborers as indicated by ESi's report would occur inward. | 7 |
| 37 | X | Web damage occurs near bottom chord. Damage of the web member flange is bent outward. Mechanical damage due to straps for transportation, or laborers as indicated by ESi's report would occur inward. | 8 |
| 38 | X | Web damage occurs near bottom chord. Damage of the web member flange is bent outward. Mechanical damage due to straps for transportation, or laborers as indicated by ESi's report would occur inward. | 9 |
| 40 | 6 | Mechanical damage may exist; however, previous damage may have caused a weakened location that then shows sign of failure due to an overload condition. | 10 |
| 46 | 6 | Truss damage is across the entire truss. Damage from Location 48 was indicated as 'A'. | 11 |
| 50 | 6 | Damage of the web member flange is bent outward. Mechanical damage due to straps for transportation, or laborers as indicated by ESi's report would occur inward. | 12 |
| 51 | X | Damage Locations 50 and 51 are on the same truss. Top chord sweeps inducing other loading into the truss. | 13 |
| 63 | 5 | Top chord bracing may not be continuous based on roof expansion joint location. | 14 |
| 68 | 6 | Damage Location 68 is on the same truss as Damage Location 66 which was indicated as 'A'. | - |

| | | | |
|---|---|---|---|
| 73 | 1 | Damage across multiple web members, including warped bracing at these locations indicating redistribution of forces and possible stress reversals. | 15 |
| 78 | 5 | Damage Location 78 & 79 are on the same truss as Damage Location 77 which was indicated as 'A'. Possible redistribution of forces along truss may be occurring. | - |
| 79 | 1 | Damage Location 78 & 79 are on the same truss as Damage Location 77 which was indicated as 'A'. Possible redistribution of forces along truss may be occurring. | - |
| 87 | 5 | Top chord bracing may not be continuous based on roof expansion joint location. | - |
| 105 | X | First diagonal compression member at wall is has damage. This location was incorrectly labeled and located on B&H damage report. | 16 |

17 locations indicated in Table 1 have damage that may be associated with damage caused by the snow event.

61 of the remaining locations typically marked as mechanical damage have been reviewed and B&H is in general agreement with ESi's assessment. Mechanical damage during construction is not uncommon, however small kinks, creases, dents, abrasions, etc. cause localized weak points of the truss member which are more likely to fail when overloaded. It is known that the structure saw a large snow event that caused damage to parts of the roof structure. It is B&H's opinion that while some of the mechanical damage may have occurred during construction of the truss system, without documentation of the damage prior to the snow event, it is not possible to determine if the damage was not worsened by the snow event. Due to the widespread structural damage to the roof system, it is unlikely and improbable that none of these 61 damaged truss members marked as mechanical was worsened by the snow event.

Conclusion:

Distressed bracing and compression web buckling near supports observed on the severely damaged truss members is the same damage being seen across the entire cold-formed truss roof system, but to a lesser degree. Photo 1 of the severely damaged truss members is an example of failure at a higher demand/capacity ratio than what was seen at other parts of the roof; however, it is B&H's opinion that an overload event caused damage to the cold-formed truss roof system.

The direct damage to the truss system due to overloading is widespread throughout the cold-formed roof truss system. Due to the extent of damage to numerous cold-formed metal roof trusses, B&H maintains the opinion that the entire cold-formed truss roof structure be replaced.

Sincerely,

BARBER & HOFFMAN, INC.

James Colella, P.E.
Associate Principal

JMC/jmc



Photo 1: Truss web damage.



Photo 2: Expansion Joint in Classroom Wing.



Photo 3: Damage Location 3.



Photo 4: Damage Location 4.



Photo 5: Damage Location 7.



Photo 6: Damage Location 7; RT06 Truss Calculation.



Photo 7: Damage Location 33.



Photo 8: Damage Location 37



Photo 9: Damage Location 38



Photo 10: Damage Location 40.



Photo 11: Damage Location 46.



Photo 12: Damage Location 50.



Photo 13: Damage Location 51.



Photo 14: Damage Location 63.



Photo 15: Damage Location 73.



Photo 16: Damage Location 105.