**EXHIBIT H**

CITY OF ASHTABULA

OFFICE OF CITY MANAGER
MUNICIPAL BUILDING
4250 Lake Avenue
Ashtabula, OH 44004



| | |
|---|---|
| JAMES M. TIMONERE | Office (440) 992-7103 |
| CITY MANAGER | Fax (440) 992-4515 |

July 1, 2025

Ms. Laura Gallagher
Sent via email to laura.gallagher@libertymutual.com

Ms. Gallagher:

I am writing to express my deep concern and frustration over the delays surrounding the reconstruction of Lakeside High School following its collapse during the severe snowstorm in late 2024.

My family, like so many others in the Ashtabula Area City School District, has been directly impacted by this disaster. My son graduated from Lakeside High School in 2024, and my wife has served as a dedicated high school teacher in the district for over 25 years. Seeing the devastation to her classroom and the loss of both personal and professional materials has been heartbreaking. This is not just a building; it is a cornerstone of our community.

Despite the total loss of the structure, it is alarming to hear there is consideration being given to drying out and remediating the remaining framework. After more than eight months of exposure to the elements, including a wet spring and summer, what remains of the building and its integrity are questionable. Walls are bowed, and mold is undoubtedly prevalent in areas not visible from the surface.

It is unacceptable to ask our students and teachers to return to such an environment. Attempting to salvage this structure to cut costs not only places the health and safety of our children and educators at risk, but it also prolongs an already painful process which will have a profound impact on student education, enrollment and the operations of our District.

As the District's insurance carrier, your responsibility is not only financial, but moral. You are in a position to facilitate a solution that restores trust, stability, and safety to an already-traumatized community. Continued delays or legal battles will only drain public resources. Resources that should be used to educate, not litigate.

We urge you to approve the full demolition of the remaining structure and allow the District to begin rebuilding without further delay. Lakeside High School is a source of pride and hope for this community. Our students and educators deserve a safe and functional environment where they can thrive once again.

Do the right thing by your client and the community that relies on you.

Sincerely,

*[signature]*

James M. Timonere

Equal Opportunity Employer