**EXHIBIT I**



**ASHTABULA COUNTY EMERGENCY MANAGEMENT AGENCY**
25 West Jefferson Street
Jefferson, Ohio 44047
(440) 576-9148          FAX (440) 576-9059
ema@ashtabulacounty.us

To; Mark Astorino
   Ashtabula City Schools

Re: Perry Nuclear Power Plant

   Mark, the Lakeside High School is an integral part of the PNPP Plan in the event there would be a situation and our county would have to declare an emergency, the following insert is taken from the RERP Radiological Emergency Response Plan:

**Schools Outside 10-Mile EPZ: ASHTABULA CITY Provide receiving school support for students from Madison School District; provide buses and drivers for evacuation; Lakeside High/Junior High School serves as a Monitoring/Decontamination Center for Emergency Workers and a Reception Center for the General Public. It is staffed by Saybrook, Ashtabula Twp, Ashtabula City and Conneaut Fire Departments**.

   Lakeside High School is our primary decon site for the county, we train at the school yearly to make sure we are prepared in the event we activate.

   Currently we have had to endure the hardship of dividing up the activities we would normally do at the school until it can reopen.

Thank you again for working with us, we hope we ca return to the high school building and provide the safety net we have developed.

Sincerely

*[signature]*

Director Mike Fitchet

---

Board of Ashtabula County Commissioners
J.P. Ducro IV          Casey Kozlowski          Kathryn Whittington