**EXHIBIT J**

newman
construction consulting

Project Name: Ashtabula Area City School District
Address: 6600 Sanborn Rd, Ashtabula OH 44004
NCC Project #: 850-24
Date of Loss: 12/1/2024

Insurer: Liberty Mutual
Claim #: 791738110
Prepared By: Dave Wenz

**Estimate Analysis Summary**

Estimates

| | Submitted | | | NCC Estimate | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Location | | Submitted | Item total | O&P | Recommended | Depreciation | ACV | Coverage | Comments |
| 1 | High School | | $ - | $ 24,777,531.34 | $ 2,477,759.42 | $ 27,255,290.76 | $ 3,811,842.19 | $ 23,443,448.57 | Building | *Ref. Schedule #2-Estimate Scope* |
| 2 | | | $ - | $ 100,000.00 | $ - | $ 100,000.00 | $ - | $ 100,000.00 | Land Improvement | *Ref. Schedule #1-A* |
| | | Subtotal | $ - | $ 24,877,531.34 | $ 2,477,759.42 | $ 27,355,290.76 | $ 3,811,842.19 | $ 23,543,448.57 | | |

*Notes:*
*  - This estimate may include known code compliance items at this time. Code compliance*
*costs to be added as enforced, reviewed, and incurred.*
*  - Per Liberty Mutual, these estimates are subject to the terms, conditions, and limitations of*
*your policy.*
*  - This scope does not include content manipulation, cleaning, or replacement.*
*  - This is a preliminary scope of repairs.*

Newman

| Ref# | Floor | Area/room | Category | Completion | Description | Activity | UoM | Qty | Unit cost | Item cost | Tax | Item total | O&P | RCV | Depreciation | ACV | Coverage | Comments Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Newman

Newman

25.07.08.850-24-850-24 791738110 Ashtabula File Analysis Draft

Newman

25-07-08.850-24-850-24 79173810 Ashtabula-File Analysis Draft

Newman

Newman

Newman

Newman

Newman

Newman

25.07.08.850.24.650.24.791738110 Ashtabula File Analysis Draft

Newman

Newman

25.07.08.850.26 850.24 7917383.10 Ashtabula File Analysis Draft

Newman

Newman

25.07.08.850-26 850-24 79173B110 Ashtabula File Analysis Draft

Newman

Newman

Newman

Newman

Newman

Newman

Newman

Newman

Newman

Newman

Newman

Newman

Newman

25-07.08.850-24-850-24 791738110 Ashtabula File Analysis Draft

Newman

25.07.08.850-24-850-24-79173B110 Ashtabula File Analysis Draft

Newman

Newman

25.07.08.850-2X-850-2X-79173B110 Ashtabula-file Analysis Draft

Newman

25-07-08.850-24-850-24 79173B110 Ashtabula-Hai Analysis Draft

Newman

Newman

Newman

25.07.08.850-24-850-24 7917383310 Ashtabula File Analysis Draft

Newman

25.07.08.850-24-850-24-79173B110 Ashtabula File Analysis Draft

Newman

Newman

Newman

Newman

Newman

Newman
construction consulting

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3656 | C201 SS Classroom | DOR | Steel door frame - Add to install in existing masonry | Replace | EA | 1.00 | $ 40.71 | $ 40.71 | $ 2.75 | $ 43.46 | $ 4.36 | $ 47.82 | $ 1.33 | $ 46.49 | Building |
| 3657 | C201 SS Classroom | DOR | Wood door - oak face, fire rated (mineral fiber core) | Replace | EA | 1.00 | $ 726.62 | $ 726.62 | $ 49.05 | $ 775.67 | $ 77.56 | $ 853.23 | $ 118.80 | $ 734.43 | Building |
| 3658 | C201 SS Classroom | DOR | Door lite insert | Replace | EA | 1.00 | $ 373.85 | $ 373.85 | $ 25.23 | $ 399.08 | $ 39.90 | $ 438.98 | $ 320.56 | $ 118.42 | Building |
| 3659 | C201 SS Classroom | FNH | Door hinges - High grade (set of 3) | Replace | EA | 1.00 | $ 86.17 | $ 86.17 | $ 5.82 | $ 91.99 | $ 9.20 | $ 101.19 | $ 45.13 | $ 56.06 | Building |
| 3660 | C201 SS Classroom | FNH | Lockset - full mortised - keyed - High grade | Remove and Replace | EA | 1.00 | $ 857.95 | $ 857.95 | $ 57.91 | $ 915.86 | $ 91.60 | $ 1,007.46 | $ 725.14 | $ 282.32 | Building |
| 3661 | C201 SS Classroom | FNH | Door stop - wall or floor mounted | Replace | EA | 1.00 | $ 16.77 | $ 16.77 | $ 1.13 | $ 17.90 | $ 1.80 | $ 19.70 | $ 6.44 | $ 13.26 | Building |
| 3662 | C201 SS Classroom | PNT | Paint door or window opening - 2 coats (per side) | Replace | EA | 2.00 | $ 41.04 | $ 82.08 | $ 5.54 | $ 87.62 | $ 8.76 | $ 96.38 | $ 3.83 | $ 92.55 | Building |
| 3663 | C201 SS Classroom | PNT | Stain & finish door slab only (per side) | Replace | EA | 2.00 | $ 77.20 | $ 154.40 | $ 10.42 | $ 164.82 | $ 16.48 | $ 181.30 | $ 7.77 | $ 173.53 | Building |
| 3664 | C201 SS Classroom | FNH | Tackboards, & Markerboards - High grade | Replace | SF | 112.00 | $ 16.99 | $ 1,902.88 | $ 128.44 | $ 2,031.32 | $ 203.12 | $ 2,234.44 | $ 1,273.75 | $ 960.69 | Building |
| 3665 | C201 SS Classroom | FNH | Aluminum tray for chalkboard or markerboard | Replace | LF | 12.00 | $ 9.10 | $ 109.20 | $ 7.37 | $ 116.57 | $ 11.66 | $ 128.23 | $ 59.89 | $ 68.34 | Building |
| 3666 | C201 SS Classroom | FNH | Finish Hardware Installer - per hour- to install flagpole, sharpener, wall clock, footbolt, etc. | Replace | HR | 4.00 | $ 69.05 | $ 276.20 | $ 18.64 | $ 294.84 | $ 29.48 | $ 324.32 | $ - | $ 324.32 | Building |
| 3667 | C201 SS Classroom | ELS | Special Systems - Electrician - per hour to install projector, screen, phone, Etc. | Replace | HR | 4.00 | $ 91.24 | $ 364.96 | $ 24.63 | $ 389.59 | $ 38.96 | $ 428.55 | $ - | $ 428.55 | Building |
| 3668 | C201 SS Classroom | CAB | Laminated plastic cabinets - lower unit - Comm grade | Replace | LF | 10.00 | $ 434.69 | $ 4,346.90 | $ 293.42 | $ 4,640.32 | $ 464.04 | $ 5,104.36 | $ 1,382.69 | $ 3,721.67 | Building |
| 3669 | C201 SS Classroom | CAB | Countertop - flat laid plastic laminate - Premium grade | Replace | LF | 28.00 | $ 78.68 | $ 2,203.04 | $ 148.71 | $ 2,351.75 | $ 235.18 | $ 2,586.93 | $ 1,816.92 | $ 770.01 | Building |
| 3670 | C201 SS Classroom | CAB | Backsplash - plastic laminate | Replace | SF | 28.00 | $ 7.42 | $ 207.76 | $ 14.02 | $ 221.78 | $ 22.18 | $ 243.96 | $ 90.72 | $ 153.24 | Building |
| 3671 | C201 SS Classroom | CAB | Add-on for mitered corner (Countertop) | Replace | EA | 1.00 | $ 92.15 | $ 92.15 | $ 6.22 | $ 98.37 | $ 9.84 | $ 108.21 | $ - | $ 108.21 | Building |
| 3672 | C201 SS Classroom | CAB | Laminated plastic cabinets - upper unit - Comm grade | Replace | LF | 10.00 | $ 206.94 | $ 2,069.40 | $ 139.68 | $ 2,209.08 | $ 220.90 | $ 2,429.98 | $ 562.79 | $ 1,867.19 | Building |
| 3673 | C201 SS Classroom | CAB | Classroom cabinetry - storage cabinets - full height | Replace | LF | 3.00 | $ 285.61 | $ 856.83 | $ 57.84 | $ 914.67 | $ 91.46 | $ 1,006.13 | $ 253.80 | $ 752.33 | Building |
| 3674 | C201 SS Classroom | CAB | Cabinet knob or pull - Deluxe grade | Replace | EA | 26.00 | $ 29.76 | $ 773.76 | $ 52.23 | $ 825.99 | $ 82.60 | $ 908.59 | $ 577.51 | $ 331.08 | Building |
| 3675 | C201 SS Classroom | CAB | Pull out mouse/desk drawer unit | Replace | EA | 4.00 | $ 291.16 | $ 1,164.64 | $ 78.61 | $ 1,243.25 | $ 124.32 | $ 1,367.57 | $ 355.32 | $ 1,012.25 | Building |
| 3676 | C201 SS Classroom | CAB | Countertop - support bracket | Replace | EA | 3.00 | $ 159.44 | $ 478.32 | $ 32.29 | $ 510.61 | $ 51.06 | $ 561.67 | $ 397.82 | $ 163.85 | Building |
| 3677 | C202 SS Classroom | CLN | Clean the walls | Replace | SF | 1,031.52 | $ 0.47 | $ 484.81 | $ 32.72 | $ 517.53 | $ 51.76 | $ 569.29 | $ - | $ 569.29 | Building |
| 3678 | C202 SS Classroom | PNT | Seal/prime (1 coat) then paint (2 coats) the walls | Replace | SF | 1,031.52 | $ 1.69 | $ 1,743.27 | $ 117.67 | $ 1,860.94 | $ 186.08 | $ 2,047.02 | $ 120.34 | $ 1,926.68 | Building |
| 3679 | C202 SS Classroom | ACT | Suspended ceiling system - Premium grade - 2' x 4' | Replace | SF | 889.21 | $ 7.68 | $ 6,829.13 | $ 460.97 | $ 7,290.10 | $ 729.02 | $ 8,019.12 | $ 529.26 | $ 7,489.86 | Building |
| 3680 | C202 SS Classroom | FCV | Floor preparation for resilient flooring | Replace | SF | 889.21 | $ 0.65 | $ 577.99 | $ 39.01 | $ 617.00 | $ 61.70 | $ 678.70 | $ 32.01 | $ 646.69 | Building |
| 3681 | C202 SS Classroom | FCR | Tile - vinyl composition - Premium grade | Replace | SF | 889.21 | $ 3.41 | $ 3,032.21 | $ 204.67 | $ 3,236.88 | $ 323.68 | $ 3,560.56 | $ 1,357.29 | $ 2,203.27 | Building |
| 3682 | C202 SS Classroom | FCV | Cove base molding - rubber or vinyl, 4" high | Replace | LF | 117.39 | $ 2.37 | $ 278.21 | $ 18.78 | $ 296.99 | $ 29.70 | $ 326.69 | $ 61.70 | $ 264.99 | Building |
| 3683 | C202 SS Classroom | FNH | Door/wall plaque sign | Replace | EA | 2.00 | $ 65.00 | $ 130.00 | $ 8.78 | $ 138.78 | $ 13.88 | $ 152.66 | $ 5.33 | $ 147.33 | Building |
| 3684 | C202 SS Classroom | DOR | Steel door frame - 3' opening | Replace | EA | 1.00 | $ 393.91 | $ 393.91 | $ 26.59 | $ 420.50 | $ 42.06 | $ 462.56 | $ 60.48 | $ 402.08 | Building |
| 3685 | C202 SS Classroom | DOR | Steel door frame - Add to install in existing masonry | Replace | EA | 1.00 | $ 40.71 | $ 40.71 | $ 2.75 | $ 43.46 | $ 4.36 | $ 47.82 | $ 1.33 | $ 46.49 | Building |
| 3686 | C202 SS Classroom | DOR | Wood door - oak face, fire rated (mineral fiber core) | Replace | EA | 1.00 | $ 726.62 | $ 726.62 | $ 49.05 | $ 775.67 | $ 77.56 | $ 853.23 | $ 118.80 | $ 734.43 | Building |
| 3687 | C202 SS Classroom | DOR | Door lite insert | Replace | EA | 1.00 | $ 373.85 | $ 373.85 | $ 25.23 | $ 399.08 | $ 39.90 | $ 438.98 | $ 320.56 | $ 118.42 | Building |
| 3688 | C202 SS Classroom | FNH | Door hinges - High grade (set of 3) | Replace | EA | 1.00 | $ 86.17 | $ 86.17 | $ 5.82 | $ 91.99 | $ 9.20 | $ 101.19 | $ 45.13 | $ 56.06 | Building |
| 3689 | C202 SS Classroom | FNH | Lockset - full mortised - keyed - High grade | Remove and Replace | EA | 1.00 | $ 857.95 | $ 857.95 | $ 57.91 | $ 915.86 | $ 91.60 | $ 1,007.46 | $ 725.14 | $ 282.32 | Building |
| 3690 | C202 SS Classroom | FNH | Door stop - wall or floor mounted | Replace | EA | 1.00 | $ 16.77 | $ 16.77 | $ 1.13 | $ 17.90 | $ 1.80 | $ 19.70 | $ 6.44 | $ 13.26 | Building |
| 3691 | C202 SS Classroom | PNT | Paint door or window opening - 2 coats (per side) | Replace | EA | 2.00 | $ 41.04 | $ 82.08 | $ 5.54 | $ 87.62 | $ 8.76 | $ 96.38 | $ 3.83 | $ 92.55 | Building |
| 3692 | C202 SS Classroom | PNT | Stain & finish door slab only (per side) | Replace | EA | 2.00 | $ 77.20 | $ 154.40 | $ 10.42 | $ 164.82 | $ 16.48 | $ 181.30 | $ 7.77 | $ 173.53 | Building |
| 3693 | C202 SS Classroom | FNH | Tackboards, & Markerboards - High grade | Replace | SF | 112.00 | $ 16.99 | $ 1,902.88 | $ 128.44 | $ 2,031.32 | $ 203.12 | $ 2,234.44 | $ 1,273.75 | $ 960.69 | Building |
| 3694 | C202 SS Classroom | FNH | Aluminum tray for chalkboard or markerboard | Replace | LF | 12.00 | $ 9.10 | $ 109.20 | $ 7.37 | $ 116.57 | $ 11.66 | $ 128.23 | $ 59.89 | $ 68.34 | Building |
| 3695 | C202 SS Classroom | FNH | Finish Hardware Installer - per hour- to install flagpole, sharpener, wall clock, footbolt, etc. | Replace | HR | 4.00 | $ 69.05 | $ 276.20 | $ 18.64 | $ 294.84 | $ 29.48 | $ 324.32 | $ - | $ 324.32 | Building |
| 3696 | C202 SS Classroom | ELS | Special Systems - Electrician - per hour to install projector, screen, phone, Etc. | Replace | HR | 4.00 | $ 91.24 | $ 364.96 | $ 24.63 | $ 389.59 | $ 38.96 | $ 428.55 | $ - | $ 428.55 | Building |
| 3697 | C202 SS Classroom | CAB | Laminated plastic cabinets - lower unit - Comm grade | Replace | LF | 10.00 | $ 434.69 | $ 4,346.90 | $ 293.42 | $ 4,640.32 | $ 464.04 | $ 5,104.36 | $ 1,382.69 | $ 3,721.67 | Building |
| 3698 | C202 SS Classroom | CAB | Countertop - flat laid plastic laminate - Premium grade | Replace | LF | 28.00 | $ 78.68 | $ 2,203.04 | $ 148.71 | $ 2,351.75 | $ 235.18 | $ 2,586.93 | $ 1,816.92 | $ 770.01 | Building |
| 3699 | C202 SS Classroom | CAB | Backsplash - plastic laminate | Replace | SF | 28.00 | $ 7.42 | $ 207.76 | $ 14.02 | $ 221.78 | $ 22.18 | $ 243.96 | $ 90.72 | $ 153.24 | Building |
| 3700 | C202 SS Classroom | CAB | Add-on for mitered corner (Countertop) | Replace | EA | 1.00 | $ 92.15 | $ 92.15 | $ 6.22 | $ 98.37 | $ 9.84 | $ 108.21 | $ - | $ 108.21 | Building |
| 3701 | C202 SS Classroom | CAB | Laminated plastic cabinets - upper unit - Comm grade | Replace | LF | 10.00 | $ 206.94 | $ 2,069.40 | $ 139.68 | $ 2,209.08 | $ 220.90 | $ 2,429.98 | $ 562.79 | $ 1,867.19 | Building |
| 3702 | C202 SS Classroom | CAB | Classroom cabinetry - storage cabinets - full height | Replace | LF | 3.00 | $ 285.61 | $ 856.83 | $ 57.84 | $ 914.67 | $ 91.46 | $ 1,006.13 | $ 253.80 | $ 752.33 | Building |
| 3703 | C202 SS Classroom | CAB | Cabinet knob or pull - Deluxe grade | Replace | EA | 26.00 | $ 29.76 | $ 773.76 | $ 52.23 | $ 825.99 | $ 82.60 | $ 908.59 | $ 577.51 | $ 331.08 | Building |
| 3704 | C202 SS Classroom | CAB | Pull out mouse/desk drawer unit | Replace | EA | 4.00 | $ 291.16 | $ 1,164.64 | $ 78.61 | $ 1,243.25 | $ 124.32 | $ 1,367.57 | $ 355.32 | $ 1,012.25 | Building |
| 3705 | C202 SS Classroom | CAB | Countertop - support bracket | Replace | EA | 3.00 | $ 159.44 | $ 478.32 | $ 32.29 | $ 510.61 | $ 51.06 | $ 561.67 | $ 397.82 | $ 163.85 | Building |
| 3706 | C203 SS Classroom | CLN | Clean the walls | Replace | SF | 1,055.00 | $ 0.47 | $ 495.85 | $ 33.47 | $ 529.32 | $ 52.92 | $ 582.24 | $ - | $ 582.24 | Building |
| 3707 | C203 SS Classroom | PNT | Seal/prime (1 coat) then paint (2 coats) the walls | Replace | SF | 1,055.00 | $ 1.69 | $ 1,782.95 | $ 120.35 | $ 1,903.30 | $ 190.34 | $ 2,093.64 | $ 123.08 | $ 1,970.56 | Building |
| 3708 | C203 SS Classroom | ACT | Suspended ceiling system - Premium grade - 2' x 4' | Replace | SF | 928.47 | $ 7.68 | $ 7,130.65 | $ 481.32 | $ 7,611.97 | $ 761.20 | $ 8,373.17 | $ 552.63 | $ 7,820.54 | Building |
| 3709 | C203 SS Classroom | FCV | Floor preparation for resilient flooring | Replace | SF | 928.47 | $ 0.65 | $ 603.51 | $ 40.74 | $ 644.25 | $ 64.44 | $ 708.69 | $ 33.42 | $ 675.27 | Building |
| 3710 | C203 SS Classroom | FCR | Tile - vinyl composition - Premium grade | Replace | SF | 928.47 | $ 3.41 | $ 3,166.08 | $ 213.71 | $ 3,379.79 | $ 337.98 | $ 3,717.77 | $ 1,417.22 | $ 2,300.55 | Building |
| 3711 | C203 SS Classroom | FCV | Cove base molding - rubber or vinyl, 4" high | Replace | LF | 120.00 | 2.37 | 284.40 | $ 19.20 | $ 303.60 | $ 30.36 | $ 333.96 | $ 63.07 | $ 270.89 | Building |
| 3712 | C203 SS Classroom | FNH | Door/wall plaque sign | Replace | EA | 2.00 | 65.00 | 130.00 | $ 8.78 | $ 138.78 | $ 13.88 | $ 152.66 | $ 5.33 | $ 147.33 | Building |
| 3713 | C203 SS Classroom | DOR | Steel door frame - 3' opening | Replace | EA | 1.00 | 393.91 | 393.91 | $ 26.59 | $ 420.50 | $ 42.06 | $ 462.56 | $ 60.48 | $ 402.08 | Building |
| 3714 | C203 SS Classroom | DOR | Steel door frame - Add to install in existing masonry | Replace | EA | 1.00 | 40.71 | 40.71 | $ 2.75 | $ 43.46 | $ 4.36 | $ 47.82 | $ 1.33 | $ 46.49 | Building |
| 3715 | C203 SS Classroom | DOR | Wood door - oak face, fire rated (mineral fiber core) | Replace | EA | 1 | 726.62 | 726.62 | $ 49.05 | $ 775.67 | $ 77.56 | $ 853.23 | $ 118.80 | $ 734.43 | Building |
| 3716 | C203 SS Classroom | DOR | Door lite insert | Replace | EA | 1 | 373.85 | 373.85 | $ 25.23 | $ 399.08 | $ 39.90 | $ 438.98 | $ 320.56 | $ 118.42 | Building |
| 3717 | C203 SS Classroom | FNH | Door hinges - High grade (set of 3) | Replace | EA | 1 | 86.17 | 86.17 | $ 5.82 | $ 91.99 | $ 9.20 | $ 101.19 | $ 45.13 | $ 56.06 | Building |
| 3718 | C203 SS Classroom | FNH | Lockset - full mortised - keyed - High grade | Remove and Replace | EA | 1.00 | $ 857.95 | $ 857.95 | $ 57.91 | $ 915.86 | $ 91.60 | $ 1,007.46 | $ 725.14 | $ 282.32 | Building |
| 3719 | C203 SS Classroom | FNH | Door stop - wall or floor mounted | Replace | EA | 1.00 | $ 16.77 | $ 16.77 | $ 1.13 | $ 17.90 | $ 1.80 | $ 19.70 | $ 6.44 | $ 13.26 | Building |
| 3720 | C203 SS Classroom | PNT | Paint door or window opening - 2 coats (per side) | Replace | EA | 2.00 | $ 41.04 | $ 82.08 | $ 5.54 | $ 87.62 | $ 8.76 | $ 96.38 | $ 3.83 | $ 92.55 | Building |
| 3721 | C203 SS Classroom | PNT | Stain & finish door slab only (per side) | Replace | EA | 2.00 | $ 77.20 | $ 154.40 | $ 10.42 | $ 164.82 | $ 16.48 | $ 181.30 | $ 7.77 | $ 173.53 | Building |
| 3722 | C203 SS Classroom | FNH | Tackboards, & Markerboards - High grade | Replace | SF | 112.00 | $ 16.99 | $ 1,902.88 | $ 128.44 | $ 2,031.32 | $ 203.12 | $ 2,234.44 | $ 1,273.75 | $ 960.69 | Building |
| 3723 | C203 SS Classroom | FNH | Aluminum tray for chalkboard or markerboard | Replace | LF | 12.00 | $ 9.10 | $ 109.20 | $ 7.37 | $ 116.57 | $ 11.66 | $ 128.23 | $ 59.89 | $ 68.34 | Building |
| 3724 | C203 SS Classroom | FNH | Finish Hardware Installer - per hour- to install flagpole, sharpener, wall clock, footbolt, etc. | Replace | HR | 4.00 | $ 69.05 | $ 276.20 | $ 18.64 | $ 294.84 | $ 29.48 | $ 324.32 | $ - | $ 324.32 | Building |
| 3725 | C203 SS Classroom | ELS | Special Systems - Electrician - per hour to install projector, screen, phone, Etc. | Replace | HR | 4.00 | $ 91.24 | $ 364.96 | $ 24.63 | $ 389.59 | $ 38.96 | $ 428.55 | $ - | $ 428.55 | Building |
| 3726 | C203 SS Classroom | CAB | Laminated plastic cabinets - lower unit - Comm grade | Replace | LF | 10.00 | $ 434.69 | $ 4,346.90 | $ 293.42 | $ 4,640.32 | $ 464.04 | $ 5,104.36 | $ 1,382.69 | $ 3,721.67 | Building |
| 3727 | C203 SS Classroom | CAB | Countertop - flat laid plastic laminate - Premium grade | Replace | LF | 28.00 | $ 78.68 | $ 2,203.04 | $ 148.71 | $ 2,351.75 | $ 235.18 | $ 2,586.93 | $ 1,816.92 | $ 770.01 | Building |
| 3728 | C203 SS Classroom | CAB | Backsplash - plastic laminate | Replace | SF | 28.00 | $ 7.42 | $ 207.76 | $ 14.02 | $ 221.78 | $ 22.18 | $ 243.96 | $ 90.72 | $ 153.24 | Building |
| 3729 | C203 SS Classroom | CAB | Add-on for mitered corner (Countertop) | Replace | EA | 1.00 | $ 92.15 | $ 92.15 | $ 6.22 | $ 98.37 | $ 9.84 | $ 108.21 | $ - | $ 108.21 | Building |
| 3730 | C203 SS Classroom | CAB | Laminated plastic cabinets - upper unit - Comm grade | Replace | LF | 10.00 | $ 206.94 | $ 2,069.40 | $ 139.68 | $ 2,209.08 | $ 220.90 | $ 2,429.98 | $ 562.79 | $ 1,867.19 | Building |
| 3731 | C203 SS Classroom | CAB | Classroom cabinetry - storage cabinets - full height | Replace | LF | 3.00 | $ 285.61 | $ 856.83 | $ 57.84 | $ 914.67 | $ 91.46 | $ 1,006.13 | $ 253.80 | $ 752.33 | Building |
| 3732 | C203 SS Classroom | CAB | Cabinet knob or pull - Deluxe grade | Replace | EA | 26.00 | $ 29.76 | $ 773.76 | $ 52.23 | $ 825.99 | $ 82.60 | $ 908.59 | $ 577.51 | $ 331.08 | Building |
| 3733 | C203 SS Classroom | CAB | Pull out mouse/desk drawer unit | Replace | EA | 4.00 | $ 291.16 | $ 1,164.64 | $ 78.61 | $ 1,243.25 | $ 124.32 | $ 1,367.57 | $ 355.32 | $ 1,012.25 | Building |
| 3734 | C203 SS Classroom | CAB | Countertop - support bracket | Replace | EA | 3.00 | $ 159.44 | $ 478.32 | $ 32.29 | $ 510.61 | $ 51.06 | $ 561.67 | $ 397.82 | $ 163.85 | Building |
| 3735 | C204 teach Prep | CLN | Clean the walls | Replace | SF | 771.04 | $ 0.47 | $ 362.39 | $ 24.46 | $ 386.85 | $ 38.68 | $ 425.53 | $ - | $ 425.53 | Building |
| 3736 | C204 teach Prep | PNT | Seal/prime (1 coat) then paint (2 coats) the walls | Replace | SF | 771.04 | $ 1.69 | $ 1,303.06 | $ 87.96 | $ 1,391.02 | $ 139.10 | $ 1,530.12 | $ 89.95 | $ 1,440.17 | Building |
| 3737 | C204 teach Prep | ACT | Suspended ceiling system - Premium grade - 2' x 4' | Replace | SF | 413.32 | $ 7.68 | $ 3,174.30 | $ 214.27 | $ 3,388.57 | $ 338.86 | $ 3,727.43 | $ 246.01 | $ 3,481.42 | Building |
| 3738 | C204 teach Prep | FCC | Carpet tile - High grade | Replace | SF | 1.00 | $ 5.56 | $ 5.56 | $ 0.38 | $ 5.94 | $ 0.60 | $ 6.54 | $ 3.43 | $ 3.11 | Building |
| 3739 | C204 teach Prep | FCV | Cove base molding - rubber or vinyl, 4" high | Replace | LF | 86.67 | $ 2.37 | $ 205.41 | $ 13.87 | $ 219.28 | $ 21.92 | $ 241.20 | $ 45.55 | $ 195.65 | Building |
| 3740 | C204 teach Prep | FNH | Door/wall plaque sign | Replace | EA | 2.00 | $ 65.00 | $ 130.00 | $ 8.78 | $ 138.78 | $ 13.88 | $ 152.66 | $ 5.33 | $ 147.33 | Building |
| 3741 | C204 teach Prep | DOR | Steel door frame - 3' opening | Replace | EA | 1.00 | $ 393.91 | $ 393.91 | $ 26.59 | $ 420.50 | $ 42.06 | $ 462.56 | $ 60.48 | $ 402.08 | Building |
| 3742 | C204 teach Prep | DOR | Steel door frame - Add to install in existing masonry | Replace | EA | 1.00 | $ 40.71 | $ 40.71 | $ 2.75 | $ 43.46 | $ 4.36 | $ 47.82 | $ 1.33 | $ 46.49 | Building |
| 3743 | C204 teach Prep | DOR | Wood door - oak face, fire rated (mineral fiber core) | Replace | EA | 1.00 | $ 726.62 | $ 726.62 | $ 49.05 | $ 775.67 | $ 77.56 | $ 853.23 | $ 118.80 | $ 734.43 | Building |
| 3744 | C204 teach Prep | DOR | Door lite insert | Replace | EA | 1.00 | $ 373.85 | $ 373.85 | $ 25.23 | $ 399.08 | $ 39.90 | $ 438.98 | $ 320.56 | $ 118.42 | Building |
| 3745 | C204 teach Prep | FNH | Door hinges - High grade (set of 3) | Replace | EA | 1.00 | $ 86.17 | $ 86.17 | $ 5.82 | $ 91.99 | $ 9.20 | $ 101.19 | $ 45.13 | $ 56.06 | Building |

Newman

Newman

Newman

Newman

Newman

Newman

25-07-08-850-24-850-24-7917381530 Ashtabula-File Analysis Draft

Newman

**Summary Table**

| | Item amount | Tax | Subtotal | O&P | RCV | Depreciation | ACV |
|---|---|---|---|---|---|---|---|
| Building | $ 23,998,121.77 | $ 776,917.57 | $ 24,773,533.34 | $ 2,477,709.42 | $ 27,251,290.76 | $ 3,811,862.19 | $ 23,443,668.57 |
| Land | $ 100,000.00 | $ - | $ 100,000.00 | $ - | $ 100,000.00 | $ - | $ 100,000.00 |
| Land Improvement | $ - | | | | | | |
| Total | $ 24,098,121.77 | $ 776,917.57 | $ 24,873,533.34 | $ 2,477,709.42 | $ 27,351,290.76 | $ 3,811,862.19 | $ 23,543,668.57 |



Newman
contruction consulting

| Trade | RCV | Deprec. | ACV | Comments - Notes |
|---|---|---|---|---|
| ACOUSTICAL TREATMENTS | $ 884,537.62 | $ 68,249.48 | $ 816,288.14 | |
| CABINETRY | $ 2,322,949.36 | $ 799,257.64 | $ 1,523,691.72 | |
| CLEANING | $ 81,216.41 | | $ 81,216.41 | |
| CONCRETE & ASPHALT | $ 151,755.86 | $ 535.85 | $ 151,220.01 | |
| GENERAL DEMOLITION | $ 279,021.95 | | $ 279,021.95 | |
| DOORS | $ 300,188.47 | $ 78,902.07 | $ 221,286.40 | |
| DRYWALL | $ 499,102.33 | $ 13,348.11 | $ 485,754.22 | |
| ELECTRICAL | $ 3,611,644.16 | $ 439,400.80 | $ 3,172,243.36 | |
| ELECTRICAL - SPECIAL SYSTEMS | $ 2,150,955.72 | $ 448,401.60 | $ 1,702,554.12 | |
| MISC. EQUIPMENT - COMMERCIAL | $ 165,317.45 | $ 16,763.13 | $ 148,554.32 | |
| HEAVY EQUIPMENT | $ 732,267.30 | | $ 732,267.30 | |
| FLOOR COVERING - CARPET | $ 140,070.29 | $ 83,920.30 | $ 56,149.99 | |
| FLOOR COVERING - RESILIENT | $ 290,180.81 | $ 129,198.73 | $ 160,982.08 | |
| FLOOR COVERING - CERAMIC TILE | $ 57,130.62 | $ 6,316.04 | $ 50,814.58 | |
| FLOOR COVERING - VINYL | $ 95,598.22 | $ 12,470.39 | $ 83,127.83 | |
| FINISH CARPENTRY / TRIMWORK | $ 9,769.14 | $ 15.50 | $ 9,753.64 | |
| FINISH HARDWARE | $ 665,813.29 | $ 404,163.14 | $ 261,650.15 | |
| FIRE PROTECTION SYSTEMS | $ 1,951,592.08 | $ 307,307.48 | $ 1,644,284.60 | |
| FRAMING & ROUGH CARPENTRY | $ 155,922.42 | $ 1,301.50 | $ 154,620.92 | |
| HEAT, VENT & AIR CONDITIONING | $ 3,373,945.60 | $ 497,116.80 | $ 2,876,828.80 | |
| INSULATION | $ 176,270.82 | $ 17,158.38 | $ 159,112.44 | |
| LABOR ONLY | $ 590,930.40 | | $ 590,930.40 | |
| MASONRY | $ 827,396.92 | $ 14,505.31 | $ 812,891.61 | |
| MOISTURE PROTECTION | $ 18,228.80 | $ 3,763.20 | $ 14,465.60 | |
| MIRRORS & SHOWER DOORS | $ 21,766.80 | $ 8,745.77 | $ 13,021.03 | |
| METAL STRUCTURES & COMPONENTS | $ 691,236.15 | $ 19,890.71 | $ 671,345.44 | |
| PLUMBING | $ 1,320,664.80 | $ 147,052.80 | $ 1,173,612.00 | |
| PAINTING | $ 420,969.16 | $ 31,399.08 | $ 389,570.08 | |
| ROOFING | $ 849,899.24 | $ 139,418.41 | $ 710,480.83 | |
| SCAFFOLDING | $ 144,539.40 | | $ 144,539.40 | |
| SIDING | $ 13,296.76 | $ 2,189.53 | $ 11,107.23 | |
| SOFFIT, FASCIA, & GUTTER | $ 74,955.30 | $ 35,576.74 | $ 39,378.56 | |
| SPECIALTY ITEMS | $ 15,288.00 | | $ 15,288.00 | |
| STEEL COMPONENTS | $ 600,995.12 | $ 35,478.84 | $ 565,516.28 | |
| STUCCO & EXTERIOR PLASTER | $ 143,717.74 | $ 7,162.18 | $ 136,555.56 | |
| TOILET & BATH ACCESSORIES | $ 63,386.64 | $ 42,832.68 | $ 20,553.96 | |
| TEMPORARY REPAIRS | $ 105,652.62 | | $ 105,652.62 | |
| Landscaping | $ 100,000.00 | $ - | $ 100,000.00 | Non-O&P |
| Water Extraction & Remediation | $ 585,000.00 | | $ 585,000.00 | Non-O&P |
| **Subtotal** | **$ 24,683,173.77** | **$ 3,811,842.19** | **$ 20,871,331.58** | |
| Total Tax | $779,357.57 | | $779,357.57 | |
| Overhead | $ 1,238,879.76 | | $ 1,238,879.76 | |
| Profit | $ 1,238,879.76 | | $ 1,238,879.76 | |
| **Total** | **$ 27,940,290.86** | **$ 3,811,842.19** | **$ 24,128,448.67** | |

25.07.08-850-24-850-24-791738110 Ashtabula-File Analysis-Draft