COMPOSITE EXHIBIT "M"



COMPOSITE EXHIBIT "M"



# Shelter Facility Survey

## BASIC SHELTER INFORMATION

**Site Name/ School District** Ashtabula Area City School District     **NSS ID#** _____     **Date** 10/12/17

**Name of building** Lakeside High School / Junior High     **Building #** _____  **of** _____

**Phone #** HS: (440)993-2522  JH: (440)993-2618 ✚     **Fax #** _____     **Website** _____

**Shelter address** 6600 Sanborn Rd.

**Town/ City** Ashtabula     **County/ Parish** Ashtabula     **State** OH  **Zip Code** 44004

**Mailing Address** (*if different*) 2630 West 13th Street

**Town/ City** Ashtabula     **County/ Parish** Ashtabula     **State** OH  **Zip Code** 44004

**Agency operating shelter** (*check one*)  ☒ Red Cross  ☐ FEMA  ☐ DHS  ☐ TSA  ☐ SBC  ☐ Other _____

**Shelter agency type** (*check one*)  ☒ Red Cross managed  ☐ Red Cross partner  ☐ Red Cross supported  ☐ Independent _____

**Shelter type** (*check all that apply*)  ☒ Evacuation  ☒ General  ☐ Medical  ☐ Other

**General facility notes**

_____

_____

## Shelter Capacity

*Use the calculations to calculate the capacity for sleeping space.*

**Total sq feet** HS GYM 1: 10,735  HS Gym 2: 6,300 ✚

☒ **Evacuation** HS: 17,035  JH: 7,200 ✚   usable sq ft ÷ 20 sq ft/person = HS: 850  JH: 360 ✚  person capacity

☒ **Post Impact** same   usable sq ft ÷ 40 sq ft/person = HS: 425  JH: 180 ✚  person capacity

**Sq feet usable for sleeping space** same

☐ **Other** _____   usable sq ft ÷ _____ sq ft/person = _____ person capacity

## Geographic Information

*Use major landmarks (e.g. highways, intersections, rivers, railroad crossings, etc.) that will be easily recognizable in a disaster. Latitude and longitude coordinates can be found at online web sites, using a global positioning system device, or will auto populate when the address is entered into the National Shelter System.*

**Latitude** _____     **Longitude** _____     **Elevation** _____

**In storm surge/ evacuation** ☐ Yes  **Hurricane category or evacuation area** _____  ☒ No  **In flood plain** ☐ Yes _____ **year flood impact** ☐ No

**Directions to facility**

_____



# Shelter Facility Survey

## Point of Contact to *Authorize Use* of Facility

**Name** Mark Astorino                **Title** Operations Officer                **Phone #**

**24 hour #** (440)479-2950        **Fax #**                        **Email**

**Contact notes**

## Point of Contact to *Open* Facility

**Name** Melissa Watson            **Title** Superintendent                **Phone #**

**24 hour #** (330)979-6307        **Fax #**                        **Email**

**Contact notes**  alternate for authorization after M. Astorino

## Alternate Point of Contact

**Name** Sue Haight                **Title** Operations Asst.                **Phone #**

**24 hour #** (440)969-8769        **Fax #**                        **Email**

**Contact notes**  3rd alternate - Whoever authorizes use of facility will then contact personnel to open facility.

## Pet Shelter

**Pet shelter space available on site**  ☐ Yes  *answer questions below*  ☒ No  **nearest location**

**Separate ventilation system**  ☐ Yes  ☐ No   **Cement or tile floors with drains**  ☐ Yes  ☐ No   **Outdoor space to relieve pets**  ☐ Yes  ☐ No

**Agency that will operate the pet shelter**                **Phone #**                **24 hour #**

## ADDITIONAL INFORMATION

**Shelter agreement signed**  ☐ Yes  ☐ No  **Date signed**                **Notes**

**Pre-designated shelter team assigned**  ☐ Yes  **Team name**                                        ☐ No

**Current facility floor plans available**  ☐ Yes  **Location of copies**                                ☐ No

**International Association of Venue Managers (IAVM) facility**  ☐ Yes  ☐ No

*Use the Standards for Selection of Hurricane Evacuation Shelters to select hurricane evacuation shelters. In this document, you will find a planning process that involves many factors (e.g. technical information for storm surge and flood mapping). This process requires close coordination with local officials for technical information to make decisions about hurricane shelter suitability. Use the Facility Construction section to assist with determining whether this can be a hurricane evacuation shelter.*

**Shelter can be a hurricane evacuation shelter**  ☐ Yes  ☐ No  **Notes**



# Shelter Facility Survey

## Survey Conductors (*List all who participated in the survey*)

| Name | Title | Organization | Phone # |
|------|-------|--------------|---------|
| Melissa Papini | DPM | ARC | (216)314-7261 |
| Sgt. Scott Slocum | Resource Officer | | |
| | | | |

## LIMITATIONS OF FACILITY USE

*Check one*
☐ This facility will be available for use at any time during the year
☐ This facility is <u>only</u> available for use during the time periods listed below
☐ This facility is <u>not</u> available for use during the time periods listed below

**Dates** (*mm/dd/yyyy*)  **Times** (*hh:mm*)          **Dates** (*mm/dd/yyyy*)  **Times** (*hh:mm*)

From _____  _____  ☐ AM ☐ PM    **From** _____  _____  ☐ AM ☐ PM

To _____  _____  ☐ AM ☐ PM    **To** _____  _____  ☐ AM ☐ PM

**List any recurring dates that the facility is not available** (*e.g. every sunday*)  Call first to check availability

**Areas of the facility that are restricted during use** _____

## FACILITY CONSTRUCTION & SAFETY

### Facility Construction

**Construction material**
☐ Wood  ☒ Masonry/Brick  ☐ Pre-fab  ☐ Bungalow  ☐ Concrete  ☐ Metal  ☐ Trailer  ☐ Pod
☐ Other _____

**# stories/ floors** 2          **Notes** HS built 2006 / JH built 2008

**Elevator** ☒ Yes  **Location** 1 in each building in central location     ☐ No  **Notes** _____

**Open roof-spans** (see ***Standards for Selection of Hurricane Evacuation Shelters*** for current standards)  ☐ Yes  **Length** _____  ☒ No

**Windows in sleep area** ☐ Yes  ☒ No     **If yes, shatter protected** ☐ Yes  ☐ No     **If yes, protected with shutter** ☐ Yes  ☐ No

### Fire & AED Safety

*Some facilities may not meet fire codes based on building capacity. The questions below are a general reference. Contact your local fire department with questions or for more information.*

**Fire alarms & systems** (*check all that apply*)
☒ Working smoke detectors  ☒ Inspected fire alarm system  ☒ Functional sprinkler system  ☒ Functional direct fire department alert

**Comments from fire department** _____

**AED(s) on site** ☒ Yes  **Location** Main office     ☐ No

 American Red Cross

# Shelter Facility Survey

## Facility Inspection Point of Contact

*If requested, who would inspect this facility post-impact to determine it is safe to occupy?*

**Name** _____ **Title** _____ **Phone #** _____

**24 hour #** _____ **Fax #** _____ **Email** _____

**Contact notes** _____

## SANITATION, FEEDING & UTILITIES

### Sanitation, Utilities & Power

*The recommended ratio for toilet facilities is a minimum of 1 toilet for 20 people. The optimum scenario for showers is 1 shower for every 25 residents. Count all facilities that will be available to shelter residents and staff.*

**Showers available** [X] Yes  **# of showers** HS: 12 [+] [ ] No  **Toilets available** [X] Yes  **# of toilets** 20+ [ ] No

*Check all that apply* **Heating** [ ] Electric [X] Natural Gas [ ] Propane [ ] Fuel Oil  **Cooling** [X] Electric [ ] Natural Gas [ ] Propane

*Check all that apply* **Cooking** [ ] Electric [X] Natural Gas [ ] Propane  **Water** [X] Municipal [ ] Well(s) [ ] Trapped

**Self-sufficient power** [ ] Yes  **Type** _____ [X] No

*Note fuel requirements, generator capacity, facility areas supported by generator(s), and other relevant information.*

**Emergency generator on site** [X] Yes  [ ] No  **Notes** Each building has 1 large back up generator

### Feeding

**Food Prep** (*check all that apply*)  [ ] Warming oven kitchen  [X] Full service  [ ] Central kitchen (delivery)

**Food stock stored on site** [ ] Yes  **# meal can be served** _____ [X] No  **Refrigeration units on site** [X] Yes  **# units** Walk in _____ [ ] No

**Seating capacity** [X] Cafeteria HS: 600 JH:433 [+]  [ ] Snack Bar _____  [ ] Other indoor seating _____  **Total estimated seating capacity for eating** 1000+

**Notes on feeding** _____

## ACCESSIBILITY

*See accompanying Shelter Facility Survey-Accessibility Instructions.*

| | | | |
|---|---|---|---|
| **Facility Construction** | Facility built in 1993 or later, or extensively altered in 1992 or later. | [X] Yes | [ ] No |
| **Parking Areas** | Parking available. | [X] Yes | [ ] No |

*Answer below if parking is available*

**Accessible parking space(s)** [X] Yes  [ ] No  **Notes** _____

**Van accessible parking space(s)** [X] Yes  [ ] No  **Notes** _____

| | | | |
|---|---|---|---|
| **Drop-off/ Loading Area** | Permanent drop-off area/loading zone with marked access aisle <u>or</u> space available to designate as temporary drop-off area/loading zone. | [X] Yes | [ ] No |



# Shelter Facility Survey

| **Facility Entrance** | Sidewalk connects parking area and any drop-off area to at least one facility entrance. | ☒ Yes | ☐ No |
|---|---|---|---|
| | Route from accessible parking spaces and any drop-off area/loading zone to at least one facility entrance has no steps or curbs without curb cuts. | ☒ Yes | ☐ No |
| | Where route crosses curb, curb cuts are at least 36" wide. | ☒ Yes | ☐ No |
| | Automatic doors or doors without knob hardware. | ☒ Yes | ☐ No |
| | Doorways at least 32" wide when door is open. | ☒ Yes | ☐ No |
| | Level landings on interior and exterior sides of entry door. | ☒ Yes | ☐ No |
| | No objects protrude from the side more than four inches into the route to the facility entrance. | ☒ Yes | ☐ No |
| | If the main facility entrance does not appear to be accessible, another entry is accessible. | ☒ Yes | ☐ No |
| | A sign identifies the location of the accessible entrance. | ☒ Yes | ☐ No |
| **Routes to Service Delivery Areas** | A route without steps is available to access each service delivery area, as well as restrooms and showers <u>or</u> service can be provided in area that can be accessed by route with no steps. | ☒ Yes | ☐ No |
| | Using a yard stick held horizontally at your waist level, walk from the facility entrance to each service delivery area, as well as restrooms and showers. Except at doorways (which must be only 32" wide), no part of the route is less than 36" wide. | ☒ Yes | ☐ No |
| | Route has vertical clearance of at least 80". | ☒ Yes | ☐ No |
| | No objects protrude from the side more than 4" into the routes to the various service delivery areas. | ☒ Yes | ☐ No |
| | Automatic doors or doors without knob hardware. | ☒ Yes | ☐ No |
| | Doorways at least 32" wide when door is open along routes to each service. | ☒ Yes | ☐ No |
| | If a service delivery area is accessible only by elevator, there is back-up power for the elevator(s). | ☒ Yes | ☐ No |
| **Ramps** | Ramps are at least 36" wide, have handrails on both sides 34"-38" above the ramp surface, and have level landings at least 60" long. | ☒ Yes | ☐ No |
| | **If yes, type of ramp** ☒ Fixed ☐ Portable ☐ Not provided | | |
| | If ramps are longer than 30 feet, a level landing at least 60" long is provided every 30 feet. | ☒ Yes | ☐ No |
| **Restrooms** | Area where person in a wheelchair can turn around (60-inch diameter circle or T-shape turn area). | ☒ Yes | ☐ No |
| | Doorways at least 32" wide when door is open. | ☒ Yes | ☐ No |
| | Doors without knob hardware. | ☒ Yes | ☐ No |
| | Toilet seat is 17"-19" high. Flush control is automatic or manual control on the open side of the toilet and no higher than 48". | ☒ Yes | ☐ No |
| | Toilet's centerline is 16"-18" from the nearest side wall. | ☒ Yes | ☐ No |
| | Stall at least 60" wide and 56" deep (wall-mounted toilet) or 59" deep for (floor mounted toilet). | ☒ Yes | ☐ No |
| | Space at least 9" high is provided beneath the front and one side of the stall. | ☒ Yes | ☐ No |
| | Appropriate grab bars. | ☒ Yes | ☐ No |
| | Toilet paper dispenser is within 36" of the rear wall. | ☒ Yes | ☐ No |
| | At least one accessible sink. | ☒ Yes | ☐ No |

 **American Red Cross**

# Shelter Facility Survey

| **Showers** | Showers available. | ☒ Yes | ☐ No |
|---|---|---|---|

*Answer below if showers are available*

| | At least one accessible shower stall with appropriate grab bars. | ☒ Yes | ☐ No |
|---|---|---|---|

**Stall type** ☐ Transfer stall  ☒ Roll-in shower  ☐ Not provided

| | Shower seat 17"-19" high. If in transfer stall, seat is on the wall opposite the shower controls. If in roll-in shower, seat is on wall adjacent to the shower controls. | ☒ Yes | ☐ No |
|---|---|---|---|
| | Hand-held shower spray with ability to mount at 48" (typically via a mount that can be adjusted along a fixed vertical bar), or alternatively a fixed shower head at 48". | ☒ Yes | ☐ No |
| | Controls do not require tight grasping, pinching or twisting and are mounted 38"-48" high and no more than 18" from the front of the shower. | ☒ Yes | ☐ No |

| **Eating areas** | At least some tables have tops 28"-34" high and space underneath at least 27" high, 30" wide and 19" deep. | ☒ Yes | ☐ No |
|---|---|---|---|
| | Serving line or counter no higher than 34". | ☒ Yes | ☐ No |

| **Assessment** | Relevant areas of the facility are accessible to people with disabilities without adjustments. | ☒ Yes | ☐ No |
|---|---|---|---|
| | Facility has at least one accessible entrance and one accessible restroom, and otherwise is capable of being made accessible during a disaster with minor adjustments. | ☒ Yes | ☐ No |
| | Facility would require extensive adjustments to be accessible during a disaster. | ☐ Yes | ☒ No |

**Adjustments for Accessibility** (*Identify any adjustments or enhancements that should be made to make the relevant areas of the facility accessible during a disaster*) _____

_____

_____

## OTHER CONSIDERATIONS

### Additional Facilities & Space

**Isolated care areas** ☐ Yes  ☐ No  **Type of area** ☐ Rooms  ☐ Shelter area  ☐ Separate facility/area    **Shelter registration area** ☐ Yes  ☐ No

**Laundry facilities** ☐ Yes  ☐ No  **# of washers** _____  **# of dryers** _____  **Who can access the laundry facilities** ☐ Shelter workers  ☐ Shelter residents

**Special conditions or restrictions for laundry** _____

### Available Materials

*One cot and two blankets per shelter resident is recommended. Note all available materials for shelter use in the notes section.*

**Cots available** ☐ Yes  **# of cots** _____  ☒ No  **Location** _____

**Blankets available** ☐ Yes  **# of blankets** _____  ☒ No  **Location** _____

**Children's supplies** (*e.g. cribs & changing table*) ☐ Yes  ☒ No    **Chairs & tables available** ☒ Yes  **# of chairs** 250+  **# of tables** 50+  ☐ No

**Notes** _____

 **Shelter Facility Survey**

## Facility Ownership & Proximity Considerations

| | | |
|---|---|---|
| Does the entity that plans to manage the shelter own the building? | ☐ Yes | ☒ No |
| **If no, is there a current written plan?** | ☐ Yes | ☐ No |
| Is this facility within five miles of an evacuation route? | ☐ Yes | ☒ No |
| Is this facility within ten miles of a nuclear power plant? | ☐ Yes | ☒ No |

## Groups Associated with the Facility & Training

| | | |
|---|---|---|
| Facility staff required when using facility? | ☒ Yes | ☐ No |
| Paid feeding staff required when using facility? | ☐ Yes | ☒ No |
| Church auxiliary required when using facility? | ☐ Yes | ☒ No |
| Fire auxiliary required when using facility? | ☐ Yes | ☒ No |
| Other required? | ☐ Yes | ☒ No  **Other** _____ |

Will any of the above groups be trained or experienced in Red Cross shelter operations or support?  ☐ Yes  ☒ No

**If yes, describe capabilities** _____

Has the facility been trained in Red Cross sheltering (if not Red Cross managed)?  ☐ Yes  ☒ No

**If yes, describe capabilities** _____

Training requested by facility or group  ☐ Yes  **# of staff to be trained** _____  ☒ No

## ADDITIONAL NOTES & INFORMATION

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____



# Shelter Facility Survey

## ADDITIONAL NOTES & INFORMATION, continued

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## OFFICE USE ONLY (Do not fill out box during survey)

*Chapter Category / Priority of Use: Designated by chapter leadership after the survey is completed.*

**This is a primary shelter for** (*check one*)  ☒ General population  ☐ Evacuation Center     **Shelter cannot be used for** (*check all that apply*)  ☐ General population  ☐ Evacuation Center

**This is a priority shelter for the following events** (*check all that apply*)  ☐ Hurricane  ☐ Earthquake  ☒ Large Scale Fire / Flood /  Nuclear accident