# NOTICE OF CANCELLATION, NONRENEWAL OR DECLINATION OF INSURANCE
(Ohio)

| NAME AND ADDRESS OF INSURANCE COMPANY | LIBERTY MUTUAL FIRE INSURANCE COMPANY<br>500 N 3rd Street, Suite 300<br>Wausau WI 54403 | KIND OF POLICY: Commercial Property |
|---|---|---|
| | | POLICY/APPLICATION/BINDER NO. YW2-Z51-294276-054 |
| | | CANCELLATION OR EXPIRATION WILL TAKE EFFECT AT:<br>1/22/2025 12:01 AM<br>(DATE) (HOUR-STANDARD TIME AT THE ADDRESS OF THE INSURED) |
| | | DATE OF MAILING: 12/13/2024 |
| NAME AND ADDRESS OF INSURED | Ashtabula Area City School District<br>6610 Sanborn Road<br>Ashtabula OH 44004 | NAME AND ADDRESS OF AGENT/BROKER:<br>LOVE INSURANCE AGENCY 005141<br>373 CENTER ST STE A<br>Chardon OH 44024-8952 |

(Applicable item marked "X")

**Cancellation** ☐ You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above.
☐ Reason for cancellation: Nonpayment of premium.
See the "Important Notices" section for other information that may apply.

**Premium Adjustment**
☐ Premium adjustment will be made in accordance with Ohio law and the terms of the policy.
☐ Enclosed is $ _____, being the amount of unearned premium for the unexpired term of the policy.
☐ A bill for the premium earned to the time of cancellation will be forwarded in due course.
☐ Other: _____

**Nonrenewal** ☒ You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that the above mentioned policy will expire effective at and from the hour and date mentioned above and the policy will NOT be renewed.
See the "Important Notices" section for other information that may apply.

**Declination of Insurance** ☐ Your application for the kind of insurance mentioned above has been declined.
See the "Important Notices" section for other information that may apply.

**Important Notices** ☒ Reason(s) for cancellation, nonrenewal or declination (reason(s) stated only if this item is marked):
An unacceptable loss history.

☐ **Appeal to Automobile Insurance Plan Governing Committee:** As your policy was one obtained through the Ohio Automobile Insurance Plan, you are hereby advised, regarding the above notification of cancellation, that you have the right of appeal to the Governing Committee of the Plan, 172 East State Street, Suite 201, Columbus, Ohio 43215.

☒ **Replacement of Property (Fire) Insurance:** If you wish to replace your policy, you should make an effort to obtain insurance through another company in the voluntary market. If you are unable to obtain replacement coverage, please talk to your insurance agent to see if applying for coverage with the Ohio FAIR Plan is appropriate for your situation. If appropriate, your agent can work with you to submit an application for coverage. For more information, please visit the FAIR Plan's website at www.ohiofairplan.com or contact your agent/insurance representative at:
Rice Catherine LOVE INSURANCE AGENCY, 373 CENTER ST STE A CHARDON OH 44024-8952; (440) 527-5050
(Name and phone number of your agent/insurance representative)

☐ Other Information, if any:

☐ **Consumer Report:** Please see the attached or enclosed notice regarding the use of a consumer report and a disclosure of your rights under the federal Fair Credit Reporting Act (FCRA).

_Douglas B. Maxwell_
AUTHORIZED REPRESENTATIVE

(E)GU 405f (Ed. 3-22) Wolters Kluwer | Uniform Forms
© 2022 Wolters Kluwer Financial Services, Inc. All rights reserved. INSURED'S COPY Page 1 of 1

Ashtabula Area City School District
6610 Sanborn Road

Ashtabula                    OH    44004

Page for #10 Window Envelope

## NOTICE OF CANCELLATION, NONRENEWAL OR DECLINATION OF INSURANCE
(Ohio)

| NAME AND ADDRESS OF INSURANCE COMPANY | LIBERTY MUTUAL FIRE INSURANCE COMPANY<br>500 N 3rd Street, Suite 300<br>Wausau WI 54403 | KIND OF POLICY: Commercial Automobile |
|---|---|---|
| | | POLICY/APPLICATION/BINDER NO.: AS2-Z51-294276-014 |
| | | CANCELLATION OR EXPIRATION WILL TAKE EFFECT AT:<br>1/22/2025 (DATE)   12:01 AM (HOUR-STANDARD TIME AT THE ADDRESS OF THE INSURED) |
| | | DATE OF MAILING: 12/13/2024 |
| NAME AND ADDRESS OF INSURED | Ashtabula Area City School District<br>6610 Sanborn Road<br>Ashtabula OH 44004 | NAME AND ADDRESS OF AGENT/BROKER:<br>LOVE INSURANCE AGENCY 005141<br>373 CENTER ST STE A<br>Chardon OH 44024-8952 |

**(Applicable item marked "X")**

**Cancellation**
☐ You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above.
  ☐ Reason for cancellation: Nonpayment of premium.
  See the "**Important Notices**" section for other information that may apply.

**Premium Adjustment**
☐ Premium adjustment will be made in accordance with Ohio law and the terms of the policy.
☐ Enclosed is $ _____, being the amount of unearned premium for the unexpired term of the policy.
☐ A bill for the premium earned to the time of cancellation will be forwarded in due course.
☐ Other: _____

**Nonrenewal**
☒ You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that the above mentioned policy will expire effective at and from the hour and date mentioned above and the policy will NOT be renewed.
See the "**Important Notices**" section for other information that may apply.

**Declination of Insurance**
☐ Your application for the kind of insurance mentioned above has been declined.
See the "**Important Notices**" section for other information that may apply.

**Important Notices**
☒ Reason(s) for cancellation, nonrenewal or declination (reason(s) stated only if this item is marked):
An unacceptable loss history
_____
_____
_____
_____
_____

☐ **Appeal to Automobile Insurance Plan Governing Committee:** As your policy was one obtained through the Ohio Automobile Insurance Plan, you are hereby advised, regarding the above notification of cancellation, that you have the right of appeal to the Governing Committee of the Plan, 172 East State Street, Suite 201, Columbus, Ohio 43215.

☐ **Replacement of Property (Fire) Insurance:** If you wish to replace your policy, you should make an effort to obtain insurance through another company in the voluntary market. If you are unable to obtain replacement coverage, please talk to your insurance agent to see if applying for coverage with the Ohio FAIR Plan is appropriate for your situation. If appropriate, your agent can work with you to submit an application for coverage. For more information, please visit the FAIR Plan's website at www.ohiofairplan.com or contact your agent/insurance representative at:

_____
(Name and phone number of your agent/insurance representative)

☐ **Other Information, if any:**
_____
_____

☐ **Consumer Report:** Please see the attached or enclosed notice regarding the use of a consumer report and a disclosure of your rights under the federal Fair Credit Reporting Act (FCRA).

*Douglas B. Mawd[signature]*
AUTHORIZED REPRESENTATIVE

# NOTICE OF CANCELLATION, NONRENEWAL OR DECLINATION OF INSURANCE
## (Ohio)

| | | |
|---|---|---|
| **NAME AND ADDRESS OF INSURANCE COMPANY** | LIBERTY MUTUAL FIRE INSURANCE COMPANY<br>500 N 3rd Street, Suite 300<br>Wausau  WI  54403 | **KIND OF POLICY:** Commercial General Liability<br>**POLICY/APPLICATION/BINDER NO.:** TB2-Z51-294276-024<br>**CANCELLATION OR EXPIRATION WILL TAKE EFFECT AT:**<br>1/22/2025  12:01 AM<br>(DATE) (HOUR-STANDARD TIME AT THE ADDRESS OF THE INSURED) |
| **NAME AND ADDRESS OF INSURED** | Ashtabula Area City School District<br>6610 Sanborn Road<br>Ashtabula  OH  44004 | **DATE OF MAILING:** 12/13/2024<br>**NAME AND ADDRESS OF AGENT/BROKER:**<br>LOVE INSURANCE AGENCY 005141<br>373 CENTER ST STE A<br>Chardon  OH  44024-8952 |

(Applicable item marked "X")

**Cancellation** ☐ You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above.
  ☐ **Reason for cancellation:** Nonpayment of premium.
  See the "**Important Notices**" section for other information that may apply.

**Premium Adjustment**
☐ Premium adjustment will be made in accordance with Ohio law and the terms of the policy.
☐ Enclosed is $ _____, being the amount of unearned premium for the unexpired term of the policy.
☐ A bill for the premium earned to the time of cancellation will be forwarded in due course.
☐ Other: _____

**Nonrenewal** ☒ You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that the above mentioned policy will expire effective at and from the hour and date mentioned above and the policy will NOT be renewed.
See the "**Important Notices**" section for other information that may apply.

**Declination of Insurance** ☐ Your application for the kind of insurance mentioned above has been declined.
See the "**Important Notices**" section for other information that may apply.

**Important Notices** ☒ **Reason(s) for cancellation, nonrenewal or declination** (reason(s) stated only if this item is marked):
An unacceptable loss history.

_____

☐ **Appeal to Automobile Insurance Plan Governing Committee:** As your policy was one obtained through the Ohio Automobile Insurance Plan, you are hereby advised, regarding the above notification of cancellation, that you have the right of appeal to the Governing Committee of the Plan, 172 East State Street, Suite 201, Columbus, Ohio 43215.

☐ **Replacement of Property (Fire) Insurance:** If you wish to replace your policy, you should make an effort to obtain insurance through another company in the voluntary market. If you are unable to obtain replacement coverage, please talk to your insurance agent to see if applying for coverage with the Ohio FAIR Plan is appropriate for your situation. If appropriate, your agent can work with you to submit an application for coverage. For more information, please visit the FAIR Plan's website at www.ohiofairplan.com or contact your agent/insurance representative at:

_____ (Name and phone number of your agent/insurance representative)

☐ **Other Information, if any:** _____

☐ **Consumer Report:** Please see the attached or enclosed notice regarding the use of a consumer report and a disclosure of your rights under the federal Fair Credit Reporting Act (FCRA).

*Douglas B. Mander* (signature)
AUTHORIZED REPRESENTATIVE

(E)GU 405f (Ed. 3-22) Wolters Kluwer | Uniform Forms
© 2022 Wolters Kluwer Financial Services, Inc. All rights reserved.   INSURED'S COPY   Page 1 of 1

# NOTICE OF CANCELLATION, NONRENEWAL OR DECLINATION OF INSURANCE
(Ohio)

| | |
|---|---|
| **NAME AND ADDRESS OF INSURANCE COMPANY** | LIBERTY MUTUAL FIRE INSURANCE COMPANY<br>500 N 3rd Street, Suite 300<br>Wausau    WI    54403 |
| **NAME AND ADDRESS OF INSURED** | Ashtabula Area City School District<br>6610 Sanborn Road<br>Ashtabula    OH    44004 |

**KIND OF POLICY:** Commercial Professional Liability
**POLICY/APPLICATION/BINDER NO.:** R32-Z51-294276-044
**CANCELLATION OR EXPIRATION WILL TAKE EFFECT AT:**
1/22/2025 (DATE)    12:01 AM (HOUR-STANDARD TIME AT THE ADDRESS OF THE INSURED)
**DATE OF MAILING:** 12/13/2024
**NAME AND ADDRESS OF AGENT/BROKER:**
LOVE INSURANCE AGENCY 005141
373 CENTER ST STE A
Chardon    OH    44024-8952

(Applicable item marked "X")

**Cancellation** ☐ You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above.
  ☐ **Reason for cancellation:** Nonpayment of premium.
  See the **"Important Notices"** section for other information that may apply.

**Premium Adjustment**
☐ Premium adjustment will be made in accordance with Ohio law and the terms of the policy.
☐ Enclosed is $ _____, being the amount of unearned premium for the unexpired term of the policy.
☐ A bill for the premium earned to the time of cancellation will be forwarded in due course.
☐ Other: _____

**Nonrenewal** ☒ You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that the above mentioned policy will expire effective at and from the hour and date mentioned above and the policy will NOT be renewed.
See the **"Important Notices"** section for other information that may apply.

**Declination of Insurance** ☐ Your application for the kind of insurance mentioned above has been declined.
See the **"Important Notices"** section for other information that may apply.

**Important Notices** ☒ **Reason(s) for cancellation, nonrenewal or declination** (reason(s) stated only if this item is marked):
An unacceptable loss history.

_____
_____
_____
_____
_____
_____

☐ **Appeal to Automobile Insurance Plan Governing Committee:** As your policy was one obtained through the Ohio Automobile Insurance Plan, you are hereby advised, regarding the above notification of cancellation, that you have the right of appeal to the Governing Committee of the Plan, 172 East State Street, Suite 201, Columbus, Ohio 43215.

☐ **Replacement of Property (Fire) Insurance:** If you wish to replace your policy, you should make an effort to obtain insurance through another company in the voluntary market. If you are unable to obtain replacement coverage, please talk to your insurance agent to see if applying for coverage with the Ohio FAIR Plan is appropriate for your situation. If appropriate, your agent can work with you to submit an application for coverage. For more information, please visit the FAIR Plan's website at www.ohiofairplan.com or contact your agent/insurance representative at:

_____
(Name and phone number of your agent/insurance representative)

☐ **Other Information, if any:**
_____
_____

☐ **Consumer Report:** Please see the attached or enclosed notice regarding the use of a consumer report and a disclosure of your rights under the federal Fair Credit Reporting Act (FCRA).


*Douglas B. Manwaring* (signature)
AUTHORIZED REPRESENTATIVE

(E)GU 405f (Ed. 3-22) Wolters Kluwer | Uniform Forms
© 2022 Wolters Kluwer Financial Services, Inc. All rights reserved.    INSURED'S COPY    Page 1 of 1

# NOTICE OF CANCELLATION, NONRENEWAL OR DECLINATION OF INSURANCE
(Ohio)

| | |
|---|---|
| **NAME AND ADDRESS OF INSURANCE COMPANY**: LIBERTY INSURANCE CORPORATION, 500 N 3rd Street, Suite 300, Wausau, WI 54403 | **KIND OF POLICY**: Commercial Umbrella/Excess Liability <br> **POLICY/APPLICATION/BINDER NO.**: TH7-Z51-294276-064 <br> **CANCELLATION OR EXPIRATION WILL TAKE EFFECT AT**: 1/22/2025 (DATE) 12:01 AM (HOUR-STANDARD TIME AT THE ADDRESS OF THE INSURED) <br> **DATE OF MAILING**: 12/13/2024 |
| **NAME AND ADDRESS OF INSURED**: Ashtabula Area City School District, 2630 W. 13TH STREET, Ashtabula, OH 44004 | **NAME AND ADDRESS OF AGENT/BROKER**: LOVE INSURANCE AGENCY 005141, 373 CENTER ST STE A, Chardon, OH 44024-8952 |

(Applicable item marked "X")

**Cancellation** ☐ You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above.
  ☐ **Reason for cancellation**: Nonpayment of premium.
  See the "**Important Notices**" section for other information that may apply.

**Premium Adjustment**
  ☐ Premium adjustment will be made in accordance with Ohio law and the terms of the policy.
  ☐ Enclosed is $ _____, being the amount of unearned premium for the unexpired term of the policy.
  ☐ A bill for the premium earned to the time of cancellation will be forwarded in due course.
  ☐ Other: _____

**Nonrenewal** ☒ You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that the above mentioned policy will expire effective at and from the hour and date mentioned above and the policy will NOT be renewed.
  See the "**Important Notices**" section for other information that may apply.

**Declination of Insurance** ☐ Your application for the kind of insurance mentioned above has been declined.
  See the "**Important Notices**" section for other information that may apply.

**Important Notices** ☒ **Reason(s) for cancellation, nonrenewal or declination** (reason(s) stated only if this item is marked):
  An unacceptable loss history.

☐ **Appeal to Automobile Insurance Plan Governing Committee**: As your policy was one obtained through the Ohio Automobile Insurance Plan, you are hereby advised, regarding the above notification of cancellation, that you have the right of appeal to the Governing Committee of the Plan, 172 East State Street, Suite 201, Columbus, Ohio 43215.

☐ **Replacement of Property (Fire) Insurance**: If you wish to replace your policy, you should make an effort to obtain insurance through another company in the voluntary market. If you are unable to obtain replacement coverage, please talk to your insurance agent to see if applying for coverage with the Ohio FAIR Plan is appropriate for your situation. If appropriate, your agent can work with you to submit an application for coverage. For more information, please visit the FAIR Plan's website at www.ohiofairplan.com or contact your agent/insurance representative at:

(Name and phone number of your agent/insurance representative)

☐ **Other Information, if any**:

☐ **Consumer Report**: Please see the attached or enclosed notice regarding the use of a consumer report and a disclosure of your rights under the federal Fair Credit Reporting Act (FCRA).

*Douglas B. Manuel* (signature)
AUTHORIZED REPRESENTATIVE